IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>*Plaintiffs*,<br><br>THALES VISIONIX, INC.,<br><br>*Involuntary Plaintiff*,<br><br>v.<br><br>FACEBOOK, INC. and FACEBOOK TECHNOLOGIES, LLC,<br><br>*Defendants*. | Case No. 6:21-cv-00755-ADA<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS FACEBOOK, INC.'S AND FACEBOOK TECHNOLOGIES, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Facebook, Inc. discloses that it has no parent corporation and that, to its knowledge, no publicly held corporation owns 10% or more of its stock as of the date of its April 9, 2021 Proxy Statement. Defendant Facebook Technologies, LLC discloses that it is a wholly-owned subsidiary of Facebook, Inc.

Dated: September 27, 2021

OF COUNSEL:

Jeannie Heffernan (*admitted*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701

Respectfully submitted,

*/s/ Paige Arnette Amstutz*

Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399

1

Tel: (512) 678-9100  
Fax: (512) 678-9101  
jeannie.heffernan@kirkland.com  

Ellisen Shelton Turner (*pro hac vice pending*)  
Joshua Glucoft (*admitted*)  
KIRKLAND & ELLIS LLP  
2049 Century Park East, Suite 3700  
Los Angeles, CA 90067  
Tel: (310) 552-4200  
Fax: (310) 552-5900  
ellisen.turner@kirkland.com  
josh.glucoft@kirkland.com  

Akshay S. Deoras (*pro hac vice*)  
KIRKLAND & ELLIS LLP  
555 California Street  
San Francisco, CA 94104  
Tel: (415) 439-1400  
Fax: (415) 439-1500  
akshay.deoras@kirkland.com  

pamstutz@scottdoug.com  

*Counsel for Defendants Facebook, Inc. and Facebook Technologies, LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 27, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*

Paige Arnette Amstutz
