IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>    Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>    Involuntary Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC. and FACEBOOK TECHNOLOGIES, LLC,<br><br>    Defendants. | Case No.: 6:21-cv-00755-ADA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs Gentex Corporation and Indigo Technologies, LLC disclose that they have no parent corporation and no publicly held corporation owns 10% or more of either company's stock.

Dated: September 29, 2021                     Respectfully submitted,

                                                   */s/ J. Mark Mann*
                                                 J. Mark Mann
                                                 State Bar No. 12926150
                                                 mark@themannfirm.com
                                                 G. Blake Thompson
                                                 State Bar No. 24042033
                                                 blake@themannfirm.com
                                                 MANN | TINDEL | THOMPSON
                                                 201 E. Howard St.
                                                 Henderson, Texas 75654
                                                 Tel: 903-657-8540
                                                 Fax: 903-657-6003

                                                 David I. Berl (*pro hac vice*)
                                                 Adam D. Harber (*pro hac vice*)
                                                 D. Shayon Ghosh (*pro hac vice*)
                                                 Arthur John Argall III (*pro hac vice*)
                                                 WILLIAMS & CONNOLLY LLP
                                                 725 Twelfth Street, N.W.

Washington, D.C. 20005
Tel: 202-434-5000
Fax: 202-434-5029
dberl@wc.com
aharber@wc.com
aargall@wc.com
sghosh@wc.com

**<u>CERTIFICATE OF SERVICE</u>**

 I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this September 29, 2021, with a copy of this document via CM/ECF.

*/s/ J. Mark Mann*
**J. Mark Mann**
