IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>    Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>    Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>    Defendants. | **Case No. 6:21-cv-00755-ADA**<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION TO SEAL

Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Meta" or "Defendants") respectfully request that the Court seal Plaintiffs' Exhibit 28 to Plaintiffs' Opposition to Defendants' Motion to Transfer (Dkt. No. 61) ("Exhibit 28"), which was filed on May 20, 2022.

Exhibit 28 contains confidential information, including Meta employees' home addresses. Such information should not be publicly disclosed and should have been filed under seal. Accordingly, to preserve the confidentiality of that information, Meta requests that the Court grant this motion to seal Exhibit 28. Plaintiffs do not oppose this motion.

Dated: May 31, 2022           */s/ Joshua Glucoft*
                              Jeanne M. Heffernan

Texas State Bar No. 24128395
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

Ellisen Shelton Turner (*pro hac vice*)
Joshua Glucoft (*admitted*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

Akshay S. Deoras (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
akshay.deoras@kirkland.com

Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399
pamstutz@scottdoug.com

*Counsel for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 31, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Joshua Glucoft*
Joshua Glucoft
