IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>*Plaintiffs*,<br><br>THALES VISIONIX, INC.,<br><br>*Involuntary Plaintiff*,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORM TECHNOLOGIES, LLC,<br><br>*Defendants*. | Case No.: 6:21-cv-00755-ADA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' STATUS REPORT REGARDING
<u>OPPOSED MOTION TO TRANSFER VENUE (Dkt. 39-40)</u>**

Pursuant to the Court's Second Amended Standing Order Regarding Motions for Inter-District Transfer (Aug. 18, 2021), Defendants hereby notify the Court that, as of June 3, 2022, Defendants' Motion to Transfer to the Northern District of California is fully-briefed and ripe for adjudication. *See* Dkt. 39-40, 61, 66. The Markman hearing for this case is currently set for June 24, 2022. Dkt. 58.

Dated: June 6, 2022

Respectfully submitted,

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
pamstutz@scottdoug.com

Jeanne M. Heffernan
Texas State Bar No. 24128395
KIRKLAND & ELLIS LLP
401 Congress Avenue

1

Austin, TX 78701
jheffernan@kirkland.com

Ellisen Shelton Turner (*pro hac vice*)
Joshua Glucoft (admitted)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

Akshay S. Deoras (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
akshay.deoras@kirkland.com

**ATTORNEYS FOR DEFENDANTS META PLATFORMS, INC. AND META PLATFORM TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on June 6, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz