IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>Defendants. | Case No.: 6:21-cv-00755-ADA<br><br>**JURY TRIAL DEMANDED** |

**NOTICE REGARDING AGREED EXTENSION OF DEADLINE TO SERVE
FINAL INFRINGEMENT CONTENTIONS AND FINAL INVALIDITY CONTENTIONS**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Plaintiffs Gentex Corporation and Indigo Technologies, LLC (collectively, "Plaintiffs") and Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Defendants") hereby notify the Court that the parties have agreed to an extension of time for Plaintiffs to serve Final Infringement Contentions and for Defendants to serve Final Invalidity Contentions.  The current deadline for service of both Final Infringement Contentions and Final Invalidity Contentions is June 20, 2022.  The parties have agreed to extend that deadline until and including July 11, 2022.

The Parties certify that this extended deadline does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

1

Dated: June 10, 2022                                Respectfully submitted,

| | |
|---|---|
| */s/ Andrew G. Borrasso* | */s Paige Arnette Amstutz* |
| J. Mark Mann | Paige Arnette Amstutz |
| State Bar No. 12926150 | Texas State Bar 00796136 |
| MANN \| TINDEL \| THOMPSON | SCOTT, DOUGLASS & MCCONNICO, LLP |
| 300 West Main Street | 303 Colorado Street, Suite 2400 |
| Henderson, Texas 75652 | Austin, TX 78701 |
| mark@themannfirm.com | pamstutz@scottdoug.com |
| | |
| David I. Berl (*pro hac vice*) | Jeanne M. Heffernan |
| Adam D. Harber (*pro hac vice*) | Texas State Bar No. 24128395 |
| Elise M. Baumgarten (*pro hac vice*) | KIRKLAND & ELLIS LLP |
| Melissa B. Collins (*pro hac vice*) | 401 Congress Avenue |
| D. Shayon Ghosh (*pro hac vice*) | Austin, TX 78701 |
| Arthur J. Argall III (*pro hac vice*) | jheffernan@kirkland.com |
| Andrew G. Borrasso (*pro hac vice*) | |
| WILLIAMS & CONNOLLY LLP | Ellisen Shelton Turner (*pro hac vice*) |
| 725 Twelfth Street, N.W. | Joshua Glucoft (admitted) |
| Washington, D.C. 20005 | KIRKLAND & ELLIS LLP |
| dberl@wc.com | 2049 Century Park East, Suite 3700 |
| aharber@wc.com | Los Angeles, CA 90067 |
| ebaumgarten@wc.com | ellisen.turner@kirkland.com |
| mcollins@wc.com | josh.glucoft@kirkland.com |
| sghosh@wc.com | |
| aargall@wc.com | Akshay S. Deoras (*pro hac vice*) |
| aborrasso@wc.com | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| **ATTORNEYS FOR PLAINTIFFS GENTEX** | San Francisco, CA 94104 |
| **CORP. AND INDIGO TECHNOLOGIES, LLC** | akshay.deoras@kirkland.com |
| | |
| | **ATTORNEYS FOR DEFENDANTS META PLATFORMS, INC. AND META PLATFORMS TECHNOLOGIES, LLC** |

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on June 10, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz