IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GENTEX CORPORATION and<br>INDIGO TECHNOLOGIES, LLC,<br>　*Plaintiffs,*<br><br>THALES VISIONIX, INC.,<br>　*Involuntary Plaintiff*,<br><br>-v-<br><br>META PLATFORMS, INC. and<br>META PLATFORMS<br>TECHNOLOGIES, LLC<br>　*Defendants.* | §§§§§§§§§§§§§§  Case 6:21-cv-00755-ADA |

## ORDER VACATING HEARING

The *Markman* hearing set for July 1, 2022 is hereby vacated until further notice of the Court.

Signed this 29th day of June, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE