UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____
www.cand.uscourts.gov

Mark B. Busby												General Court Number
Clerk of Court												510-637-3530

July 5, 2022

CASE TITLE: Gentex Corporation v. Meta Platforms, Inc.

CASE NUMBER:  22-cv-03892-VKD

RECEIVED FROM:  Texas Western

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

Sincerely,

Mark B. Busby, Clerk of Court

_____
by:  Angela Jimenez
Case Systems Administrator
(510) 637-3535