Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-3892@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

David I. Berl (*pro hac vice* forthcoming)
Adam D. Harber (*pro hac vice* forthcoming)
Elise M. Baumgarten (*pro hac vice* forthcoming)
Melissa B. Collins (*pro hac vice* forthcoming)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (*pro hac vice* forthcoming)
Andrew G. Borrasso (*pro hac vice* forthcoming)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
+1 (202) 434-5000
+1 (202) 434-5029 facsimile

*Attorneys for Plaintiffs Gentex Corporation and Indigo Technologies, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and , INDIGO TECHNOLOGIES, LLC, <br><br> Plaintiffs, <br><br> THALES VISIONIX, INC., <br><br> Involuntary Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. and META PLATFORM TECHNOLOGIES, LLC, <br><br> Defendants. | Case No. 5:22-cv-3892-VKD <br><br> **PLAINTIFFS GENTEX CORPORATION AND INDIGO TECHNOLOGIES, LLC'S LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Gentex Corporation ("Gentex") and Indigo Technologies, LLC ("Indigo"), have certified that they have no parent corporation and that no publicly held corporation owns 10% or more of either company's stock. *See* Plaintiffs' Corporate Disclosure Statement, *Gentex Corp. v. Meta Platforms, Inc.*, No. 6:21-cv-00755-ADA (W.D. Tex. Sept. 29, 2021), ECF No. 22. Pursuant to Local Civil Rule 3-15, Gentex and Indigo further certify that there are no persons, firms, partnerships, corporations (including parent corporations), or other entities other

than the parties themselves known to have a financial interest in the subject matter in controversy or any

other kind of interest that could be substantially affected by the outcome of the proceeding.  If the Court

requests or requires private information about Gentex or Indigo's individual and non-public shareholders,

Gentex and Indigo will provide such information pursuant to appropriate confidentiality provisions.

Date:   July 13, 2022

Respectfully submitted,

David I. Berl (*pro hac vice* forthcoming)
Adam D. Harber (*pro hac vice* forthcoming)
Elise M. Baumgarten (*pro hac vice* forthcoming)
Melissa B. Collins (*pro hac vice* forthcoming)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (*pro hac vice* forthcoming)
Andrew G. Borrasso (pro hac vice forthcoming)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
dberl@wc.com
aharber@wc.com
ebaumgarten@wc.com
mcollins@wc.com
sghosh@wc.com
aargall@wc.com
aborrasso@wc.com

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-3892@cases.warrenlex.com

*Attorneys for Plaintiffs Gentex Corporation and
Indigo Technologies, LLC*