Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-3892@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

David I. Berl (*pro hac vice* forthcoming)
Adam D. Harber (*pro hac vice* forthcoming)
Elise M. Baumgarten (*pro hac vice* forthcoming)
Melissa B. Collins (*pro hac vice* forthcoming)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (*pro hac vice* forthcoming)
Andrew G. Borrasso (*pro hac vice* forthcoming)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
+1 (202) 434-5000
+1 (202) 434-5029 facsimile

*Attorneys for Plaintiffs Gentex Corporation and Indigo Technologies, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br>v.<br><br>META PLATFORMS, INC. and META PLATFORM TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 5:22-cv-3892-VKD<br><br>**NOTICE OF ATTORNEY APPEARANCE OF ERIKA H. WARREN** |

    Plaintiffs Gentex Corporation and Indigo Technologies, LLC hereby notify the Court and the parties to this action that Erika H. Warren of Warren Lex LLP, an attorney admitted to practice before this Court, appears as additional counsel for plaintiffs Gentex Corporation and Indigo Technologies, LLC in

this matter. Please serve all pleadings, correspondence, and other material on Ms. Warren at the following address:

> Erika H. Warren
> Warren Lex LLP
> 2261 Market Street, No. 606
> San Francisco, California, 94114
> +1 (415) 895-2940
> +1 (415) 895-2964 facsimile
> 22-3892@cases.warrenlex.com

Date:   July 14, 2022

Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-3892@cases.warrenlex.com

*Attorneys for Plaintiffs Gentex Corporation and Indigo Technologies, LLC*

David I. Berl (*pro hac vice* forthcoming)
Adam D. Harber (*pro hac vice* forthcoming)
Elise M. Baumgarten (*pro hac vice* forthcoming)
Melissa B. Collins (*pro hac vice* forthcoming)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (*pro hac vice* forthcoming)
Andrew G. Borrasso (pro hac vice forthcoming)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
dberl@wc.com
aharber@wc.com
ebaumgarten@wc.com
mcollins@wc.com
sghosh@wc.com
aargall@wc.com
aborrasso@wc.com