| | |
|---|---|
| Matthew S. Warren (State Bar No. 230565) | David I. Berl (*pro hac vice* forthcoming) |
| Erika H. Warren (State Bar No. 295570) | Adam D. Harber (*pro hac vice* forthcoming) |
| Sachli Balazadeh-Nayeri (State Bar No. 341885) | Elise M. Baumgarten (*pro hac vice* forthcoming) |
| 22-3892@cases.warrenlex.com | Melissa B. Collins (*pro hac vice* forthcoming) |
| WARREN LEX LLP | D. Shayon Ghosh (State Bar No. 313628) |
| 2261 Market Street, No. 606 | Arthur John Argall III (*pro hac vice* forthcoming) |
| San Francisco, California, 94114 | Andrew G. Borrasso (*pro hac vice* forthcoming) |
| +1 (415) 895-2940 | WILLIAMS & CONNOLLY LLP |
| +1 (415) 895-2964 facsimile | 680 Maine Avenue S.W. |
| | Washington, D.C., 20024 |
| | +1 (202) 434-5000 |
| | +1 (202) 434-5029 facsimile |

*Attorneys for Plaintiffs Gentex Corporation and Indigo Technologies, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, <br><br> Plaintiffs, <br><br> THALES VISIONIX, INC., <br><br> Involuntary Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. and META PLATFORM TECHNOLOGIES, LLC, <br><br> Defendants. | Case No. 5:22-cv-3892-VKD <br><br> **NOTICE OF ATTORNEY APPEARANCE OF SACHLI BALAZADEH-NAYERI** |

Plaintiffs Gentex Corporation and Indigo Technologies, LLC hereby notify the Court and the parties to this action that Sachli Balazadeh-Nayeri of Warren Lex LLP, an attorney admitted to practice before this Court, appears as additional counsel for plaintiffs Gentex Corporation and Indigo

Technologies, LLC in this matter. Please serve all pleadings, correspondence, and other material on Ms. Balazadeh-Nayeri at the following address:

> Sachli Balazadeh-Nayeri
> Warren Lex LLP
> 2261 Market Street, No. 606
> San Francisco, California, 94114
> +1 (415) 895-2940
> +1 (415) 895-2964 facsimile
> 22-3892@cases.warrenlex.com

Date: July 14, 2022

Respectfully submitted,

/s/ Sachli Balazadeh-Nayeri

| | |
|---|---|
| David I. Berl (*pro hac vice* forthcoming) | Matthew S. Warren (State Bar No. 230565) |
| Adam D. Harber (*pro hac vice* forthcoming) | Erika H. Warren (State Bar No. 295570) |
| Elise M. Baumgarten (*pro hac vice* forthcoming) | Sachli Balazadeh-Nayeri (State Bar No. 341885) |
| Melissa B. Collins (*pro hac vice* forthcoming) | WARREN LEX LLP |
| D. Shayon Ghosh (State Bar No. 313628) | 2261 Market Street, No. 606 |
| Arthur John Argall III (*pro hac vice* forthcoming) | San Francisco, California, 94114 |
| Andrew G. Borrasso (pro hac vice forthcoming) | +1 (415) 895-2940 |
| WILLIAMS & CONNOLLY LLP | +1 (415) 895-2964 facsimile |
| 680 Maine Avenue S.W. | 22-3892@cases.warrenlex.com |
| Washington, D.C., 20024 | |
| +1 (202) 434-5000 | *Attorneys for Plaintiffs Gentex Corporation and* |
| +1 (202) 434-5029 facsimile | *Indigo Technologies, LLC* |
| dberl@wc.com | |
| aharber@wc.com | |
| ebaumgarten@wc.com | |
| mcollins@wc.com | |
| sghosh@wc.com | |
| aargall@wc.com | |
| aborrasso@wc.com | |