UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC | Case No.  4:22-cv-03892-YGR |
| Plaintiffs, | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| THALES VISIONIX, INC., | |
| Involuntary Plaintiff, | |
| v. | |
| META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC, | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has reviewed the parties' joint case management statement.  The joint schedule is generally acceptable.  Accordingly, the Court hereby sets the following pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| PLAINTIFFS SERVE N.D. CAL. INFRINGEMENT CONTENTIONS: | Friday, 10/21/2022 |
| REVISED JOINT CLAIM CONSTRUCTION STATEMENT: | Friday, 11/18/2022 |
| DEFENDANTS SERVE N.D. CAL. INVALIDITY CONTENTIONS: | Monday, 12/5/2022 |
| *MARKMAN* HEARING: | Tuesday, 12/13/2022, 9:00am[1] |
| DAMAGES CONTENTIONS: | Tuesday, 1/10/2023 |
| RESPONSIVE DAMAGES CONTENTIONS: | Thursday, 2/9/2023 |
| DEADLINE TO ADD PARTIES AND/OR AMEND PLEADINGS: | Thursday, 3/2/2023 |

---

[1] In the event that Judge Gonzalez Rogers is in trial on Tuesday, 12/13/2022 specifically and December generally, in *United States v. Garcia*, 21-cr-0429-YGR, the *Markman* hearing will be reset to Friday, January 13, at 9:00am.

United States District Court
Northern District of California

| | |
|---|---|
| DEADLINE TO MEET AND CONFER TO FURTHER NARROW NUMBER OF CLAIMS AND PRIOR ART: | Tuesday, 4/18/2023 |
| CLOSE OF FACT DISCOVERY: | Tuesday, 5/16/2023 |
| OPENING EXPERT REPORTS: | Tuesday, 6/27/2023 |
| REBUTTAL EXPERT REPORTS: | Tuesday, 8/8/2023 |
| CLOSE OF EXPERT DISCOVERY: | Tuesday, 9/12/2023 |

Modification to the timing or extent of parties' discovery obligations under Fed. R. Civ. P. 26 and other applicable rules may be done pursuant to a separate Court Order. The parties are directed to submit a JOINT proposed order to the Court within five (5) business days following the date of this Order which sets forward the modifications.

The parties must comply with the Court's Standing Order in Civil Cases; Standing Order for Pretrial Instructions in Civil Cases; and Standing Order re Patent Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: 10/18/2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**