| | |
|---|---|
| **WARREN LEX LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew S. Warren (State Bar No. 230565) | Ellisen Shelton Turner (SBN #224842) |
| Erika H. Warren (State Bar No. 295570) | Joshua Glucoft (SBN #301249) |
| Sachli Balazadeh-Nayeri (State Bar No. 341885) | 2049 Century Park East, Suite 3700 |
| 2261 Market Street, No. 606 | Los Angeles, CA 90067 |
| San Francisco, California 94114 | Tel: (310) 552-4200 |
| Telephone:  415-895-2940 | Fax: (310) 552-5900 |
| Facsimile:  415-895-2964 | ellisen.turner@kirkland.com |
| | josh.glucoft@kirkland.com |
| **WILLIAMS & CONNOLLY LLP** | Akshay S. Deoras (SBN #301962) |
| David I. Berl* | 555 California Street |
| Adam D. Harber* | San Francisco, CA 94104 |
| Elise M. Baumgarten* | Tel: (415) 439-1400 |
| Melissa B. Collins* | Fax: (415) 439-1500 |
| D. Shayon Ghosh (Cal. Bar No. 313628) | akshay.deoras@kirkland.com |
| Arthur John Argall III* | |
| Andrew G. Borrasso* | Jeanne M. Heffernan (admitted *pro hac vice*) |
| 680 Maine Avenue SW | 401 Congress Avenue |
| Washington, DC 20024 | Austin, TX 78701 |
| Telephone: 202-434-5000 | Tel: (512) 678-9100 |
| Facsimile: 202-434-5029 | Fax: (512) 678-9101 |
| * Admitted *pro hac vice* | jheffernan@kirkland.com |

*Attorneys for Plaintiffs Gentex Corp. and Indigo Technologies, LLC*    *Counsel for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, | Case No. 4:22-cv-03892-YGR |
| Plaintiffs, | **JOINT MOTION REGARDING CLAIM CONSTRUCTION AND DISCOVERY** |
| THALES VISIONIX, INC., | |
| Involuntary Plaintiff, | |
| v. | |
| META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(f) and the Notice Setting a Case Management Conference (Dkt No. 88), the parties to the above-titled action, Plaintiffs Gentex Corporation and Indigo Technologies, LLC (collectively, "Gentex"), and Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Meta") jointly filed a case management conference statement (Dkt. No. 113) agreeing to certain case management issues and limitations on discovery.

On October 18, 2022, the Court entered a Case Management and Pretrial Order ("Scheduling Order") (Dkt. No. 116) and directed the parties to submit a Joint Proposed Order regarding modifications to the parties' discovery obligations under Fed. R. Civ. P. 26. The Court further set the *Markman* hearing for December 13, 2022.

The parties have conferred and agreed that discovery proceed as stipulated in the parties' case management statement.

The parties have also conferred and reached agreement regarding several claim construction issues. First, lead counsel for Gentex has a scheduling conflict on the scheduled *Markman* hearing date. The parties thus jointly move the Court to set the *Markman* hearing to the alternative date of January 13, 2023 at 9:00 am provided in the Court's Scheduling Order (Dkt. No. 116 at 1, n.1).

Second, the parties have agreed that no technical tutorial is necessary regarding claim construction, but are available to conduct a tutorial should the Court request one.

Third, as explained in the parties' case management statement (Dkt. No. 113), the parties fully briefed their claim construction disputes before the case was transferred to this Court and those disputes remain pending. Prior to transfer, the parties sought resolution regarding the number of terms for construction from the United States District Court for the Western District of Texas, which granted leave for the parties to brief a total of 14 terms (1 raised by Gentex and 13 raised by Meta). On October 21, 2022, pursuant to the Scheduling Order, Gentex served infringement contentions that narrowed the total number of asserted claims from 136 to 97. This narrowing eliminates asserted claims associated with two of Meta's identified disputed terms. Thus, Meta requests leave of this Court to present its remaining 11 disputed terms for construction, and Gentex similarly requests leave of this Court to present its 1 disputed term—for a total of 12 disputed terms, as they are already briefed. Neither party opposes the other's request.

Accordingly, the parties respectfully request the Court to enter the attached proposed order regarding the parties' foregoing agreements regarding discovery and claim construction.

Dated: October 25, 2022                             Respectfully submitted,

                                                    /s/ Adam D. Harber

                                                    **WARREN LEX LLP**
                                                    Matthew S. Warren (State Bar No. 230565)
                                                    Erika H. Warren (State Bar No. 295570)
                                                    Sachli Balazadeh-Nayeri (State Bar No. 341885)
                                                    2261 Market Street, No. 606
                                                    San Francisco, California 94114
                                                    Telephone:  415-895-2940
                                                    Facsimile:  415-895-2964

                                                    **WILLIAMS & CONNOLLY LLP**
                                                    David I. Berl*
                                                    Adam D. Harber*
                                                    Elise M. Baumgarten*
                                                    Melissa B. Collins*
                                                    D. Shayon Ghosh (State Bar No. 313628)
                                                    Arthur John Argall III*
                                                    Andrew G. Borrasso*
                                                    680 Maine Avenue SW
                                                    Washington, DC 20024
                                                    Telephone: 202-434-5000
                                                    Facsimile: 202-434-5029
                                                    * Admitted *pro hac vice*

                                                    *Attorneys for Plaintiffs Gentex Corp. and Indigo Technologies, LLC*

Dated: October 25, 2022                             Respectfully submitted,

                                                    /s/ Ellisen Shelton Turner

                                                    **KIRKLAND & ELLIS LLP**
                                                    Ellisen Shelton Turner (SBN #224842)
                                                    Joshua Glucoft (SBN #301249)
                                                    2049 Century Park East, Suite 3700
                                                    Los Angeles, CA 90067
                                                    Tel: (310) 552-4200
                                                    Fax: (310) 552-5900
                                                    ellisen.turner@kirkland.com

josh.glucoft@kirkland.com

Akshay S. Deoras (SBN #301962)
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
akshay.deoras@kirkland.com

Jeanne M. Heffernan (admitted *pro hac vice*)
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

*Counsel for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC*

**SIGNATURE ATTESTATION**

Under Civil L.R. 5-1(h)(3), I attest that all electronic signatories to the foregoing document have concurred in this filing.

/s/ Matthew S. Warren
Matthew S. Warren