| | |
|---|---|
| 1 | Ellisen Shelton Turner (SBN #224842) |
| | Joshua Glucoft (SBN #301249) |
| 2 | KIRKLAND & ELLIS LLP |
| | 2049 Century Park East, Suite 3700 |
| 3 | Los Angeles, CA 90067 |
| | Tel: (310) 552-4200 |
| 4 | Fax: (310) 552-5900 |
| | ellisen.turner@kirkland.com |
| 5 | josh.glucoft@kirkland.com |
| 6 | Akshay S. Deoras (SBN #301962) |
| | Yan-Xin Li (SBN #332329) |
| 7 | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| 8 | San Francisco, CA 94104 |
| | Tel: (415) 439-1400 |
| 9 | Fax: (415) 439-1500 |
| | akshay.deoras@kirkland.com |
| 10 | yanxin.li@kirkland.com |
| 11 | Jeanne M. Heffernan (admitted *pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| 12 | 401 Congress Avenue |
| | Austin, TX 78701 |
| 13 | Tel: (512) 678-9100 |
| | Fax: (512) 678-9101 |
| 14 | jheffernan@kirkland.com |
| 15 | *Counsel for Defendants Meta Platforms, Inc.* |
| | *and Meta Platforms Technologies, LLC* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, | |
| Plaintiffs, | Case No. 4:22-cv-03892-YGR |
| THALES VISIONIX, INC., | **DEFENDANTS META PLATFORMS,** |
| Involuntary Plaintiff, | **INC. AND META PLATFORMS** |
| | **TECHNOLOGIES, LLC'S NOTICE OF** |
| v. | **APPEARANCE OF YAN-XIN LI** |
| META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC, | Judge: Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Yan-Xin Li of Kirkland & Ellis LLP hereby appears as counsel of record for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Yan-Xin Li
> KIRKLAND & ELLIS LLP
> 555 California Street
> San Francisco, CA 94104
> Tel: (415) 439-1400
> Fax: (415) 439-1500
> yanxin.li@kirkland.com

Dated: January 11, 2023

Respectfully submitted,

*/s/ Yan-Xin Li*
Ellisen Shelton Turner (SBN #224842)
Joshua Glucoft (SBN #301249)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

Akshay S. Deoras (SBN #301962)
Yan-Xin Li (SBN#332329)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
akshay.deoras@kirkland.com
yanxin.li@kirkland.com

Jeanne M. Heffernan (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

*Counsel for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC*