1  Ellisen Shelton Turner (SBN #224842)
   Joshua Glucoft (SBN #301249)
2  KIRKLAND & ELLIS LLP
   2049 Century Park East, Suite 3700
3  Los Angeles, CA 90067
   Tel: (310) 552-4200
4  Fax: (310) 552-5900
   ellisen.turner@kirkland.com
5  josh.glucoft@kirkland.com

6  Akshay S. Deoras (SBN #301962)
   Yan-Xin Li (SBN #332329)
7  KIRKLAND & ELLIS LLP
   555 California Street
8  San Francisco, CA 94104
   Tel: (415) 439-1400
9  Fax: (415) 439-1500
   akshay.deoras@kirkland.com
10 yanxin.li@kirkland.com

11 Jeanne M. Heffernan (admitted *pro hac vice*)
   KIRKLAND & ELLIS LLP
12 401 Congress Avenue
   Austin, TX 78701
13 Tel: (512) 678-9100
   Fax: (512) 678-9101
14 jheffernan@kirkland.com

15 *Counsel for Defendants Meta Platforms, Inc.
   and Meta Platforms Technologies, LLC*
16
   [Additional counsel listed on signature page]
17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, <br><br> Plaintiffs, <br><br> THALES VISIONIX, INC., <br><br> Involuntary Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC, <br><br> Defendants. | Case No. 4:22-cv-03892-YGR <br><br> **DEFENDANTS META PLATFORMS, INC. AND META PLATFORMS TECHNOLOGIES, LLC'S NOTICE OF APPEARANCE OF YIMENG DOU** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Yimeng Dou of Kirkland & Ellis LLP hereby appears as counsel of record for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

Yimeng Dou
KIRKLAND & ELLIS LLP
555 Sourth Flower Street
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
yimeng.dou@kirkland.com

Dated: January 12, 2023

Respectfully submitted,

*/s/ Yimeng Dou*
Ellisen Shelton Turner (SBN #224842)
Joshua Glucoft (SBN #301249)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

Akshay S. Deoras (SBN #301962)
Yan-Xin Li (SBN#332329)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
akshay.deoras@kirkland.com
yanxin.li@kirkland.com

Jeanne M. Heffernan (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

Yimeng Dou (SBN #285248)
KIRKLAND & ELLIS LLP
555 Sourth Flower Street

Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
yimeng.dou@kirkland.com

*Counsel for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC*