# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** January 13, 2023  **Time:** 9:06 – 10:36; 10:48 – 11:58  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 22-cv-03892-YGR  **Case Name:** Gentex Corporation v. Meta Platforms, Inc.

**Attorney for Plaintiff:** Adam Harber, Arthur Argall, III, Matthew Warren, Melissa Collins, Sachli Balazadeh-Nayeri
**Attorney for Defendant:** Ashkay Deoras, Ellisen Turner, Yan-Xin Lin, Yimeng Dou

**Deputy Clerk:** Aris Garcia         **Reported by:** Pamela Hebel

## PROCEEDINGS

Claims Construction hearing Held.

Plaintiff shall file supplemental brief.

Defendant shall file response to supplement no more than 4 pages by one week after filing of the supplement.

**Order to be prepared by:**
(  )    Plaintiff         (  )    Defendant         ( x )    Court