1  Ellisen Shelton Turner (SBN #224842)
   Joshua Glucoft (SBN #301249)
2  KIRKLAND & ELLIS LLP
   2049 Century Park East, Suite 3700
3  Los Angeles, CA 90067
   Tel: (310) 552-4200
4  Fax: (310) 552-5900
   ellisen.turner@kirkland.com
5  josh.glucoft@kirkland.com

6  Akshay S. Deoras (SBN #301962)
   Yan-Xin Li (SBN #332329)
7  KIRKLAND & ELLIS LLP
   555 California Street
8  San Francisco, CA 94104
   Tel: (415) 439-1400
9  Fax: (415) 439-1500
   akshay.deoras@kirkland.com
10 yanxin.li@kirkland.com

11 Jeanne M. Heffernan (admitted *pro hac vice*)
   KIRKLAND & ELLIS LLP
12 401 Congress Avenue
   Austin, TX 78701
13 Tel: (512) 678-9100
   Fax: (512) 678-9101
14 jheffernan@kirkland.com

15 *Counsel for Defendants Meta Platforms, Inc.*
   *and Meta Platforms Technologies, LLC*
16
   [Additional counsel listed on signature page]
17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 79-5 and 7-11 Governing Administrative Motions to Seal and to Consider Whether Another Party's Material Should be Sealed, Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Defendants" or "Meta") hereby request the Court to consider whether portions of Defendants' Amended Answer, which is being submitted as Exhibit 12 to Defendants' Motion for Leave to File Amended Answer ("Amended Answer"), which discloses or reference documents from non-party Eric Foxlin ("Foxlin") that purportedly contain confidential, proprietary, or otherwise sensitive information, along with portions of the corresponding redline comparing Defendants' Answer to Defendants' Proposed Amended Answer (Ex. 11) and Exhibits H, K, M, N, O, T, and U to Defendants' Amended Answer, should be sealed.

Civil Local Rule 79-5 requires that a request to consider whether another party's material should be sealed must "identify each document or portions thereof for which sealing is sought" and "highlight the portions for which sealing is sought." L.R. 79-5(f), (e)(2). Defendants file this administrative motion to afford Foxlin the opportunity to defend these designations. In compliance with the applicable rules, Defendants have filed under seal the following:

- Exhibit 12, Amended Answer
  - Page 21 – lines 24-25;
  - Page 23 – lines 1-2, 11-17, 27-28;
  - Page 25 – lines 9-10;
  - Page 27 – lines 12-13, 15-18, 27-28;
  - Page 28 – lines 1-2, 4-6, 14-15, 25;
  - Page 29 – line 13;
  - Page 30 – lines 18-19;
  - Page 31 – line 19.
- Exhibit 11, redline of Amended Answer
  - Page 21 – lines 24-25;
  - Page 23 – lines 1-2, 11-17, 27-28;
  - Page 25 – lines 9-10;

- Page 27 – lines 12-13, 15-18, 27-28;
- Page 28 – lines 1-2, 4-6, 14-15, 25;
- Page 29 – line 13;
- Page 30 – lines 18-19;
- Page 31 – line 19.
- Exhibits H, K, M, N, O, T, and U to Defendants' Amended Answer

This motion complies with Civil Local Rule 79-5, and is accompanied by a version of the foregoing document with information designated by Foxlin in unredacted form. To the extent Foxlin files a statement and/or declaration in support of sealing any of the foregoing documents or portions thereof, Defendants reserve the right to respond. L.R. 79-5(f)(4).

| | |
|---|---|
| Dated: March 2, 2023 | Respectfully submitted,<br><br> /s/ Joshua Glucoft<br>Ellisen Shelton Turner (SBN #224842)<br>Joshua Glucoft (SBN #301249)<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>Tel: (310) 552-4200<br>Fax: (310) 552-5900<br>ellisen.turner@kirkland.com<br>josh.glucoft@kirkland.com<br><br>Akshay S. Deoras (SBN #301962)<br>Yan-Xin Li (SBN #332329)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Tel: (415) 439-1400<br>Fax: (415) 439-1500<br>akshay.deoras@kirkland.com<br>yanxin.li@kirkland.com<br><br>Jeanne M. Heffernan (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>Tel: (512) 678-9100<br>Fax: (512) 678-9101<br>jheffernan@kirkland.com<br><br>Yimeng Dou (SBN #285248)<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Los Angeles, CA 90071<br>Tel: (213) 680-8400<br>Fax: (213) 680-8500<br>yimeng.dou@kirkland.com<br><br>*Counsel for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC* |