Joshua Glucoft (SBN #301249)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900
josh.glucoft@kirkland.com

*Counsel for Defendants,*

*Meta Platforms, Inc. and Meta Platforms Technologies, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 3:20-cv-07083-VC<br><br>**DECLARATION OF JOSHUA GLUCOFT IN SUPPORT OF DEFENDANTS META PLATFORMS, INC. AND META PLATFORMS TECHNOLOGIES, LLC'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED ANSWER**<br><br>**Date:** May 2, 2023<br>**Time:** 2:00 p.m.<br>**Location:** Courtroom 1, 4th Floor<br>**Judge:** Hon. Yvonne Gonzalez Rogers |

I, Joshua Glucoft, do hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Kirkland & Ellis LLP, located at 2049 Century Park East, Suite 3700, Los Angeles, CA 90067. I am counsel for Defendants Meta Platforms, Inc. and Meta Platform Technologies, LLC (collectively, "Meta") in the above-captioned action. I have personal knowledge of the matters set forth below and if called and sworn as a witness, I could and would testify competently to the facts set forth herein.

2. I make this declaration in support of Meta's Motion for Leave to File an Amended Answer to Plaintiffs' Complaint.

3. Attached as Exhibit 1 is a true and correct copy of an email from A. Argall, dated May 10, 2022.

4. Attached as Exhibit 2 is a true and correct copy of Meta's Subpoena to Testify at a Deposition in a Civil Action to Eric Foxlin.

5. Attached as Exhibit 3 is a true and correct copy of an email from A. Borrasso, dated September 7, 2022.

6. Attached as Exhibit 4 is a true and correct copy of an email from A. Borrasso, dated October 17, 2022.

7. Attached as Exhibit 5 is a true and correct copy of an email from L. Harris, dated December 9, 2022.

8. Attached as Exhibit 6 is a true and correct copy of an email from L. Harris, dated January 12, 2023.

9. Attached as Exhibit 7 is a true and correct copy of an email from L. Harris, dated February 6, 2023.

10. Attached as Exhibit 8 is a true and correct copy of an email from E. Wilson, dated February 10, 2023.

11. Attached as Exhibit 9 is a true and correct copy of an email from E. Wilson, dated February 27, 2023.

12. Attached as Exhibit 10 is a true and correct copy of an email from M. Collins, dated March 1, 2023.

13. Attached as Exhibit 11 is a true and correct copy of redline comparison of Meta's Answer to the Complaint, dated September 27, 2021, to Meta's Proposed Amended Answer to Plaintiffs' Complaint, dated March 2, 2023.

14. Attached as Exhibit 12 is a true and correct copy of Meta's Proposed Amended Answer to Plaintiffs' Complaint, dated March 2, 2023.

15. Attached as Exhibit A is a true and correct copy of Exhibit A to Meta's Proposed Amended Answer.

16. Attached as Exhibit B is a true and correct copy of Exhibit B to Meta's Proposed Amended Answer.

17. Attached as Exhibit C is a true and correct copy of Exhibit C to Meta's Proposed Amended Answer.

18. Attached as Exhibit D is a true and correct copy of Exhibit D to Meta's Proposed Amended Answer.

19. Attached as Exhibit E is a true and correct copy of Exhibit E to Meta's Proposed Amended Answer.

20. Attached as Exhibit F is a true and correct copy of Exhibit F to Meta's Proposed Amended Answer.

21. Attached as Exhibit G is a true and correct copy of Exhibit G to Meta's Proposed Amended Answer.

22. Attached as Exhibit H is a true and correct copy of Exhibit H to Meta's Proposed Amended Answer.

23. Attached as Exhibit I is a true and correct copy of Exhibit I to Meta's Proposed Amended Answer.

24. Attached as Exhibit J is a true and correct copy of Exhibit J to Meta's Proposed Amended Answer.

25. Attached as Exhibit K is a true and correct copy of Exhibit K to Meta's Proposed Amended Answer.

26. Attached as Exhibit L is a true and correct copy of Exhibit L to Meta's Proposed Amended Answer.

27. Attached as Exhibit M is a true and correct copy of Exhibit M to Meta's Proposed Amended Answer.

28. Attached as Exhibit N is a true and correct copy of Exhibit N to Meta's Proposed Amended Answer.

29. Attached as Exhibit O is a true and correct copy of Exhibit O to Meta's Proposed Amended Answer.

30. Attached as Exhibit P is a true and correct copy of Exhibit P to Meta's Proposed Amended Answer.

31. Attached as Exhibit Q is a true and correct copy of Exhibit Q to Meta's Proposed Amended Answer.

32. Attached as Exhibit R is a true and correct copy of Exhibit R to Meta's Proposed Amended Answer.

33. Attached as Exhibit S is a true and correct copy of Exhibit S to Meta's Proposed Amended Answer.

34. Attached as Exhibit T is a true and correct copy of Exhibit T to Meta's Proposed Amended Answer.

35. Attached as Exhibit U is a true and correct copy of Exhibit U to Meta's Proposed Amended Answer.

36. Attached as Exhibit V is a true and correct copy of Exhibit V to Meta's Proposed Amended Answer.

37. Attached as Exhibit W is a true and correct copy of Exhibit W to Meta's Proposed Amended Answer.

38. Attached as Exhibit X is a true and correct copy of Exhibit X to Meta's Proposed Amended Answer.

39. Attached as Exhibit Y is a true and correct copy of Exhibit Y to Meta's Proposed Amended Answer.

40. Attached as Exhibit Z is a true and correct copy of Exhibit Z to Meta's Proposed Amended Answer.

41. Attached as Exhibit AA is a true and correct copy of Exhibit AA to Meta's Proposed Amended Answer.

42. Attached as Exhibit BB is a true and correct copy of Exhibit BB to Meta's Proposed Amended Answer.

43. Attached as Exhibit CC is intentionally omitted.

44. Attached as Exhibit DD is a true and correct copy of Exhibit DD to Meta's Proposed Amended Answer.

45. Attached as Exhibit EE is a true and correct copy of Exhibit EE to Meta's Proposed Amended Answer.

46. Attached as Exhibit FF is a true and correct copy of Exhibit FF to Meta's Proposed Amended Answer.

47. Attached as Exhibit GG is a true and correct copy of Exhibit GG to Meta's Proposed Amended Answer.

48. Attached as Exhibit HH is a true and correct copy of Exhibit HH to Meta's Proposed Amended Answer.

49. Attached as Exhibit II is a true and correct copy of Exhibit II to Meta's Proposed Amended Answer.

50. Attached as Exhibit JJ is a true and correct copy of Exhibit JJ to Meta's Proposed Amended Answer.

51. Attached as Exhibit KK is a true and correct copy of Exhibit KK to Meta's Proposed Amended Answer.

52. Attached as Exhibit LL is a true and correct copy of Exhibit LL to Meta's Proposed Amended Answer.

53. Attached as Exhibit MM is a true and correct copy of Exhibit MM to Meta's Proposed Amended Answer.

54. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of March, 2023 in Los Angeles, California.

/s/ Joshua Glucoft
Joshua Glucoft

*Counsel for Defendants,*

*Meta Platforms, Inc. and Meta Platforms Technologies, LLC*