**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, | Case No.: 4:22-cv-03892-YGR |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS META PLATFORMS, INC.'S AND META PLATFORMS TECHNOLOGIES, LLC'S MOTION FOR LEAVE TO FILE AMENDED ANSWER** |
| THALES VISIONIX, INC., | |
| Involuntary Plaintiff, | |
| v. | |
| META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC, | |
| Defendants. | |

**Date:** May 2, 2023
**Time:** 2:00 p.m.
**Location:** Courtroom 1, 4th Floor
**Judge:** Hon. Yvonne Gonzalez Rogers

The Court, having considered Defendants Meta Platforms, Inc's and Meta Platforms Technologies, LLC's (collectively, "Defendants" or "Meta") Motion for Leave to File an Amended Answer to Plaintiffs' Complaint, the parties' briefing and all argument related thereto, hereby GRANTS Meta's motion.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge