# Exhibit 1

| | |
|---|---|
| **From:** | Argall, Arthur <aargall@wc.com> |
| **Sent:** | Tuesday, May 10, 2022 11:38 AM |
| **To:** | Carlow, Frank; Berl, David; Harber, Adam; Ghosh, Shayon; Mark Mann; Blake Thompson; Meredith Addy; Sue Tucker; Baumgarten, Elise; Borrasso, Andrew; Collins, Melissa |
| **Cc:** | #Facebook-Gentex; 'Paige Amstutz'; Stephen Burbank; rearle@scottdoug.com |
| **Subject:** | RE: Gentex v. Meta - Defendants' Notice of Third Party Subpoena to Eric Foxlin |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Frank,

We accept service of the subpoena to Mr. Foxlin you attached.

Best,

**Arthur J. Argall**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5251 | (202) 434-5029
aargall@wc.com | www.wc.com

**From:** Carlow, Frank <fcarlow@kirkland.com>
**Sent:** Monday, May 9, 2022 9:02 PM
**To:** Berl, David <DBerl@wc.com>; Harber, Adam <AHarber@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Argall, Arthur <aargall@wc.com>; Mark Mann <mark@themannfirm.com>; Blake Thompson <blake@themannfirm.com>; Meredith Addy <meredith@addyhart.com>; Sue Tucker <sue@addyhart.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Borrasso, Andrew <aborrasso@wc.com>; Collins, Melissa <MCollins@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; 'Paige Amstutz' <pamstutz@scottdoug.com>; Stephen Burbank <sburbank@scottdoug.com>; rearle@scottdoug.com
**Subject:** Gentex v. Meta - Defendants' Notice of Third Party Subpoena to Eric Foxlin

Counsel,

Attached please find a Defendants' Notice of Third Party Subpoena to Eric Foxlin.  Pursuant to Gentex's initial disclosures stating that Mr. Foxlin should be contacted through counsel, please confirm that you will accept service of the subpoena on his behalf by close of business tomorrow.


Best Regards,

Frank

**Frank Carlow**
Senior Paralegal | Intellectual Property Litigation
-------------------------------------------------------

1

**KIRKLAND & ELLIS LLP**

555 California Street, San Francisco, CA 94104

**T** +1 415 439 1835

**F** +1 415 439 1500

-------------------------------------------------------

[frank.carlow@kirkland.com](mailto:frank.carlow@kirkland.com)

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to [postmaster@kirkland.com](mailto:postmaster@kirkland.com), and destroy this communication and all copies thereof, including all attachments.

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.