# Exhibit 3

| | |
|---|---|
| **From:** | Borrasso, Andrew <aborrasso@wc.com> |
| **Sent:** | Wednesday, September 7, 2022 9:58 AM |
| **To:** | Harris, Laura Ashley |
| **Cc:** | #Facebook-Gentex; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Collins, Melissa; Harber, Adam; Baumgarten, Elise; Ghosh, Shayon; Argall, Arthur; Berl, David; Matt Warren; erika@warrenlex.com; sachli@warrenlex.com; 22-3892 @cases.warrenlex.com; Meredith Addy |
| **Subject:** | RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Counsel,

We disagree that Mr. Foxlin's responses are deficient.  And we would like to meet and confer concerning your August 24 letter below.  Are you available to discuss on Friday, September 9 from 10:30 to 12:30 Pacific Time?

Best,
Andrew


**Andrew Borrasso**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5898     aborrasso@wc.com | www.wc.com

---

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Wednesday, August 24, 2022 8:34 PM
**To:** Borrasso, Andrew <aborrasso@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Collins, Melissa <MCollins@wc.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Argall, Arthur <aargall@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Counsel,

Please see the attached correspondence regarding Mr. Foxlin's deficient subpoena responses.

Best,
Laura

**Laura Ashley Harris**
------------------------------------------------------------
**KIRKLAND & ELLIS LLP**

1

555 California Street, San Francisco, CA 94104
**T** +1 415 439 1662
**F** +1 415 439 1500
------------------------------------------------------------
lauraashley.harris@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.