# Exhibit 4

# Fang, Winnie

| | |
|---|---|
| **From:** | Borrasso, Andrew <aborrasso@wc.com> |
| **Sent:** | Monday, October 17, 2022 12:03 PM |
| **To:** | Harris, Laura Ashley |
| **Cc:** | #Facebook-Gentex; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Harber, Adam; Baumgarten, Elise; Collins, Melissa; Ghosh, Shayon; Argall, Arthur; Matt Warren; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy |
| **Subject:** | RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hi Laura,

Yes—we're available on Wednesday from 1 to 2 pm PT.

We can use the following dial-in information:

    Phone number: (332) 249-0718
    Conference ID:  360 257 991

Best,
Andrew

**Andrew Borrasso**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5898     aborrasso@wc.com | www.wc.com

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Monday, October 17, 2022 1:49 PM
**To:** Collins, Melissa <MCollins@wc.com>; Argall, Arthur <aargall@wc.com>; Borrasso, Andrew <aborrasso@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Hi Melissa,

We're not available at that time, but we could meet on Wednesday from 10-11 am PT or between 12-3 pm PT. Would any of those times work for you and your team?

Best,
Laura

1

**Laura Ashley Harris**
-----------------------------------------------------------
**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1662
**F** +1 415 439 1500
-----------------------------------------------------------
lauraashley.harris@kirkland.com

---

**From:** Collins, Melissa <MCollins@wc.com>
**Sent:** Thursday, October 13, 2022 10:44 AM
**To:** Argall, Arthur <aargall@wc.com>; Harris, Laura Ashley <lauraashley.harris@kirkland.com>; Borrasso, Andrew <aborrasso@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Laura,

Are you and your team available to meet and confer on Tuesday, October 18 at 1 pm Pacific/4 pm Eastern?

Best,
Melissa

**Melissa Collins**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5916 | (F) 202-434-5029
mcollins@wc.com | www.wc.com/mcollins

---

**From:** Argall, Arthur <aargall@wc.com>
**Sent:** Friday, October 07, 2022 4:42 PM
**To:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>; Collins, Melissa <MCollins@wc.com>; Borrasso, Andrew <aborrasso@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Hi Laura,

We're not available on Monday to confer on Mr. Foxlin's subpoena responses, but I'll discuss with the team and propose some other times.

Thanks,

2


**Arthur J. Argall**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5251 | (202) 434-5029
aargall@wc.com | www.wc.com

---

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Wednesday, October 5, 2022 4:28 PM
**To:** Collins, Melissa <MCollins@wc.com>; Argall, Arthur <aargall@wc.com>; Borrasso, Andrew <aborrasso@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Hi Melissa,

We're available at 10 am PT on Monday, October 10 to continue the meet and confer on Foxlin's subpoena responses. Does this work for you?

Thanks,
Laura

**Laura Ashley Harris**
------------------------------------------------------------
**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1662
**F** +1 415 439 1500
------------------------------------------------------------
lauraashley.harris@kirkland.com

---

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Monday, October 3, 2022 9:23 AM
**To:** Collins, Melissa <MCollins@wc.com>; Argall, Arthur <aargall@wc.com>; Borrasso, Andrew <aborrasso@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Hi Melissa,

We're not available today, but I'll check with my team and propose some additional dates/times.

Best,
Laura

**Laura Ashley Harris**
------------------------------------------------------------
**KIRKLAND & ELLIS LLP**

555 California Street, San Francisco, CA 94104
T +1 415 439 1662
F +1 415 439 1500

\------------------------------------------------------------
lauraashley.harris@kirkland.com

---

**From:** Collins, Melissa <MCollins@wc.com>
**Sent:** Friday, September 30, 2022 7:13 AM
**To:** Argall, Arthur <aargall@wc.com>; Harris, Laura Ashley <lauraashley.harris@kirkland.com>; Borrasso, Andrew <aborrasso@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Laura,

Is your team available at 12 pm Pacific/3 pm Eastern on Monday?

Best
Melissa

**Melissa Collins**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5916 | (F) 202-434-5029
mcollins@wc.com | www.wc.com/mcollins

---

**From:** Argall, Arthur <aargall@wc.com>
**Sent:** Thursday, September 29, 2022 3:12 PM
**To:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>; Borrasso, Andrew <aborrasso@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Collins, Melissa <MCollins@wc.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Hi Laura,

Friday at 9 AM PT does not work for us.  We will propose a time for next week.

Thanks,

**Arthur J. Argall**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5251 | (202) 434-5029
aargall@wc.com | www.wc.com

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Tuesday, September 27, 2022 4:50 PM
**To:** Borrasso, Andrew <aborrasso@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Collins, Melissa <MCollins@wc.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Argall, Arthur <aargall@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Hi Andrew,

We are available to continue the meet and confer regarding the Foxlin subpoena this Friday, September 30 at 9 am PT. Please let us know if this date and time work for you.

Thank you,
Laura

**Laura Ashley Harris**
------------------------------------------------------------
**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1662
**F** +1 415 439 1500
------------------------------------------------------------
lauraashley.harris@kirkland.com

**From:** Borrasso, Andrew <aborrasso@wc.com>
**Sent:** Wednesday, September 14, 2022 12:21 PM
**To:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Collins, Melissa <MCollins@wc.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Argall, Arthur <aargall@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Laura,

We can use the following dial-in information for today's meet and confer:

    Phone number:  (332) 249-0718
    Conference ID:   967 038 460


Best,
Andrew

**Andrew Borrasso**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5898     aborrasso@wc.com | www.wc.com

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Friday, September 9, 2022 5:28 PM
**To:** Borrasso, Andrew <aborrasso@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Collins, Melissa <MCollins@wc.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Argall, Arthur <aargall@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Thanks, Andrew. Yes, that day/time still works for us.

Best,
Laura

**Laura Ashley Harris**
-----------------------------------------------------------
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1662
**F** +1 415 439 1500
-----------------------------------------------------------
lauraashley.harris@kirkland.com

**From:** Borrasso, Andrew <aborrasso@wc.com>
**Sent:** Friday, September 9, 2022 1:52 PM
**To:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Collins, Melissa <MCollins@wc.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Argall, Arthur <aargall@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Hi Laura,

We're available Wednesday afternoon, September 14, from 1:00 to 2:30 PT.  Please confirm that time still works for you.

Thanks,
Andrew


**Andrew Borrasso**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5898      aborrasso@wc.com | www.wc.com

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Thursday, September 8, 2022 10:05 PM
**To:** Borrasso, Andrew <aborrasso@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com;

benjamin@addyhart.com; sue@addyhart.com; Collins, Melissa <MCollins@wc.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Argall, Arthur <aargall@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Hi Andrew,

We are not available tomorrow, but we are available Wednesday, September 14 after 12pm PT. Please let us know if you have availability then.

Thanks,
Laura

**Laura Ashley Harris**
-----------------------------------------------------------
**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1662
**F** +1 415 439 1500
-----------------------------------------------------------
lauraashley.harris@kirkland.com

---

**From:** Borrasso, Andrew <aborrasso@wc.com>
**Sent:** Wednesday, September 7, 2022 9:58 AM
**To:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Collins, Melissa <MCollins@wc.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Argall, Arthur <aargall@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** RE: Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Counsel,

We disagree that Mr. Foxlin's responses are deficient. And we would like to meet and confer concerning your August 24 letter below. Are you available to discuss on Friday, September 9 from 10:30 to 12:30 Pacific Time?

Best,
Andrew


**Andrew Borrasso**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5898     aborrasso@wc.com | www.wc.com

---

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Wednesday, August 24, 2022 8:34 PM
**To:** Borrasso, Andrew <aborrasso@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; cpannell@addyhart.com; bhelms@addyhart.com; benjamin@addyhart.com; sue@addyhart.com; Collins, Melissa <MCollins@wc.com>; Harber, Adam

<AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Argall, Arthur <aargall@wc.com>; Berl, David <DBerl@wc.com>; Matt Warren <matt@warrenlex.com>; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com; Meredith Addy <meredith@addyhart.com>
**Subject:** Gentex Corp. v. Meta Platforms, Inc. -- Correspondence re Foxlin Subpoena

Counsel,

Please see the attached correspondence regarding Mr. Foxlin's deficient subpoena responses.

Best,
Laura

**Laura Ashley Harris**
-----------------------------------------------------------
**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1662
**F** +1 415 439 1500
-----------------------------------------------------------
lauraashley.harris@kirkland.com
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.