# Exhibit 6

| | |
|---|---|
| **From:** | Harris, Laura Ashley |
| **Sent:** | Thursday, January 12, 2023 1:26 PM |
| **To:** | 'Baumgarten, Elise'; 'Borrasso, Andrew'; Malcolm Reynolds; 'Matthew Warren'; 'Erika Warren'; 'Sachli Balazadeh-Nayeri'; '22-3892@cases.warrenlex.com'; 'Benjamin Cappel'; 'Sue Tucker'; 'bhelms@addyhart.com' |
| **Cc:** | #Facebook-Gentex |
| **Subject:** | Gentex v. Meta - Foxlin Subpoena and Document Production |

Counsel,

It has been over two months since we sent our last letter regarding Mr. Foxlin's deficient subpoena response, almost four months since we first started meeting and conferring on the issues with his responses, and over eight months since we served his subpoena. Still Mr. Foxlin has not produced a single document in response or provided an explanation as to why he is refusing to fully comply with the subpoena. Please confirm that that Mr. Foxlin will make a full production by January 17 so that we can avoid the need to move to compel.

Thank you,
Laura

**Laura Ashley Harris**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
T +1 415 439 1662
F +1 415 439 1500

lauraashley.harris@kirkland.com