# Exhibit 8

| | |
|---|---|
| **From:** | Wilson, Elizabeth <EWilson@wc.com> |
| **Sent:** | Friday, February 10, 2023 3:36 PM |
| **To:** | Heffernan, Jeannie; Turner, Ellisen Shelton; Glucoft, Josh; Harris, Laura Ashley; #Facebook-Gentex; Carlow, Frank; Deoras, Akshay S. |
| **Cc:** | Gentex-Meta; 22-3892@cases.warrenlex.com; erika@warrenlex.com; sachli@warrenlex.com; matt@warrenlex.com |
| **Subject:** | Gentex v. Meta (No. 22-cv-3892) - Foxlin Production 1 |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Counsel,

Mr. Foxlin will produce rolling productions of documents. This first production bears Bates numbers FOXLIN0000001 - FOXLIN0000974. This document production will be made available for download on Williams & Connolly LLP's secure file transfer site. You will receive an email to download the production shortly. These documents are marked pursuant to the terms of the Protective Order entered in this case.

This production is password protected; the password is as follows:  **C8j^sn9ehS2**

Best,

Beth

**Elizabeth Wilson**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5283 | ewilson@wc.com
*she, her, hers*

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.