# Exhibit 9

| | |
|---|---|
| **From:** | Wilson, Elizabeth <EWilson@wc.com> |
| **Sent:** | Monday, February 27, 2023 12:55 PM |
| **To:** | #Facebook-Gentex; Heffernan, Jeannie; Turner, Ellisen Shelton; Glucoft, Josh; Harris, Laura Ashley; Carlow, Frank; Deoras, Akshay S. |
| **Cc:** | Gentex-Meta; 22-3892@cases.warrenlex.com; erika@warrenlex.com; sachli@warrenlex.com; matt@warrenlex.com |
| **Subject:** | Gentex v. Meta (No. 22-cv-3892) - Foxlin Production 2 |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Counsel,

Mr. Foxlin's second production includes Bates ranges: FOXLIN0000975 - FOXLIN0007578. This document production will be made available for download on Williams & Connolly LLP's secure file transfer site. You will receive an email to download the production shortly. These documents are marked pursuant to the terms of the Protective Order entered in this case.

This production is password protected; the password is as follows: **C8j^sn9ehS2**

We stated in our February 7, 2023 email that we expected to be able to substantially complete the production by February 28. As an update, at this point we expect to complete Mr. Foxlin's hard copy production this week, but we have run into some delays with respect to the ESI collection and will be getting those documents to you in the coming weeks.

Best,

Beth

**Elizabeth Wilson**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5283 | ewilson@wc.com
*she, her, hers*

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.