# Exhibit 10

| | |
|---|---|
| **From:** | Collins, Melissa <MCollins@wc.com> |
| **Sent:** | Wednesday, March 1, 2023 12:22 PM |
| **To:** | Glucoft, Josh; Harris, Laura Ashley; Harber, Adam; Baumgarten, Elise; Argall, Arthur; Borrasso, Andrew; Gentex-Meta |
| **Cc:** | #Facebook-Gentex; meredith@addyhart.com; matt@warrenlex.com; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com |
| **Subject:** | RE: Gentex v. Meta (No. 22-cv-3892) - Extend Deadline to Amend Pleadings |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Josh,

If Meta believes it has a basis to move to amend its Answer, it can do so and we will respond once we see it. You have provided no basis to extend the deadline, and Plaintiffs do not agree to do so. As noted below, if Meta believes that it has good cause to amend at some point, it can seek leave of Court and we can confer about the specific bases then.

Melissa

**Melissa Collins**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5916 | (F) 202-434-5029
mcollins@wc.com | www.wc.com/mcollins

**From:** Glucoft, Josh <josh.glucoft@kirkland.com>
**Sent:** Wednesday, March 01, 2023 1:58 PM
**To:** Collins, Melissa <MCollins@wc.com>; Harris, Laura Ashley <lauraashley.harris@kirkland.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Argall, Arthur <aargall@wc.com>; Borrasso, Andrew <aborrasso@wc.com>; Gentex-Meta <Gentex-Meta@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; meredith@addyhart.com; matt@warrenlex.com; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com
**Subject:** RE: Gentex v. Meta (No. 22-cv-3892) - Extend Deadline to Amend Pleadings

Melissa,

We can agree to file our amended answer based on the limited information we currently possess, and Gentex could then move to dismiss if it chooses, if Gentex will stipulate to extend the deadline to amend by two weeks. Please let us know today.

Thanks,
Josh

**Josh Glucoft**

1

**KIRKLAND & ELLIS LLP**
2049 Century Park East, 3700 N, Los Angeles, CA 90067
**T** +1 310 552 4284 | **M** +1 310 497 1143 | **F** +1 310 552 5900
josh.glucoft@kirkland.com

---

**From:** Collins, Melissa <MCollins@wc.com>
**Sent:** Wednesday, March 1, 2023 8:19 AM
**To:** Glucoft, Josh <josh.glucoft@kirkland.com>; Harris, Laura Ashley <lauraashley.harris@kirkland.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Argall, Arthur <aargall@wc.com>; Borrasso, Andrew <aborrasso@wc.com>; Gentex-Meta <Gentex-Meta@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; meredith@addyhart.com; matt@warrenlex.com; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com
**Subject:** RE: Gentex v. Meta (No. 22-cv-3892) - Extend Deadline to Amend Pleadings

Counsel,

We disagree that Meta has, or will have, any basis to allege inequitable conduct. We cannot agree in the abstract to extend the Court's schedule, which Meta agreed to and has known about for months. If Meta believes that it has good cause to amend at some point, it can seek leave of Court and we can confer about the specific bases then.

Best,
Melissa

**Melissa Collins**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5916 | (F) 202-434-5029
mcollins@wc.com | www.wc.com/mcollins

**From:** Glucoft, Josh <josh.glucoft@kirkland.com>
**Sent:** Wednesday, March 01, 2023 10:46 AM
**To:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>; Collins, Melissa <MCollins@wc.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Argall, Arthur <aargall@wc.com>; Borrasso, Andrew <aborrasso@wc.com>; Gentex-Meta <Gentex-Meta@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; meredith@addyhart.com; matt@warrenlex.com; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com
**Subject:** RE: Gentex v. Meta (No. 22-cv-3892) - Extend Deadline to Amend Pleadings

Melissa,

In view of the pending deadline, please let us know by noon Pacific time today whether Gentex will agree to extend the deadline.

Regards,
Josh

**Josh Glucoft**

---

**KIRKLAND & ELLIS LLP**
2049 Century Park East, 3700 N, Los Angeles, CA 90067
**T** +1 310 552 4284 | **M** +1 310 497 1143 | **F** +1 310 552 5900
josh.glucoft@kirkland.com

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Tuesday, February 28, 2023 2:25 PM
**To:** Collins, Melissa <MCollins@wc.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Argall, Arthur <aargall@wc.com>; Borrasso, Andrew <aborrasso@wc.com>; Gentex-Meta <Gentex-Meta@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; meredith@addyhart.com; matt@warrenlex.com; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com
**Subject:** RE: Gentex v. Meta (No. 22-cv-3892) - Extend Deadline to Amend Pleadings

Counsel,

The primary issue is inequitable conduct in light of ongoing discovery from Mr. Foxlin (who yesterday produced thousands of pages of documents in response to a subpoena served nine months ago) and as potentially informed by the Court's rulings on claim construction.

Best,
Laura

**Laura Ashley Harris**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
T +1 415 439 1662
F +1 415 439 1500

lauraashley.harris@kirkland.com

**From:** Collins, Melissa <MCollins@wc.com>
**Sent:** Tuesday, February 28, 2023 9:52 AM
**To:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>; Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Argall, Arthur <aargall@wc.com>; Borrasso, Andrew <aborrasso@wc.com>; Gentex-Meta <Gentex-Meta@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; meredith@addyhart.com; matt@warrenlex.com; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com
**Subject:** RE: Gentex v. Meta (No. 22-cv-3892) - Extend Deadline to Amend Pleadings

Counsel,

Thank you for your email.  So that we can provide a considered response, can you explain what matter you cannot include in your answer now, but could include in an amended answer following the Court's claim construction ruling?  We cannot immediately think of anything to meet this bill; since you must have something in mind, it would be helpful if you could share it with us.

Best,
Melissa


**Melissa Collins**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5916 | (F) 202-434-5029

mcollins@wc.com | www.wc.com/mcollins

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Monday, February 27, 2023 2:20 PM
**To:** Harber, Adam <AHarber@wc.com>; Baumgarten, Elise <EBaumgarten@wc.com>; Collins, Melissa <MCollins@wc.com>; Argall, Arthur <aargall@wc.com>; Borrasso, Andrew <aborrasso@wc.com>; Gentex-Meta <Gentex-Meta@wc.com>
**Cc:** #Facebook-Gentex <Facebook-Gentex@kirkland.com>; meredith@addyhart.com; matt@warrenlex.com; erika@warrenlex.com; sachli@warrenlex.com; 22-3892@cases.warrenlex.com
**Subject:** Gentex v. Meta (No. 22-cv-3892) - Extend Deadline to Amend Pleadings

Counsel,

Please let us know by tomorrow 2/28 if you are willing to agree to extend the deadline for Meta to amend its pleading (the current deadline is this Thursday, March 2).  We propose to extend the deadline to two weeks after the Court issues a claim construction order.

Thank you,
Laura


**Laura Ashley Harris**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1662
**F** +1 415 439 1500

lauraashley.harris@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.