# Exhibit A

The Wayback Machine - https://web.archive.org/web/19970103061234/http://www.isense.com:80/products.htm






## The IS-300 Series: a breakthrough in precision motion tracking 

InterSense's **IS-300 series** consists of four inertial motion trackers spanning a range of capabilities and prices. All four trackers offer the high-fidelity orientation tracking of *InterGlide*™ technology: which is exceptionally steady, smooth and responsive. With the IS-300 series, you can eliminate the latency, slosh and jitter which contribute to inaccurate tracking and simulator sickness.

| | IS-300 | IS-310 | IS-310XL | IS-320XL |
|---|---|---|---|---|
| **sensor capacity:** | 1 | 2 | 2 | 4 |
| **outputs:** | orientation | orientation | orientation, position (with aid) | orientation position (with aid) |
| **update rate:** | 125 Hz | 250 Hz | 250 Hz | 500 Hz |
| **prediction:** | none | none | 1-30 milliseconds | 1-30 milliseconds |

 The three levels of performance are distinguished primarily by the speed of the signal processor - from 125 Hz
for the IS-300 to 500 Hz for the IS-320XL. As a result of the higher processor speeds, the higher numbered products also offer superior latency, resolution and accuracy.

All products come standard with one inertial sensor. The 310-level products support one additional sensor, and the 320-level
products support up to a total of 4 sensors per system, with an attendant decrease in update rate.

The "XL" motion acceleration mode is available as an option on the 310 (the IS-310 can also be upgraded to an IS-310XL at a later date) and comes standard with the 320. In XL mode, the InterSense tracker connects between your current 6-DOF magnetic tracker and the host computer to dramatically boost performance in several ways:

- Increased update rate and decreased latency
- Tracker output noise level is eliminated for significantly expanded useful range
- Uncorrupted pitch and roll data - no more tilted worlds!
- Prediction of up to 30 milliseconds that helps compensate for graphics rendering delay

IS-300 series trackers in XL mode can also be used in conjunction with our low-cost VS-300 ultrasonic position tracking device to obtain an integrated hybrid 6-DOF tracking system with all the advantages of *InterGlide*™ technology.

The IS-310XL and IS-320XL do not have to be used in XL motion acceleration mode. When 3-DOF orientation tracking is enough (as it usually is for VR flythrough applications), these most flexible members of the IS-300 family may be switched into non-XL mode and used as stand-alone, sourceless, portable/wearable orientation trackers. These products can still perform prediction when used in this sourceless mode.

For further information about the individual products in the series, click the links below: 

**IS-300**

> The IS-300 is a revolutionary 3-DOF motion tracker uniquely suited for fly-through applications which require high-performance head-orientation tracking. Sourceless and wearable, the IS-300 can give you freedom of motion with unlimited range. As the economical base model in the series, the IS-300 is well suited for applications which require only one object to be tracked for orientation.

**IS-310**

> The IS-310 offers twice the speed of the IS-300, for exceptionally fast, smooth response in demanding applications. It also offers much greater flexibility and expandibility. Additional sensors may be purchased at any time, for tracking orientation of up to 4 objects simultaneously in a shared workspace (more objects may be tracked using multiple systems). It is upgradeable at any time to the IS-310XL for accelerated hybrid 6-DOF tracking.

**IS-310XL**

> Trouble with interference and limited range with your existing magnetic tracker? The IS-310XL functions as a high-performance orientation tracker on its own, as a state-of-the-art 6-DOF tracker with the addition of our VS-300 ultrasonic positional device, or as a fully compatible inertial tracking accessory to enhance your current magnetic tracker's performance. For accelerated motion tracking performance with the motion prediction advantage, try the IS-310XL.

**IS-320XL**

> The IS-320XL is the fastest, most precise motion tracker/predictor on the market today. It offers all the advanced capabilities of the IS-310XL, plus twice the update rate and additional flexibility for sophisticated users who wish to customize the prediction algorithms for totally optimal system performance.