# Exhibit B

The Wayback Machine - https://web.archive.org/web/19980110095511/http://isense.com:80/products.html

# IS-600 Precision Motion Tracker

**Robust 6 degree-of-freedom motion tracking for simulation and training.**

**For the first time, high-fidelity 6 Degree-of-Freedom (DOF) position and orientation tracking is possible without the limitations associated with all the other 6 DOF motion trackers on the market. By utilizing a hybrid of inertial and ultrasonic sensing technologies and proprietary sensor-fusion algorithms, the IS-600 achieves performance and robustness superior to any single-technology tracking device.**



- **Fast & Smooth**
- **Motion Prediction**
- **Immune to Interference**

**Superior Accuracy and Robustness.** The IS-600 uses InterSense's proprietary sensor fusion algorithms to obtain superior orientation accuracy. Position tracking is performed by accelerometry with ultrasonic drift correction, not just the pure time-of-flight trilateration used by others. This results in vastly improved update rates, resolution, and immunity to ultrasonic interference.

**Jitter-Free.** The InterSense IS-300 tracker virtually eliminates the jitter common to other systems. This has been a major deficiency and source of simulator sickness in immersive head-mounted display applications.

**No Slosh or Drift.** InterSense's proprietary micro-machined inertial sensor unit and signal processing virtually eliminates the sloshy response common to inclinometers and the accumulation of drift error that plagues ordinary gyroscopes.

**Motion Prediction.** The IS-600 can predict motion up to 50 ms in the future, which compensates for graphics rendering delays and further contributes to eliminating simulator lag. InterSense is the *only* company to employ the proven benefits of inertial angular rate and acceleration sensors to provide accurate feed-forward motion prediction.

**Fast Response.** The InterSense IS-600 provides update rates of up to 150 Hz with extremely low latency. Tracker-induced lag is removed from your virtual environment.

**Distortion-Free.** Our patented inertial sensing technology is not susceptible to the electromagnetic interference you've come to expect from competitive tracking technologies. So the InterSense IS-600 offers smooth, steady response, even in noisy, metal-cluttered environments.

Application

Home | Error

**Page no**
It appears tha
Perhaps the f





