# Exhibit C

The Wayback Machine - https://web.archive.org/web/20010220153622/http://www.isense.com:80/news/pr/19…

 THE NEW STANDARD IN MOTION TRACKING



Tel 781 270 0090
Fax 781 229 8995
info@iSENSE.com

Last Updated:
Wednesday, April 26, 2000

**NEWS • PRESS RELEASES** : 2001 RELEASES | 2000 ARCHIVES | 1999 ARCHIVES | 1998 ARCHIVES

**FOR IMMEDIATE RELEASE**

For more information, please contact:

| InterSense Inc. | Rogers Communications |
| *Patrick Riley* | *Adam Rosenbaum* |
| (781) 270-0090 | (781) 224-1100 |
| patrickr@isense.com | arosenbaum@rogerscom.com |

InterSense Introduces the InterTrax™ Motion Tracker and Expects to Expand the Use of Virtual Environments

The InterTrax motion tracker will bring virtual environments to the professional and high-end consumer marketplace beginning with a virtual fitness trainer

Orlando, FL –July 20, 1998 – InterSense (Booth #1317), the leading developer and supplier of motion-tracking systems for human interaction with virtual environments and 3D graphics, today introduced the InterTrax™ 20 and 30 precision motion trackers. Using InterSense's exclusive inertial tracking technology and algorithms, InterTrax relieves the jitter and complex set-up normally associated with virtual environments to create smooth, realistic 3D experiences that can easily be installed on any PC. A low price point and high performance make this tracker suitable for high-end consumers and professionals. Later this summer, InterTrax will be integrated with the Sony GlassTron™ and StairMaster FreeRunner™ to bring virtual environments to consumers in a virtual reality fitness trainer.

"InterSense has been recognized in the industry as the leading developer and manufacturer of motion-tracking technologies," said Charlie Miller, InterSense CEO. "With our flagship inertial and ultrasonic trackers, the IS-300 and IS-600, we were able to make virtual environments viable business solutions. Now, with our new line of motion trackers, the InterTrax 20 and 30, both at a lower price point, we can make the benefits of our sourceless inertial tracking technology available to an even broader professional and consumer market. With InterTrax, there is no disorienting slosh and jitter because it is based on InterSense's patented drift-corrected gyroscopic technology. With InterTrax, our goal at InterSense is to make virtual environments part of everyday life."

Executives at InterSense believe that InterTrax will open markets and expand the use of virtual environments far beyond the typical high-end computer games. The lower price point and high performance of InterTrax mean that schools, businesses, manufacturing facilities, and medical practices will be able to leverage computer-generated virtual tools. From schools teaching teenage drivers to doctors treating phobias to businesses visualizing complex sets of data, InterSense's newest products make virtual environments true business solutions.

InterSense will take the first step in bringing virtual environments to the professional and consumer marketplace when InterTrax is incorporated with Sony's

GlassTron™ personal display and into StairMaster's FreeRunner™ to create the first widely deployed virtual environment physical fitness training system. Exercisers will be able to work out in complete freedom while enjoying a computer-generated environments for fun, fitness, or competition. Lunar landscapes and more earthly environments, such as the Boston Marathon, have already been created. Eventually, fitness centers will be able to network multiple machines in the same club or across the country via the Internet and challenge other athletes to "virtual" competitions.

"We are extremely excited to provide our new elliptical striding product, the FreeRunner™, as a platform for new technology such as InterSense's InterTrax," said

Dr. Cedric Bryant, StairMaster's vice president of sports medicine and product development. "The StairMaster FreeRunner allows exercisers to walk or run without the high impact associated with other forms of exercise. It's an ideal piece of equipment for introducing 3D virtual environments to the maximum number of potential users."

More than any other motion tracker on the market, InterTrax offers high performance and ease of use, there is no source to set up and no configuration software required. The unit comes with an ergonomic curved adapter plate which attaches with Velcro onto the back of any head-mounted display. InterTrax plugs directly into a PC serial port without a separate electronics processing box, and has a single button conveniently accessible on the back for resetting the orientation at the start of a session. The tracker can be used in mouse emulation mode for instant compatibility with many 3D applications, or, for improved performance, can be used in native mode via a simplified protocol allowing for rapid integration by software developers.

Currently available for shipping, InterTrax requires a single standard RS-232 connection and can be used across virtually all host platforms, including DOS, Windows 95/NT, Windows 98/NT, MAC, Sun, UNIX, and SGI. The tracker will work in mouse emulation mode with any type of serial mouse, including Logitech and Microsoft. Additionally, mouse emulation can be used without additional software under DOS and Windows. The InterTrax 20 is available for $795 and the InterTrax 30 is available for $995. For more information, customers can call InterSense at 1-888-359-8478. About InterSense InterSense's motion-tracking technology measures the 3D motion of a person's head, hands, and body while allowing unconstricted movement through a virtual world. Using inertial and ultrasonic tracking, InterSense's trackers relieve the lag and jitter normally associated with virtual environments. These changes aren't cosmetic, they are essential to relieve the feelings of drunkenness and nausea that can be caused by interacting with computer-generated environments. The company was founded in 1996 by Eric Foxlin based on his groundbreaking research while preparing his Ph.D. at MIT. InterSense sells to major corporations worldwide, in addition to some of the world's leading research facilities. Current customers include Medical Consumer Media, Lego, Lockheed Martin, Johns Hopkins Hospital, and Raydon Corporation. Target markets include entertainment, engineering, industrial, medical, and training and simulation applications. InterSense can be found on the World Wide Web at www.isense.com.