# Exhibit D

The Wayback Machine - https://web.archive.org/web/19980110095511/http://isense.com:80/products.html

Application

Home | Error

**Page no**

It appears tha
Perhaps the f







# IS-900CT Camera Tracker
## PRELIMINARY DATA SHEET

### Creativity is returned to the director.

For the first time, virtual set and film cameras can be moved and tracked as easily as t
cameras. The television and film industries can now utilize the boundary expanding cap
of computer generated virtual sets and/or special effects and still maintain the creative
of camera position they are accustomed to.



- **Creative Freedom**
- **Hand-Held Cameras**
- **Instant Calibration**
- **6 Degrees-of-freedom**

The **IS-900CT** camera tracker uses InterSense's revolutionary new CONSTELLATION™ expandable motion tracking technology to provide producers with the ability to make unrestrained use of 6 degree-of-freedom (DOF) camera at a far lower price than sensorized cranes and tripods.

**Instant Calibration.** Unlike older technologies that can take up to half-an-hour to set up and calibrate, InterSense's CONSTELLATION™ technology allows instantaneous calibration. Just push a button and you're ready to go.

**Hand-Held Cameras.** Today's dynami
cinematography techniques demand tot
camera flexibility. Older technologies re
that the camera remain in a fixed positi
limiting the range of possibilities. But
InterSense gives you complete creative
freedom to move the camera or even us
hand-held cameras.

**Software Compatibility.** If your CG s
supports industry standard trackers, you
be able to use InterSense's camera track

### Technology Overview

The IS-900CT Camera Tracker obtains its primary motion sen
using a miniature solid-state inertial measurement unit (IMU)
senses angular rate of rotation and linear acceleration along th
perpendicular axes. The angular rates are integrated to obtain t
orientation (yaw, pitch, and roll) of the sensor, and the linear
accelerations are transformed into a reference coordinate fram
double-integrated to keep track of changes in position (x, y, an

Ultrasonic time-of-flight distance measurements are used to ob
starting position and to correct any drift in the inertial position

