# Exhibit E

The Wayback Machine - https://web.archive.org/web/20010221015635/http://www.isense.com:80/news/pr/20…

 **THE NEW STANDARD IN MOTION TRACKING**



INTERSENSE
Tel 781 270 0090
Fax 781 229 8995
info@iSENSE.com

Last Updated:
Tuesday, July 25, 2000

**NEWS** ⬢ **PRESS RELEASES** : 2001 RELEASES | 2000 ARCHIVES | 1999 ARCHIVES | 1998 ARCHIVES

**FOR IMMEDIATE RELEASE**

For more information, please contact:

| InterSense Inc. | Rogers Communications |
|---|---|
| *Patrick Riley* | *Adam Rosenbaum* |
| (781) 270-0090 | (781) 224-1100 |
| patrickr@isense.com | arosenbaum@rogerscom.com |

**InterSense Spearheads Drive to Virtual Reality, Brings World's Smallest, High-Performance Head Tracker to Market**

InterTrax2 Motion Tracker Demo at SIGGRAPH 2000, Compatible with Workstations, PCs and PlayStation2™

**NEW ORLEANS, La. - July 25, 2000** - At Siggraph 2000, InterSense Inc., the market leader in precision motion tracking technology that allows people to easily interact with 3D computer-generated environments, is demonstrating InterTrax2, a new head-tracking system. InterTrax2 runs on the PlayStation2 games console and will allow users to upgrade their consoles to VR systems for a new 3D game experience.

"As soon as we heard that the PlayStation2 would support USB, we started to re-design InterTrax to reduce its size and weight, and improve its performance," said Charlie Miller, InterSense's CEO. "The combination of using a games console as the host platform for a VR experience and the additional compatibility afforded by USB, greatly improves the potential for both the VR industry and our products. Now, with advances in computer processing power, display technology and 3D graphics, InterSense technology can truly bring 3D to life."

Blake Bisson, vice president of worldwide sales, added: "The power of PlayStation2 is perfect for immersive VR applications that require consistent frame rates of more than 30Hz and we are seeing a great deal of interest in the middleware, headsets and InterTrax2. This combination is proving very attractive to game developers and publishers and our system has been designed to meet this market demand."

Working with its Japanese partner, AiCube Co. Ltd, InterSense has developed middleware that enables InterTrax2, a 3DOF (Degrees of Freedom) head-tracking system to work with the new game station from Sony. InterTrax2 is the successor to InterTrax, the world's best selling 3-DOF tracking system. Weighing half as much as its predecessor, it offers greater functionality and accuracy, and easily attaches to all known Personal Display Devices ("headsets").

**Pricing and Availability**
InterTrax2 will be available from InterSense and its partners at the end of July 2000

as either a standalone product or bundled with a range of headsets. The USB middleware and demonstration software is available free to licensed Sony application developers. The middleware is also available for license or sale to other peripheral manufacturers that want to develop PlayStation2-compatible products and require an early time to market. Pricing will be determined according to volume and bundling configurations.

For more information about InterSense and InterTrax2, please go to http://www.isense.com.

**About InterSense Inc.**
InterSense Inc., based in Burlington, Mass., is the market leader in precision motion tracking technology that enables computers to 'see and understand' motion in 3D space. By delivering the best precision and performance, InterSense's motion tracking systems have become widely used in a variety of applications, including virtual prototyping and design, visual simulation and training, video/film production and special effects, manufacturing and 3D game development. InterSense recently received the Frost & Sullivan 1999 Market Engineering Technology Innovation Award, as well as the Computer Graphics World 1999 Innovation Award for its IS-900 motion tracker series.

Founded in 1996, InterSense has quickly become the market leader by forging powerful relationships with world leaders in the industrial, government/defense, medical and entertainment and research markets, including Boeing, Volkswagen, Lockheed Martin, Ortho-Biotech, Universal Studios Sony, MIT and Johns-Hopkins University. For more information about InterSense, call 781-270-0090, or visit the Web site at www.isense.com.

**About AiCube Co. Ltd.**
AiCube Co. Ltd, based in Tokyo, Japan, develops, markets and customizes real-time graphic solutions such as VR simulators and interactive exhibition contents. Using graphics engine technology, AiCube provides a full line of services to the development community including conceptualization, system and program design, hardware configuration, and installation. AiCube has packaged these tools into a development environment called Xeios. For more information about AiCube, please go to http://www.aicube.com.

PlayStation is a registered trademark of Sony Computer Entertainment Inc.