# Exhibit W

Exhibit A-15

**Invalidity of U.S. Patent No. 6,757,068 ("'068 Patent")[1] under Pre-AIA Section 102 or Section 103 in view of InterSense IS-300 Motion Tracker ("InterSense IS-300")[2]**

InterSense IS-300 was publicly available at least as of 1996.  Plaintiffs assert a priority date of January 28, 2000 for the '068 Patent.  Even assuming that the '068 Patent is entitled to this priority date, InterSense IS-300 qualifies as prior art under at least pre-AIA Sections 102(a) and (b) to the '068 Patent.

As described herein, the asserted claims of the '068 Patent are invalid (a) under one or more sections of 35 U.S.C. § 102 as anticipated expressly or inherently by InterSense IS-300 (including the documents incorporated into InterSense IS-300 by reference) and (b) under 35 U.S.C. § 103 as obvious in view of InterSense IS-300 standing alone and, additionally, in combination with the knowledge of one of ordinary skill in the art, and/or other prior art, including but not limited to the prior art identified in Defendants' Invalidity Contentions and the prior art described in the claim charts attached in Exhibits A-1 – A-29.  With respect to the proposed modifications to InterSense IS-300, as of the priority date of the '068 Patent, such modification would have been obvious to try, an obvious combination of prior art elements according to known methods to yield predictable results, a simple substitution of one known element for another to obtain predictable results, a use of known techniques to improve a similar devices or method in the same way, an application of a known technique to a known device or method ready for improvement to yield predictable results, a variation of a known work in one field of endeavor for use in either the same field or a different one based on design incentives or other market forces with variations that are predictable to one of ordinary skill in the art, and/or obvious in view of teachings, suggestions, and motivations in the prior art that would have led one of ordinary skill to modify or combine the prior art references.

---

[1]   Discovery in this case is ongoing and, accordingly, this invalidity chart is not to be considered final.  Defendants have conducted the invalidity analysis herein without having fully undergone claim construction and a *Markman* hearing.  By charting the prior art against the claim(s) herein, Defendants are not admitting nor agreeing to Plaintiffs' interpretation of the claims at issue in this case.  Additionally, these charts provide representative examples of portions of the charted references that disclose the indicated limitations under Plaintiffs' application of the claims; additional portions of these references other than the representative examples provided herein may also disclose the indicated limitation(s) and Defendants contend that the asserted claim(s) are invalid in light of the charted reference(s) as a whole.  Defendants reserve the right to rely on additional citations or sources of evidence that also may be applicable, or that may become applicable in light of claim construction, changes in Plaintiffs' infringement contentions, and/or information obtained during discovery as the case progresses.  Further, by submitting these invalidity contentions, Defendants do not waive and hereby expressly reserve their right to raise other invalidity defenses, including but not limited to defenses under Sections 101 and 112.  Defendants reserve the right to amend or supplement this claim chart at a later date, including after the Court's order construing disputed claim terms.

[2]   The claim limitations described herein were disclosed by the InterSense IS-300 as of the earliest priority date of the '068 patent. For instance: IS-300 Pro Precision Motion Tracker, INTERSENSE (last updated June 4, 2002), https://web.archive.org/web/20021017040949/http://intersense.com/products/prec/is300/is300pro.htm ("InterSense IS-300 Ex. 1");  IS-300 Precision Motion Tracker, INTERSENSE, http://www.mindflux.com.au/products/isense/is300.pdf ("InterSense IS-300 Ex. 2");  User Manual for IS-300 and IS-300 Pro Systems Firmware versions 3.0161 and above, INTERSENSE (1999), http://www.mindflux.com.au/products/isense/is300.pdf ("InterSense IS-300 Ex. 3"); and IS-300 Precision Motion Tracker, INTERSENSE (Nov. 12, 1997), https://web.archive.org/web/19980119142206/http://www.isense.com:80/products.html ("InterSense IS-300 Ex. 4").

Exhibit A-15

    All cross-references should be understood to include material that is cross-referenced within the cross-reference.  Where a particular figure is cited, the citation should be understood to encompass the caption and description of the figure as well as any text relating to or describing the figure.  Conversely, where particular text referring to a figure is cited, the citation should be understood to include the figure as well.

## A.  INDEPENDENT CLAIM 1

| CLAIM 1 | InterSense IS-300 |
|---|---|
| [1.pre] A method comprising: | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, a method.<br><br>No party has yet asserted that the preamble is limiting, nor has the Court construed the preamble as limiting. However, to the extent that the preamble is limiting, it is disclosed by InterSense IS-300.<br><br>In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See, e.g.*: |

Exhibit A-15

| CLAIM 1 | InterSense IS-300 |
|---|---|
| | InterSense IS-300 Ex. 1. |

| CLAIM 1 | InterSense IS-300 |
|---|---|
| | <br><br>InterSense IS-300 Ex. 2. |

Exhibit A-15

| CLAIM 1 | InterSense IS-300 |
|---------|-------------------|
| | *See also* Defendants' Invalidity Contentions for further discussion. |
| [1.a] mounting a sourceless orientation tracker on a user's head, and | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, mounting a sourceless orientation tracker on a user's head.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See, e.g.*: <br><br><br><br>InterSense IS-300 Ex. 1. |

Exhibit A-15

| CLAIM 1 | InterSense IS-300 |
|---|---|
| |  InterSense IS-300 Ex. 2. |

| CLAIM 1 | InterSense IS-300 |
|---|---|
| | *See also* Defendants' Invalidity Contentions for further discussion. |
| [1.b] using a position tracker to track a position of a first localized feature associated with a limb of the user relative to the user's head. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, using a position tracker to track a position of a first localized feature associated with a limb of the user relative to the user's head. In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art. <br><br> *See, e.g.*: <br><br>  <br><br> InterSense IS-300 Ex. 1. |

Exhibit A-15

| CLAIM 1 | InterSense IS-300 |
|---|---|
| | 

InterSense IS-300 Ex. 2. |

Exhibit A-15

| CLAIM 1 | InterSense IS-300 |
|---|---|
| | ## 2 Specifications and Performance Characteristics <br><br> **Performance Specifications** <br><br> Degrees of Freedom     Yaw, pitch, and roll <br> Angular Range     All orientations <br> Maximum Angular Rate:     1200°/sec <br> Angular Resolution:     0.02° RMS <br> Angular Accuracy:     1.0° RMS <br> Dynamic Accuracy:     3.0° RMS <br> Update Rate:     up to 500Hz <br><br>                       IS-300          IS-300 Pro <br> Prediction:     NA          0-50ms <br> Number of InertiaCube Sensors:     1          up to 4 <br><br> Interface:     RS-232C with selectable baud rates to 115, 200 <br> Protocol:     Compatible with industry-standard protocol (FASTRAK™) <br><br> InterSense IS-300 Ex. 3 at 10. |

9

| CLAIM 1 | InterSense IS-300 |
|---|---|
| | 

InterSense IS-300 Ex. 3 at 12. |

Exhibit A-15

| CLAIM 1 | InterSense IS-300 |
|---------|-------------------|
|         | <br><br>InterSense IS-300 Ex. 3 at 17.<br><br>*See also* Defendants' Invalidity Contentions for further discussion. |

**B.  DEPENDENT CLAIM 2**

| CLAIM 2 | InterSense IS-300 |
|---------|-------------------|
| [2] The method of claim 1 in which the first localized feature associated with the limb comprises a point on a hand-held object or a point on a hand-mounted | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 1 in which the first localized feature associated with the limb comprises a point on a hand-held object or a point on a hand-mounted object or a point on a hand.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

Exhibit A-15

| CLAIM 2 | InterSense IS-300 |
|---|---|
| object or a point on a hand. | |

## C. DEPENDENT CLAIM 4

| CLAIM 4 | InterSense IS-300 |
|---|---|
| [4] The method of claim 2, wherein the first localized feature is on a ring. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 2, wherein the first localized feature is on a ring.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 2, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

## D. DEPENDENT CLAIM 5

| CLAIM 5 | InterSense IS-300 |
|---|---|
| [5] The method of claim 1 further comprising using the position tracker to determine a distance between the first localized feature and a second localized feature associated with the user's head. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 1 further comprising using the position tracker to determine a distance between the first localized feature and a second localized feature associated with the user's head.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

### E. DEPENDENT CLAIM 7

| CLAIM 7 | InterSense IS-300 |
|---|---|
| [7] The method of claim 1 in which the position tracker comprises an electro-optical system that tracks LEDs, optical sensors or reflective marks. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 1 in which the position tracker comprises an electro-optical system that tracks LEDs, optical sensors or reflective marks.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

### F. DEPENDENT CLAIM 8

| CLAIM 8 | InterSense IS-300 |
|---|---|
| [8] The method of claim 1 in which the position tracker comprises a video machine-vision device that recognizes the first localized feature. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 1 in which the position tracker comprises a video machine-vision device that recognizes the first localized feature.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

### G. DEPENDENT CLAIM 11

| CLAIM 11 | InterSense IS-300 |
|---|---|
| [11] The method of claim 1 in which the sourceless orientation | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 1 in which the sourceless orientation tracker comprises an inertial sensor.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art. |

Exhibit A-15

| CLAIM 11 | InterSense IS-300 |
|---|---|
| tracker comprises an inertial sensor. | *See, e.g.:*<br><br><br><br>InterSense IS-300 Ex. 1. |

14

Exhibit A-15

| CLAIM 11 | InterSense IS-300 |
|---|---|
| | <br><br>InterSense IS-300 Ex. 2. |

Exhibit A-15

| CLAIM 11 | InterSense IS-300 |
|---|---|
| | **1** **Theory of Operations** |

Congratulations for buying the finest orientation tracker on the market!  This technology offers you several advantages:

- Very low latency
- Unlimited range
- Prediction based on directly sensed motion derivatives
- Smooth, jitter-free tracking

The IS-300 is an inertial 3-DOF (Degree of Freedom) orientation tracking system. It obtains its primary motion sensing using a miniature solid-state inertial measurement unit (called an InertiaCube™) which senses angular rate of rotation, gravity and earth magnetic field along three perpendicular axes. The angular rates are integrated to obtain the orientation (yaw, pitch, and roll) of the sensor. Gravitometer and compass measurements are used to prevent the accumulation of gyroscopic drift.

**1.1     InertiaCube™  integrated inertial instrument**

The InertiaCube is a monolithic part based on micro-electro-mechanical systems (MEMS) technology involving no spinning wheels that might generate noise, inertial forces and mechanical failures. The InertiaCube simultaneously measures 9 physical properties, namely angular rates, linear accelerations, and magnetic field components along all 3 axes. Micro-miniature vibrating elements are employed to measure all the angular rate components and linear accelerations, with integral electronics and solid-state magnetometers. The magnetometers are included for optional yaw drift correction in the sourceless inertial orientation mode only. The geometry and composition of these elements are proprietary, but the functional performance of the multisensor unit can be understood sufficiently by reference to the equivalent diagram in Figure 1.

Intersense IS-300 Ex. 3 at p.6.

| CLAIM 11 | InterSense IS-300 |
|---|---|
| |  Figure 1: Functional diagram of InertiaCube<br><br>Intersense IS-300 Ex. 3 at Fig. 1. |

Exhibit A-15

| CLAIM 11 | InterSense IS-300 |
|----------|-------------------|

# 2 Specifications and Performance Characteristics

**Performance Specifications**

| | |
|---|---|
| Degrees of Freedom | Yaw, pitch, and roll |
| Angular Range | All orientations |
| Maximum Angular Rate: | 1200°/sec |
| Angular Resolution: | 0.02° RMS |
| Angular Accuracy: | 1.0° RMS |
| Dynamic Accuracy: | 3.0° RMS |
| Update Rate: | up to 500Hz |

| | IS-300 | IS-300 Pro |
|---|---|---|
| Prediction: | NA | 0-50ms |
| Number of InertiaCube Sensors: | 1 | up to 4 |

| | |
|---|---|
| Interface: | RS-232C with selectable baud rates to 115, 200 |
| Protocol: | Compatible with industry-standard protocol (FASTRAK™) |

InterSense IS-300 Ex. 3 at 10.

| CLAIM 11 | InterSense IS-300 |
|---|---|
| | 

## 3 Setting up your new IS-300

### 3.1    IS-300 Components

IS-300 Base Unit — The base unit is the processing engine of the IS-300 system. It has the following connections:

| | |
|---|---|
| InertiaCubes (up to 4) | via cable attached to the InertiaCubes |
| Power | via 12V DC power supply. |
| User's Computer | via null modem RS232 cable |

The base unit should be installed in a clean, dry environment.

InterSense IS-300 Ex. 3 at 12. |

Exhibit A-15

| CLAIM 11 | InterSense IS-300 |
|---|---|
| |  InterSense IS-300 Ex. 3 at 17. *See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

## H. DEPENDENT CLAIM 12

| CLAIM 12 | InterSense IS-300 |
|---|---|
| [12] The method of claim 1 in which the sourceless orientation tracker comprises a tilt-sensor. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 1 in which the sourceless orientation tracker comprises a tilt-sensor.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art. *See, e.g.*: |

Exhibit A-15

| CLAIM 12 | InterSense IS-300 |
|---|---|
| |  InterSense IS-300 Ex. 1. |

Exhibit A-15

| CLAIM 12 | InterSense IS-300 |
|---|---|
| | <br><br>InterSense IS-300 Ex. 2. |

Exhibit A-15

| CLAIM 12 | InterSense IS-300 |
|---|---|
| | ## 2 Specifications and Performance Characteristics<br><br>**Performance Specifications**<br><br>Degrees of Freedom      Yaw, pitch, and roll<br><br>Angular Range      All orientations<br><br>Maximum Angular Rate:      1200°/sec<br><br>Angular Resolution:      0.02° RMS<br><br>Angular Accuracy:      1.0° RMS<br><br>Dynamic Accuracy:      3.0° RMS<br><br>Update Rate:      up to 500Hz<br><br>     IS-300      IS-300 Pro<br><br>Prediction:      NA      0-50ms<br><br>Number of InertiaCube Sensors:      1      up to 4<br><br>Interface:      RS-232C with selectable baud rates to 115, 200<br><br>Protocol:      Compatible with industry-standard protocol (FASTRAK™)<br><br>InterSense IS-300 Ex. 3 at 10. |

Exhibit A-15

| CLAIM 12 | InterSense IS-300 |
|---|---|
| | <br><br>InterSense IS-300 Ex. 3 at 12. |

Exhibit A-15

| CLAIM 12 | InterSense IS-300 |
|---|---|
|  |  InterSense IS-300 Ex. 3 at 17. *See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

### I. DEPENDENT CLAIM 14

| CLAIM 14 | InterSense IS-300 |
|---|---|
| [14] The method of claim 1 further comprising: <br><br> mounting a display device on the user's head; and | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 1 further comprising mounting a display device on the user's head, and displaying a first object at a first position on the display device. In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art. <br><br> *See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

Exhibit A-15

| CLAIM 14 | InterSense IS-300 |
|---|---|
| displaying a first object at a first position on the display device. | |

## J.  DEPENDENT CLAIM 15

| CLAIM 15 | InterSense IS-300 |
|---|---|
| [15] The method of claim 14 further comprising:<br><br>changing the orientation of the display device; and<br><br>after changing the orientation of the display device, redisplaying the first object at a second position on the display device based on the change in orientation. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 14 further comprising changing the orientation of the display device, and after changing the orientation of the display device, redisplaying the first object at a second position on the display device based on the change in orientation.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

## K.  DEPENDENT CLAIM 16

| CLAIM 16 | InterSense IS-300 |
|---|---|
| [16] The method of claim 15, wherein the | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 15, wherein the second position is determined so as to make the position of the first object |

Exhibit A-15

| CLAIM 16 | InterSense IS-300 |
|---|---|
| second position is determined so as to make the position of the first object appear to be fixed relative to a first coordinate reference frame, which frame does not rotate with the display device during said changing of the orientation of the display device. | appear to be fixed relative to a first coordinate reference frame, which frame does not rotate with the display device during said changing of the orientation of the display device.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art. *See* Disclosures with respect to Claim 15, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

## L.  DEPENDENT CLAIM 17

| CLAIM 17 | InterSense IS-300 |
|---|---|
| [17] The method of claim 16, wherein the first object is displayed in response to a signal from a computer. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 16, wherein the first object is displayed in response to a signal from a computer.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art. *See* Disclosures with respect to Claim 17, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

Exhibit A-15

## M. DEPENDENT CLAIM 18

| CLAIM 18 | InterSense IS-300 |
|---|---|
| [18] The method of claim 17, further comprising:<br><br>mounting a wearable computer on the user's body, and wherein the first object is displayed in response to a signal from the wearable computer. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 17, further comprising mounting a wearable computer on the user's body, and wherein the first object is displayed in response to a signal from the wearable computer.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 17, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

## N. DEPENDENT CLAIM 19

| CLAIM 19 | InterSense IS-300 |
|---|---|
| [19] The method of claim 15, further comprising displaying a portion of a virtual environment on the display device. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 15, further comprising displaying a portion of a virtual environment on the display device.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 15, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

## O. DEPENDENT CLAIM 20

| CLAIM 20 | InterSense IS-300 |
|---|---|
| [20] The method of claim 19, further comprising:<br><br>displaying a portion of the virtual environment on the display device before changing the orientation of the display device, and displaying a different portion of the virtual environment on the display device after changing the orientation of the display device. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 19, further comprising displaying a portion of the virtual environment on the display device before changing the orientation of the display device, and displaying a different portion of the virtual environment on the display device after changing the orientation of the display device.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 20, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

## P. DEPENDENT CLAIM 23

| CLAIM 23 | InterSense IS-300 |
|---|---|
| [23] The method of claim 15, further comprising displaying a graphical user interface for a computer on the display device. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 15, further comprising displaying a graphical user interface for a computer on the display device.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 15, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

Exhibit A-15

### Q. DEPENDENT CLAIM 24

| CLAIM 24 | InterSense IS-300 |
|---|---|
| [24] The method of claim 23, wherein the first object is a window, icon or menu in the graphical user interface. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 23, wherein the first object is a window, icon or menu in the graphical user interface.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 23, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

### R. DEPENDENT CLAIM 25

| CLAIM 25 | InterSense IS-300 |
|---|---|
| [25] The method of claim 23, wherein the first object is a pointer for the graphical user interface. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 23, wherein the first object is a pointer for the graphical user interface.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 23, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

### S. DEPENDENT CLAIM 26

| CLAIM 26 | InterSense IS-300 |
|---|---|
| [26] The method of claim 16, further comprising:<br><br>changing the position of the first localized feature | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 16, further comprising changing the position of the first localized feature relative to the position tracker, and after changing the position of the first localized feature, redisplaying the first object at a second position on the display device determined based on the change in the position of the first localized feature.  In the alternative, |

Exhibit A-15

| CLAIM 26 | InterSense IS-300 |
|---|---|
| relative to the position tracker; and<br><br>after changing the position of the first localized feature, redisplaying the first object at a second position on the display device determined based on the change in the position of the first localized feature. | this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 16, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

### T.  DEPENDENT CLAIM 27

| CLAIM 27 | InterSense IS-300 |
|---|---|
| [27] The method of claim 26, further comprising:<br><br>displaying a second object on the display device, wherein<br><br>after changing the position of the first localized feature, the displayed position of the second object on the display device does not | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 26 further comprising displaying a second object on the display device, wherein after changing the position of the first localized feature, the displayed position of the second object on the display device does not change in response to the change in the position of the first localized feature.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 16, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

Exhibit A-15

| CLAIM 27 | InterSense IS-300 |
|---|---|
| change in response to the change in the position of the first localized feature. | |

## U.  DEPENDENT CLAIM 28

| CLAIM 28 | InterSense IS-300 |
|---|---|
| [28] The method of claim 26, wherein the second position is determined so as to make the position of the first object appear to coincide with the position of the first localized feature as seen or felt by the user. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 26, wherein the second position is determined so as to make the position of the first object appear to coincide with the position of the first localized feature as seen or felt by the user.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 26, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

## V.  DEPENDENT CLAIM 29

| CLAIM 29 | InterSense IS-300 |
|---|---|
| [29] The method of claim 17, further comprising:<br><br>changing the orientation of the first coordinate reference frame in response to a signal | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 17, further comprising changing the orientation of the first coordinate reference frame in response to a signal being received by the computer.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 17, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

Exhibit A-15

| CLAIM 29 | InterSense IS-300 |
|---|---|
| being received by the computer. | |

## W. DEPENDENT CLAIM 30

| CLAIM 30 | InterSense IS-300 |
|---|---|
| [30] The method of claim 29, wherein the orientation of the first coordinate reference frame is changed in response to a change in the position of the first localized feature. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 29, wherein the orientation of the first coordinate reference frame is changed in response to a change in the position of the first localized feature.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 29, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

## X. DEPENDENT CLAIM 31

| CLAIM 31 | InterSense IS-300 |
|---|---|
| [31] The method of claim 29, wherein the orientation of the first coordinate reference frame is changed in response to a signal representative of the location of the user. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 29, wherein the orientation of the first coordinate reference frame is changed in response to a signal representative of the location of the user.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 29, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

### Y. DEPENDENT CLAIM 32

| CLAIM 32 | InterSense IS-300 |
|---|---|
| [32] The method of claim 29, wherein the orientation of the first coordinate reference frame is changed in response to a signal representative of a destination. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 29, wherein the orientation of the first coordinate reference frame is changed in response to a signal representative of a destination.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 29, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

### Z. DEPENDENT CLAIM 33

| CLAIM 33 | InterSense IS-300 |
|---|---|
| [33] The method of claim 29, wherein the orientation of the first coordinate reference frame is changed in response to a signal representative of a change in the user's immediate surroundings. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, method of claim 29, wherein the orientation of the first coordinate reference frame is changed in response to a signal representative of a change in the user's immediate surroundings.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 29, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

Exhibit A-15

## AA.   DEPENDENT CLAIM 35

| CLAIM 35 | InterSense IS-300 |
|---|---|
| [35] The method of claim 27, wherein redisplaying the first object further comprises changing the apparent size of the first object according to the change in position of the first localized feature. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 27, wherein redisplaying the first object further comprises changing the apparent size of the first object according to the change in position of the first localized feature.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 35, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

## BB.   DEPENDENT CLAIM 41

| CLAIM 41 | InterSense IS-300 |
|---|---|
| [41] The method of claim 16, further comprising:<br><br>displaying the first object at a third position;<br><br>after displaying the first object at the third position, changing the orientation of the display; and<br><br>after changing the orientation of the display, continuing to | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 16, further comprising displaying the first object at a third position, after displaying the first object at the third position, changing the orientation of the display, and after changing the orientation of the display, continuing to display the first object at the third position.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 16, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

Exhibit A-15

| CLAIM 41 | InterSense IS-300 |
|---|---|
| display the first object at the third position. | |

## CC.   DEPENDENT CLAIM 45

| CLAIM 45 | InterSense IS-300 |
|---|---|
| [45] The method of claim 1, further comprising:<br><br>positioning the first localized feature at a first point;<br><br>positioning the first localized feature at a second point; and<br><br>calculating the distance between the first point and the second point. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 1, further comprising positioning the first localized feature at a first point, positioning the first localized feature at a second point, and calculating the distance between the first point and the second point.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

Exhibit A-15

**DD.**     **DEPENDENT CLAIM 46**

| CLAIM 46 | InterSense IS-300 |
|---|---|
| [46] The method of claim 1, further comprising:<br><br>determining a position vector of the first localized feature relative to a second localized feature associated with the user's head; and<br><br>transforming the position vector based on an orientation of the user's head. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 1, further comprising determining a position vector of the first localized feature relative to a second localized feature associated with the user's head, and transforming the position vector based on an orientation of the user's head.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

**EE.**     **DEPENDENT CLAIM 47**

| CLAIM 47 | InterSense IS-300 |
|---|---|
| [47] The method of claim 46, further comprising:<br><br>setting an assumed position for the user's head in a coordinate system; and | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 46, further comprising setting an assumed position for the user's head in a coordinate system, and setting a position for the first localized feature in the coordinate system based on the assumed position of the user's head and said position vector.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 46, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

Exhibit A-15

| CLAIM 47 | InterSense IS-300 |
|---|---|
| setting a position for the first localized feature in the coordinate system based on the assumed position of the user's head and said position vector. | |

**FF. DEPENDENT CLAIM 48**

| CLAIM 48 | InterSense IS-300 |
|---|---|
| [48] The method of claim 47, where setting a position for the first localized feature further comprises:<br><br>measuring the orientation of the user's head relative to a fixed frame of reference. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 47, where setting a position for the first localized feature further comprises measuring the orientation of the user's head relative to a fixed frame of reference.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 47, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

**GG.   DEPENDENT CLAIM 50**

| CLAIM 50 | InterSense IS-300 |
|---|---|
| [50] The method of claim 1, wherein the sourceless orientation | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 1, wherein the sourceless orientation tracker comprises a first inertial sensor, and further comprising mounting a second inertial sensor elsewhere on the user's body or in an object held by the user, and |

Exhibit A-15

| CLAIM 50 | InterSense IS-300 |
|---|---|
| tracker comprises a first inertial sensor, and further comprising:<br><br>mounting a second inertial sensor elsewhere on the user's body or in an object held by the user; and<br><br>tracking the position of one inertial sensor relative to the other. | tracking the position of one inertial sensor relative to the other.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See, e.g.*:<br><br><br><br>InterSense IS-300 Ex. 1. |

| CLAIM 50 | InterSense IS-300 |
|---|---|
|  |  InterSense IS-300 Ex. 2. |

Exhibit A-15

| CLAIM 50 | InterSense IS-300 |
|---|---|
| | ## 2 Specifications and Performance Characteristics<br><br>**Performance Specifications**<br><br>Degrees of Freedom — Yaw, pitch, and roll<br><br>Angular Range — All orientations<br><br>Maximum Angular Rate: — 1200°/sec<br><br>Angular Resolution: — 0.02° RMS<br><br>Angular Accuracy: — 1.0° RMS<br><br>Dynamic Accuracy: — 3.0° RMS<br><br>Update Rate: — up to 500Hz<br><br><table><tr><td></td><td>IS-300</td><td>IS-300 Pro</td></tr><tr><td>Prediction:</td><td>NA</td><td>0-50ms</td></tr><tr><td>Number of InertiaCube Sensors:</td><td>1</td><td>up to 4</td></tr></table><br>Interface: — RS-232C with selectable baud rates to 115, 200<br><br>Protocol: — Compatible with industry-standard protocol (FASTRAK™)<br><br>InterSense IS-300 Ex. 3 at 10. |

Exhibit A-15

| CLAIM 50 | InterSense IS-300 |
|---|---|
| | 

InterSense IS-300 Ex. 3 at 12. |

Exhibit A-15

| CLAIM 50 | InterSense IS-300 |
|---|---|
| | **InertiaCube Number**      InterSense trackers support up to 4 InertiaCubes. You must assign and InertiaCube to the station in order to track orientation.<br><br>InterSense IS-300 Ex. 3 at 23.<br><br><br><br>InterSense IS-300 Ex. 3 at 17.<br><br>*See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

Exhibit A-15

## HH.   INDEPENDENT CLAIM 54

| CLAIM 54 | InterSense IS-300 |
|---|---|
| [54.pre] A tracking system comprising | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, a tracking system.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |
| [54.a] a sourceless orientation tracker for mounting on a user's head, and | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, a sourceless orientation tracker for mounting on a user's head.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See, e.g.*: |

| CLAIM 54 | InterSense IS-300 |
|---|---|
| |  InterSense IS-300 Ex. 1. |

| CLAIM 54 | InterSense IS-300 |
|---|---|
| | 

InterSense IS-300 Ex. 2. |

| CLAIM 54 | InterSense IS-300 |
|---|---|
|  | *See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |
| [54.b] a position tracker adapted to track a position of a first localized feature associated with a limb of the user relative to the user's head. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, a position tracker adapted to track a position of a first localized feature associated with a limb of the user relative to the user's head.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art. *See, e.g.:*  InterSense IS-300 Ex. 1. |

| CLAIM 54 | InterSense IS-300 |
|---|---|
| | <br><br>InterSense IS-300 Ex. 2. |

| CLAIM 54 | InterSense IS-300 |
|---|---|
| | ## 2 Specifications and Performance Characteristics<br><br>**Performance Specifications**<br><br>Degrees of Freedom      Yaw, pitch, and roll<br><br>Angular Range      All orientations<br><br>Maximum Angular Rate:      1200°/sec<br><br>Angular Resolution:      0.02° RMS<br><br>Angular Accuracy:      1.0° RMS<br><br>Dynamic Accuracy:      3.0° RMS<br><br>Update Rate:      up to 500Hz<br><br>|

| | IS-300 | IS-300 Pro |
|---|---|---|
| Prediction: | NA | 0-50ms |
| Number of InertiaCube Sensors: | 1 | up to 4 |

Interface:      RS-232C with selectable baud rates to 115, 200

Protocol:      Compatible with industry-standard protocol (FASTRAK™)

InterSense IS-300 Ex. 3 at 10.

| CLAIM 54 | InterSense IS-300 |
|---|---|
| |  InterSense IS-300 Ex. 3 at 12. |

The content shown in the image:

# 3 Setting up your new IS-300

### 3.1   IS-300 Components

IS-300 Pro

IS-300

ISDEMO
Configuration Software

InertiaCube

**IS-300 Base Unit** — The base unit is the processing engine of the IS-300 system.  It has the following connections:

| InertiaCubes (up to 4) | via cable attached to the InertiaCubes |
| Power | via 12V DC power supply. |
| User's Computer | via null modem RS232 cable |

The base unit should be installed in a clean, dry environment.

Exhibit A-15

| CLAIM 54 | InterSense IS-300 |
|---|---|
| | <br><br>InterSense IS-300 Ex. 3 at 17.<br><br>**InertiaCube Number** — InterSense trackers support up to 4 InertiaCubes. You must assign and InertiaCube to the station in order to track orientation.<br><br>InterSense IS-300 Ex. 3 at 23.<br><br>*See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

Exhibit A-15

## II. INDEPENDENT CLAIM 56

| CLAIM 56 | InterSense IS-300 |
|---|---|
| [56.pre] A system comprising: | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, a system.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |
| [56.a] mounting a first inertial sensor on a user's head; | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, mounting a first inertial sensor on a user's head.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See, e.g.*: |

Exhibit A-15

| CLAIM 56 | InterSense IS-300 |
|---|---|
|  |  InterSense IS-300 Ex. 1. |

Exhibit A-15

| CLAIM 56 | InterSense IS-300 |
|---|---|
| | InterSense IS-300 Ex. 2. |

Exhibit A-15

| CLAIM 56 | InterSense IS-300 |
|---|---|
| | *See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |
| [56.b] mounting a second inertial sensor elsewhere on the user's body or in an object held by the user; and | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, mounting a second inertial sensor elsewhere on the user's body or in an object held by the user.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See, e.g.*:<br><br><br><br>InterSense IS-300 Ex. 1. |

Exhibit A-15

| CLAIM 56 | InterSense IS-300 |
|---|---|
| | 

InterSense IS-300 Ex. 2. |

Exhibit A-15

| CLAIM 56 | InterSense IS-300 |
|---|---|
| | ## 2 Specifications and Performance Characteristics<br><br>**Performance Specifications**<br><br>Degrees of Freedom — Yaw, pitch, and roll<br>Angular Range — All orientations<br>Maximum Angular Rate: — 1200°/sec<br>Angular Resolution: — 0.02° RMS<br>Angular Accuracy: — 1.0° RMS<br>Dynamic Accuracy: — 3.0° RMS<br>Update Rate: — up to 500Hz<br><br><table><tr><td></td><td>IS-300</td><td>IS-300 Pro</td></tr><tr><td>Prediction:</td><td>NA</td><td>0-50ms</td></tr><tr><td>Number of InertiaCube Sensors:</td><td>1</td><td>up to 4</td></tr></table><br>Interface: — RS-232C with selectable baud rates to 115, 200<br>Protocol: — Compatible with industry-standard protocol (FASTRAK™)<br><br>InterSense IS-300 Ex. 3 at 10. |

| CLAIM 56 | InterSense IS-300 |
|---|---|
| | 

InterSense IS-300 Ex. 3 at 12. |

The content of the image includes:

# 3 Setting up your new IS-300

## 3.1    IS-300 Components

IS-300 Pro

IS-300

ISDEMO
Configuration Software

InertiaCube

**IS-300 Base Unit**   The base unit is the processing engine of the IS-300 system. It has the following connections:

| InertiaCubes (up to 4) | via cable attached to the InertiaCubes |
| Power | via 12V DC power supply. |
| User's Computer | via null modem RS232 cable |

The base unit should be installed in a clean, dry environment.

Exhibit A-15

| CLAIM 56 | InterSense IS-300 |
|---|---|
| | <br><br>InterSense IS-300 Ex. 3 at 17.<br><br>*See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |
| [56.c] tracking the position of one inertial sensor relative to the other. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, tracking the position of one inertial sensor relative to the other.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See, e.g.*: |

| CLAIM 56 | InterSense IS-300 |
| --- | --- |
| | <br>InterSense IS-300 Ex. 1. |

Exhibit A-15

| CLAIM 56 | InterSense IS-300 |
|---|---|
| | <br><br>InterSense IS-300 Ex. 2. |

Exhibit A-15

| CLAIM 56 | InterSense IS-300 |
|---|---|
| | <br><br>**2** Specifications and Performance Characteristics<br><br>**Performance Specifications**<br><br>Degrees of Freedom    Yaw, pitch, and roll<br>Angular Range    All orientations<br>Maximum Angular Rate:    1200°/sec<br>Angular Resolution:    0.02° RMS<br>Angular Accuracy:    1.0° RMS<br>Dynamic Accuracy:    3.0° RMS<br>Update Rate:    up to 500Hz<br><br>      IS-300    IS-300 Pro<br>Prediction:    NA    0-50ms<br>Number of InertiaCube Sensors:    1    up to 4<br>Interface:    RS-232C with selectable baud rates to 115, 200<br>Protocol:    Compatible with industry-standard protocol (FASTRAK™)<br><br>InterSense IS-300 Ex. 3 at 10. |

| CLAIM 56 | InterSense IS-300 |
|---|---|
| | 

**3** Setting up your new IS-300

3.1   IS-300 Components

IS-300 Pro

IS-300

ISDEMO
Configuration Software

InertiaCube

IS-300 Base Unit     The base unit is the processing engine of the IS-300 system.  It
has the following connections:

InertiaCubes (up to 4)   via cable attached to the InertiaCubes
Power                          via 12V DC power supply.
User's Computer          via null modem RS232 cable

The base unit should be installed in a clean, dry environment.

InterSense IS-300 Ex. 3 at 12. |

Exhibit A-15

| CLAIM 56 | InterSense IS-300 |
|---|---|
| |  InterSense IS-300 Ex. 3 at 17. *See* Disclosures with respect to Claim 1, *supra*; *see also* Defendants' Invalidity Contentions for further discussion. |

**JJ. DEPENDENT CLAIM 57**

| CLAIM 57 | InterSense IS-300 |
|---|---|
| [57] The method of claim 56, further comprising:<br><br>sensing data at the first and second inertial sensors and using the sensed data to track the position of one inertial | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 56, further comprising sensing data at the first and second inertial sensors and using the sensed data to track the position of one inertial sensor relative to the other.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.<br><br>*See, e.g.:* |

Exhibit A-15

| CLAIM 57 | InterSense IS-300 |
|---|---|
| sensor relative to the other. | <br><br>InterSense IS-300 Ex. 1. |

Exhibit A-15

| CLAIM 57 | InterSense IS-300 |
| --- | --- |
| | <br><br>InterSense IS-300 Ex. 2. |

Exhibit A-15

| CLAIM 57 | InterSense IS-300 |
|---|---|
| | ## 2 Specifications and Performance Characteristics

**Performance Specifications**

Degrees of Freedom: Yaw, pitch, and roll

Angular Range: All orientations

Maximum Angular Rate: 1200°/sec

Angular Resolution: 0.02° RMS

Angular Accuracy: 1.0° RMS

Dynamic Accuracy: 3.0° RMS

Update Rate: up to 500Hz

| | IS-300 | IS-300 Pro |
|---|---|---|
| Prediction: | NA | 0-50ms |
| Number of InertiaCube Sensors: | 1 | up to 4 |

Interface: RS-232C with selectable baud rates to 115, 200

Protocol: Compatible with industry-standard protocol (FASTRAK™)

InterSense IS-300 Ex. 3 at 10. |

67

| CLAIM 57 | InterSense IS-300 |
|---|---|
| | 

InterSense IS-300 Ex. 3 at 12. |

Exhibit A-15

| CLAIM 57 | InterSense IS-300 |
|---|---|
| |  InterSense IS-300 Ex. 3 at 17. *See also* Defendants' Invalidity Contentions for further discussion. |

### KK.    DEPENDENT CLAIM 58

| CLAIM 58 | InterSense IS-300 |
|---|---|
| [58] The method of claim 57, wherein tracking the position of the inertial sensor is done without reference to any signal received from a source not mounted on or held by the user. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 57, wherein tracking the position of the inertial sensor is done without reference to any signal received from a source not mounted on or held by the user.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art. *See, e.g.*: |

Exhibit A-15

| CLAIM 58 | InterSense IS-300 |
|---|---|
| |  InterSense IS-300 Ex. 1. |

Exhibit A-15

| CLAIM 58 | InterSense IS-300 |
|----------|-------------------|
| | <br><br>InterSense IS-300 Ex. 2. |

71

Exhibit A-15

| CLAIM 58 | InterSense IS-300 |
|---|---|
|  | *See* Disclosures with respect to Claim 57; *see also* Defendants' Invalidity Contentions for further discussion. |

## LL.   DEPENDENT CLAIM 59

| CLAIM 59 | InterSense IS-300 |
|---|---|
| [59] The method of claim 58, wherein the drift of the relative position or orientation of the second inertial sensor relative to the first inertial sensor is corrected by measurements between devices on the user's head and devices elsewhere on the users body. | At least under Plaintiffs' apparent infringement theory, InterSense IS-300 discloses, either expressly or inherently, the method of claim 58, wherein the drift of the relative position or orientation of the second inertial sensor relative to the first inertial sensor is corrected by measurements between devices on the user's head and devices elsewhere on the users body.  In the alternative, this element would be obvious over InterSense IS-300 in light of the other references disclosed in Defendants' Invalidity Contentions and/or the knowledge of one of ordinary skill in the art.

1 **Theory of Operations**

Congratulations for buying the finest orientation tracker on the market!  This technology offers you several advantages:

- Very low latency
- Unlimited range
- Prediction based on directly sensed motion derivatives
- Smooth, jitter-free tracking

The IS-300 is an inertial 3-DOF (Degree of Freedom) orientation tracking system. It obtains its primary motion sensing using a miniature solid-state inertial measurement unit (called an InertiaCube™) which senses angular rate of rotation, gravity and earth magnetic field along three perpendicular axes. The angular rates are integrated to obtain the orientation (yaw, pitch, and roll) of the sensor. Gravitometer and compass measurements are used to prevent the accumulation of gyroscopic drift.

InterSense IS-300 Ex. 3 at Section 1. |

Exhibit A-15

| CLAIM 59 | InterSense IS-300 |
|---|---|
| | **1.1    InertiaCube™  integrated inertial instrument**<br><br>The InertiaCube is a monolithic part based on micro-electro-mechanical systems (MEMS) technology involving no spinning wheels that might generate noise, inertial forces and mechanical failures. The InertiaCube simultaneously measures 9 physical properties, namely angular rates, linear accelerations, and magnetic field components along all 3 axes. Micro-miniature vibrating elements are employed to measure all the angular rate components and linear accelerations, with integral electronics and solid-state magnetometers. The magnetometers are included for optional yaw drift correction in the sourceless inertial orientation mode only. The geometry and composition of these elements are proprietary, but the functional performance of the multisensor unit can be understood sufficiently by reference to the equivalent diagram in Figure 1.<br><br>Figure 2 illustrates the basic physical principal underlying all Coriolis vibratory gyros. Suppose that the tines of the tuning fork are driven by an electrostatic, electromagnetic or piezoelectric drive to oscillate in the plane of the fork. When the whole fork is rotated about its axis, the tines will experience a Coriolis force $\underline{F} = \underline{\omega} \times \underline{v}$ pushing them to vibrate perpendicular to the plane of the fork. The amplitude of this out-of-plane vibration is proportional to the input angular rate, and it is sensed by capacitive or inductive or piezoelectric means to measure the angular rate.<br><br>By way of comparison, a conventional inertial measurement unit (IMU) senses 6 of these properties using 6 separate instruments (3 rate gyros and 3 linear accelerometers) each of which by itself would typically be larger, heavier, and more expensive than an InertiaCube. Unlike conventional rate gyro and accelerometer instruments, which must be carefully aligned on a<br><br>precision machined triaxial mounting block, the InertiaCube is a monolithic device with its orthogonal outputs factory calibrated to precise alignment. Being a digital device, the InertiaCube cabling and connectorization is relatively non-critical, and the cables can be extended up to 30 feet without fear of contaminating sensitive analog signals. The power consumption of the InertiaCube is 30 mA at 9V, which makes it suitable for prolonged operation from a small battery in future wireless applications. Figure 3 shows an InertiaCube next to a floppy disk for scale.<br><br>InterSense IS-300 Ex. 3 at Section 1.1. |

| CLAIM 59 | InterSense IS-300 |
|---|---|
| |  **Figure 1: Functional diagram of InertiaCube** <br><br> InterSense IS-300 Ex. 3 at Figure 1. |

| CLAIM 59 | InterSense IS-300 |
|---|---|
| |  |

**Figure 2: Principle of Coriolis vibratory Gyroscope**

InterSense IS-300 Ex. 3 at Figure 2.

**1.2      3-DOF Gyroscopic Earth-stabilized Orientation Sensing (GEOS™) algorithms**

Figure 3 shows the processing which is used to compute orientation using this sensor configuration. The basic computation of orientation from gyroscopic angular rates (in the top line of boxes) provides the very rapid dynamic response and high resolution of the system. The accelerometers and magnetometers are used to stabilize the orientation to the earth's gravitational and magnetic fields, thus eliminating the gradual but unbounded accumulation of gyroscopic drift errors.  The Kalman filter uses an ever-evolving adaptive algorithm to discard the portion of the accelerometer measurements which are due to actual motion instead of gravity.  This is a very important step, because otherwise horizontal accelerations would result in very large transient pitch and roll errors known as "slosh". The low cost sourceless trackers used in early consumer HMDs are inclinometer/compass devices, and are thus intrinsically slosh-prone to the point of being uncomfortable to use.

Exhibit A-15

| CLAIM 59 | InterSense IS-300 |
|---|---|
| | In GEOS mode, the reference frame (hereafter referred to as Navigation frame or Nav frame or N frame) is the locally-level geographic frame with its x-axis pointing north, y-axis east, and z-axis down.  The Euler angles reported by the tracker can be described as a sequence of rotations applied to the InertiaCube starting with its body axes initially aligned with the Nav frame axes and resulting in the current orientation. The sequence starts with a rotation by (+yaw) about the Z axis, followed by a rotation by (+pitch) about the new Y axis (i.e. body frame axis), followed by a rotation by (+roll) about the new X axis (i.e. body frame x axis)<br><br><br><br>The line from the magnetic field sensor outputs of the InertiaCube to the Kalman filter is a dotted line to indicate that the use of the magnetometers may optionally be disabled.  The accelerometer measurements are sufficient to correct all the drift in pitch and roll, and the geomagnetic compassing function is only used to correct drift in yaw.  In many fly-through applications absolute yaw referenced to magnetic north is not important and relative yaw tracking is sufficient. This is the case when the user can turn to face an object or rotate the virtual world to bring that object into view.  In these situations it may be desirable to turn magnetic yaw compensation off if there are large variations in the direction of magnetic north over the tracking area. With the compassing turned off, the yaw value will drift a few degrees per minute.  This drift is too slow to notice while it is happening, but the cumulative yaw error may eventually become noticeable if the user is seated in a fixed chair, and then it may be necessary to send a Heading Boresight command.  When yaw compensation mode is disabled, |

Exhibit A-15

| CLAIM 59 | InterSense IS-300 |
|---|---|
| | the Nav frame axes are aligned instead to pseudo-north, pseudo-east, and down, where pseudo-north is simply the direction the InertiaCube x-axis was facing on power-up or after a Heading Boresight command. |

The Perceptual Enhancement Algorithm (PEA) indicated with dotted lines is an option provided for HMD tracking and similar applications which is designed to make the output data minimize perceivable errors rather than minimize mean square errors. Because the human observer is more sensitive to jitter and drift when still or moving slowly, the PEA uses adaptive filtering to preferentially suppress these effects as the head slows down. Interestingly, the PEA only filters the corrections to orientation made by the error estimator, and not the orientation signals themselves. Therefore, the trade-off is increased dynamic error, and not increased latency. If a head at rest suddenly makes a rapid movement, there will be no additional latency imposed by the PEA in the all-important head-motion-to-visual-feedback sensorimotor loop. The Perceptual Enhancement is a constantly evolving family of fuzzy rule-based algorithms which have been quite successful in eliminating most perceivable jitter and drift without introducing any latency. For information on controlling the PEA see the Perceptual Enhancement Level command in sections 4.4.2 and 5.2.2.

InterSense IS-300 Ex. 3 at Section 1.2.



**Figure 3: GEOS mode tracking algorithm**

InterSense IS-300 Ex. 3 at Figure 1.

*See* Disclosures with respect to Claim 57; *see also* Defendants' Invalidity Contentions for further discussion.