# Exhibit CC

(INTENTIONALLY OMITTED)