| | |
|---|---|
| Matthew S. Warren (State Bar No. 230565) | Ellisen Shelton Turner (SBN #224842) |
| Erika H. Warren (State Bar No. 295570) | Joshua Glucoft (SBN #301249) |
| Sachli Balazadeh-Nayeri (State Bar No. 341885) | KIRKLAND & ELLIS LLP |
| 22-3892@cases.warrenlex.com | 2049 Century Park East, Suite 3700 |
| WARREN LEX LLP | Los Angeles, CA 90067 |
| 2261 Market Street, No. 606 | Tel: (310) 552-4200 |
| San Francisco, California, 94114 | Fax: (310) 552-5900 |
| +1 (415) 895-2940 | ellisen.turner@kirkland.com |
| +1 (415) 895-2964 facsimile | josh.glucoft@kirkland.com |

David I. Berl (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Elise M. Baumgarten (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (pro hac vice)
Andrew G. Borrasso (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
+1 (202) 434-5000
+1 (202) 434-5029 facsimile

*Attorneys for Plaintiffs Gentex Corporation and Indigo Technologies, LLC*

Akshay S. Deoras (SBN #301962)
Yan-Xin Li (SBN #332329)
KIRKLAND & ELLIS LLP
555 California Street
Tel: (415) 439-1400
Fax: (415) 439-1500
akshay.deoras@kirkland.com
yanxin.li@kirkland.com

Jeanne M. Heffernan (admitted pro hac vice)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

*Counsel for Defendants Meta Platforms, Inc. an and Meta Platforms Technologies, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, <br><br> Plaintiffs, <br><br> THALES VISIONIX, INC., <br><br> Involuntary Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. and META PLATFORM TECHNOLOGIES, LLC, <br><br> Defendants. | Case No. 4:22-cv-3892-YGR <br><br> **STIPULATION TO WITHDRAW DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

Under Civil Local Rule 79-5, plaintiffs Gentex Corporation and Indigo Technologies, LLC (collectively "Gentex") and defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively "Meta") hereby stipulate as follows:

WHEREAS, on March 2, 2023, Meta filed its Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Docket No. 128;

WHEREAS, some material subject to the sealing motion in Docket No. 128 is subject to claims of confidentiality by non-party Eric Foxlin;

WHEREAS, Mr. Foxlin has informed the parties that in light of the standard for sealing documents filed with this Court, he will not seek to keep these materials under seal;

WHEREAS, the remaining material subject to the sealing motion in Docket No. 128 is subject to claims of confidentiality by Gentex; and

WHEREAS, in light of the standard for sealing documents filed with this Court, Gentex will not seek to keep these materials under seal;

WHEREAS, no documents remain subject to the sealing motion in Docket No. 128;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. Defendant's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Docket No. 128, is moot; and

2. Meta may file unredacted versions of Docket Nos. 129-13, 129-14, 129-22, 129-25, 129-27, 129-28, 129-29, 129-34, and 129-35.

Date:   March 9, 2023                                          Respectfully submitted,

*/s/ Matthew S. Warren*                                        */s/ Joshua Glucoft*

Matthew S. Warren (State Bar No. 230565)                       Ellisen Shelton Turner (SBN #224842)
Erika H. Warren (State Bar No. 295570)                         Joshua Glucoft (SBN #301249)
Sachli Balazadeh-Nayeri (State Bar No. 341885)                 KIRKLAND & ELLIS LLP
22-3892@cases.warrenlex.com                                    2049 Century Park East, Suite 3700
WARREN LEX LLP                                                 Los Angeles, CA 90067
2261 Market Street, No. 606                                    Tel: (310) 552-4200
San Francisco, California, 94114                               Fax: (310) 552-5900
+1 (415) 895-2940                                              ellisen.turner@kirkland.com
+1 (415) 895-2964 facsimile                                    josh.glucoft@kirkland.com

David I. Berl (*pro hac vice*)                                 Akshay S. Deoras (SBN #301962)
Adam D. Harber (*pro hac vice*)                                Yan-Xin Li (SBN #332329)

| | |
|---|---|
| Elise M. Baumgarten (*pro hac vice*)<br>Melissa B. Collins (*pro hac vice*)<br>D. Shayon Ghosh (State Bar No. 313628)<br>Arthur John Argall III (*pro hac vice*)<br>Andrew G. Borrasso (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br><br>680 Maine Avenue S.W.<br>Washington, D.C., 20024<br>+1 (202) 434-5000<br>+1 (202) 434-5029 facsimile<br><br>*Attorneys for Plaintiffs Gentex Corporation and Indigo Technologies, LLC* | KIRKLAND & ELLIS LLP<br>555 California Street<br>Tel: (415) 439-1400<br>Fax: (415) 439-1500<br>akshay.deoras@kirkland.com<br>yanxin.li@kirkland.com<br><br>Jeanne M. Heffernan (admitted pro hac vice)<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>Tel: (512) 678-9100<br>Fax: (512) 678-9101<br>jheffernan@kirkland.com<br><br>*Counsel for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC* |

## **SIGNATURE ATTESTATION**

Under Civil L.R. 5-1(h)(3), I attest that all electronic signatories to the foregoing document have concurred in this filing.

*/s/ Sachli*
_____
Sachli Balazadeh-Nayeri