| | |
|---|---|
| Matthew S. Warren (State Bar No. 230565) | Ellisen Shelton Turner (SBN #224842) |
| Erika H. Warren (State Bar No. 295570) | Joshua Glucoft (SBN #301249) |
| Sachli Balazadeh-Nayeri (State Bar No. 341885) | KIRKLAND & ELLIS LLP |
| 22-3892@cases.warrenlex.com | 2049 Century Park East, Suite 3700 |
| WARREN LEX LLP | Los Angeles, CA 90067 |
| 2261 Market Street, No. 606 | Tel: (310) 552-4200 |
| San Francisco, California, 94114 | Fax: (310) 552-5900 |
| +1 (415) 895-2940 | ellisen.turner@kirkland.com |
| +1 (415) 895-2964 facsimile | josh.glucoft@kirkland.com |
| | |
| David I. Berl (*pro hac vice*) | Akshay S. Deoras (SBN #301962) |
| Adam D. Harber (*pro hac vice*) | Yan-Xin Li (SBN #332329) |
| Elise M. Baumgarten (*pro hac vice*) | KIRKLAND & ELLIS LLP |
| Melissa B. Collins (*pro hac vice*) | 555 California Street |
| D. Shayon Ghosh (State Bar No. 313628) | Tel: (415) 439-1400 |
| Arthur John Argall III (pro hac vice) | Fax: (415) 439-1500 |
| Andrew G. Borrasso (*pro hac vice*) | akshay.deoras@kirkland.com |
| WILLIAMS & CONNOLLY LLP | yanxin.li@kirkland.com |
| 680 Maine Avenue S.W. | |
| Washington, D.C., 20024 | Jeanne M. Heffernan (admitted pro hac vice) |
| +1 (202) 434-5000 | KIRKLAND & ELLIS LLP |
| +1 (202) 434-5029 facsimile | 401 Congress Avenue |
| | Austin, TX 78701 |
| *Attorneys for Plaintiffs Gentex Corporation* | Tel: (512) 678-9100 |
| *and Indigo Technologies, LLC* | Fax: (512) 678-9101 |
| | jheffernan@kirkland.com |
| | |
| | *Counsel for Defendants Meta Platforms, Inc.* |
| | *and Meta Platforms Technologies, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, | ) ) ) | Case No. 4:22-cv-3892-YGR |
| Plaintiffs, | ) ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE REGARDING DOCKET NO. 129** |
| THALES VISIONIX, INC., | ) ) | |
| Involuntary Plaintiff, | ) ) | Judge: Hon. Yvonne Gonzalez Rogers |
| v. | ) ) | |
| META PLATFORMS, INC. and META PLATFORM TECHNOLOGIES, LLC, | ) ) ) | |
| Defendants. | ) ) | |

WHEREAS, on March 2, 2023, Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Meta") moved for leave to file an amended answer, Docket No. 129, plaintiffs' opposition to Meta's motion for leave to file an amended answer is currently due on March 16, 2023;

WHEREAS, the parties have conferred and agreed to a two-week extension of the deadlines for Plaintiffs' response to Meta's motion for leave to file an amended answer, and a corresponding two-week extension of the deadline for Meta's reply in support of that motion;

WHEREAS, good cause exists for this extension and continuance of hearing date because the parties have agreed in principle to stay this litigation pending *inter partes* review proceedings brought by Meta and recently instituted against four of the five asserted patents in this case at the Patent Trial and Appeal Board;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. Gentex's opposition to Meta's motion for leave to file an amended answer is due on March 30, 2023.

2. Meta's reply in support of its motion for leave to file an amended answer is due on April 13, 2023.

3. The hearing date noticed in Meta's motion for leave to file an amended answer is continued until further notice.

Date:   March 16, 2023                                          Respectfully submitted,

 */s/ Adam D. Harber*                                             */s/ Joshua Glucoft*
Matthew S. Warren (State Bar No. 230565)           Ellisen Shelton Turner (SBN #224842)
Erika H. Warren (State Bar No. 295570)               Joshua Glucoft (SBN #301249)
Sachli Balazadeh-Nayeri (State Bar No. 341885)   KIRKLAND & ELLIS LLP
22-3892@cases.warrenlex.com                             2049 Century Park East, Suite 3700
WARREN LEX LLP                                                Los Angeles, CA 90067
2261 Market Street, No. 606                                Tel: (310) 552-4200
San Francisco, California, 94114                           Fax: (310) 552-5900
+1 (415) 895-2940                                                ellisen.turner@kirkland.com
+1 (415) 895-2964 facsimile                                  josh.glucoft@kirkland.com

David I. Berl (*pro hac vice*)                                 Akshay S. Deoras (SBN #301962)
Adam D. Harber (*pro hac vice*)                           Yan-Xin Li (SBN #332329)
Elise M. Baumgarten (*pro hac vice*)                     KIRKLAND & ELLIS LLP
Melissa B. Collins (*pro hac vice*)                          555 California Street

| | |
|---|---|
| D. Shayon Ghosh (State Bar No. 313628)<br>Arthur John Argall III (pro hac vice)<br>Andrew G. Borrasso (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br><br>680 Maine Avenue S.W.<br>Washington, D.C., 20024<br>+1 (202) 434-5000<br>+1 (202) 434-5029 facsimile<br><br>*Attorneys for Plaintiffs Gentex Corporation and Indigo Technologies, LLC* | Tel: (415) 439-1400<br>Fax: (415) 439-1500<br>akshay.deoras@kirkland.com<br>yanxin.li@kirkland.com<br><br>Jeanne M. Heffernan (admitted pro hac vice)<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>Tel: (512) 678-9100<br>Fax: (512) 678-9101<br>jheffernan@kirkland.com<br><br>*Counsel for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC* |

## SIGNATURE ATTESTATION

Under Civil L.R. 5-1(h)(3), I attest that all electronic signatories to the foregoing document have concurred in this filing.

*/s/ Sachli Balazadeh-Nayeri*
Sachli Balazadeh-Nayeri

**[PROPOSED] ORDER**

Having reviewed the above Stipulation Extending Briefing Deadlines, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order:

1. Gentex's opposition to Meta's motion for leave to file an amended answer is due on March 30, 2023.

2. Meta's reply in support of its motion for leave to file an amended answer is due on April 13, 2023.

3. The hearing date noticed in Meta's motion for leave to file an amended answer is continued until further notice.

**IT IS SO ORDERED.**

DATED:_____           _____
                                         HONORABLE YVONNE GONZALEZ ROGERS
                                         UNITED STATES DISTRICT JUDGE