| | |
|---|---|
| Matthew S. Warren (State Bar No. 230565)<br>Erika H. Warren (State Bar No. 295570)<br>Sachli Balazadeh-Nayeri (State Bar No. 341885)<br>22-3892@cases.warrenlex.com<br>WARREN LEX LLP<br>2261 Market Street, No. 606<br>San Francisco, California, 94114<br>Tel: (415) 895-2940<br>Fax: (415) 895-2964<br><br>David I. Berl (*pro hac vice*)<br>Adam D. Harber (*pro hac vice*)<br>Elise M. Baumgarten (*pro hac vice*)<br>Melissa B. Collins (*pro hac vice*)<br>D. Shayon Ghosh (State Bar No. 313628)<br>Arthur John Argall III (*pro hac vice*)<br>Andrew G. Borrasso (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue S.W.<br>Washington, D.C., 20024<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br><br>*Attorneys for Voluntary Plaintiffs*<br>*Gentex Corporation and*<br>*Indigo Technologies, LLC* | Ellisen Shelton Turner (SBN #224842)<br>Joshua Glucoft (SBN #301249)<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>Tel: (310) 552-4200<br>Fax: (310) 552-5900<br>ellisen.turner@kirkland.com<br>josh.glucoft@kirkland.com<br><br>Akshay S. Deoras (SBN #301962)<br>Yan-Xin Li (SBN #332329)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Tel: (415) 439-1400<br>Fax: (415) 439-1500<br>akshay.deoras@kirkland.com<br>yanxin.li@kirkland.com<br><br>Jeanne M. Heffernan (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>Tel: (512) 678-9100<br>Fax: (512) 678-9101<br>jheffernan@kirkland.com<br><br>*Counsel for Defendants Meta Platforms, Inc.*<br>*and Meta Platforms Technologies, LLC*<br><br>[Additional counsel listed on signature page] |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>    Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>    Involuntary Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>    Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PENDING RESOLUTION OF INTER PARTES REVIEW** |

1   Pursuant to Civil L.R. 7-12, plaintiffs Gentex Corporation and Indigo Technologies, LLC
2   (collectively, "Plaintiffs" or "Gentex"), and defendants Meta Platforms, Inc. and Meta Platforms
3   Technologies, LLC (collectively, "Defendants" or "Meta") hereby stipulate and agree as follows:

4   WHEREAS on May 25, 2021, Gentex filed its Complaint against Meta alleging infringement
5   of U.S. Patent Nos. 6,757,068 (the "'068 patent"), 6,922,632 (the "'632 patent"), 7,301,648 (the "'648
6   patent"), 7,725,253 (the "'253 patent"), and 8,224,024 (the "'024 patent") (collectively, the "Asserted
7   Patents"). Dkt No. 1.

8   WHEREAS, Meta challenged the validity of the Asserted Patents in *inter partes* review
9   proceedings before the Patent Trial and Appeal Board (PTAB) in case nos. IPR2022-01294, IPR2022-
10  01298, IPR2022-01301, IPR2022-01302, IPR2022-01303, IPR2022-01304, IPR2022-01305, and
11  IPR2022-01308 (collectively, the "IPR Proceedings").

12  WHEREAS, on March 14, 2023, the PTAB instituted *inter partes* review in six of the IPR
13  Proceedings, and on or before March 27, 2023, the PTAB is expected to announce whether it will
14  institute *inter partes* review in the remaining two IPR Proceedings shortly.

15  WHEREAS, pursuant to statute, the PTAB's Final Written Decisions regarding validity are
16  expected to issue no later than one year after the date of institution.

17  WHEREAS, for purposes of judicial economy and to avoid the unnecessary expenditure of
18  resources, the parties[1] desire to stay the present litigation pending Final Written Decisions in all
19  instituted IPR Proceedings.

20  WHEREAS, it is within the Court's inherent authority and discretion to stay the present
21  litigation, and the parties agree that it would be appropriate to do so in the present situation.

22  WHEREAS, the parties agree that, within seven days after the PTAB issues its last Final
23  Written Decision in the IPR Proceedings, the parties shall file a joint status update advising the Court
24  regarding the PTAB's decisions.

25  WHEREAS, the parties reserve the right to later seek appropriate relief regarding whether this
26  stay should be maintained, including through any requests for rehearing or any appeals.

---

[1] Involuntary plaintiff Thales Visionix, Inc. has indicated that it does not oppose the stay stipulated to herein by the voluntary parties.

1  WHEREAS, Meta timely filed a Motion for Leave to File an Amended Answer (Dkt. 129) before the original Court-ordered deadline to amend pleadings (Dkt. 116), and such motion is currently pending.

WHEREAS, Gentex agrees that, in the event that Meta's pending motion is deemed withdrawn in light of the stay and Meta re-files the same motion for leave to file the same amended answer previously filed at Dkt. 129 pursuant to an agreed-upon or Court-ordered schedule after the stay in these proceeding is lifted, Gentex will not challenge such motion as untimely or as subject to any heightened burden on the grounds that such motion would be filed after the original Court-ordered deadline at Dkt. 116.

NOW THEREFORE IT IS HEREBY STIPULATED by the parties through their respective counsel, subject to the approval of the Court, that:

1. The above-captioned action is hereby stayed until the PTAB issues its last Final Written Decision in the IPR Proceedings.
2. The parties shall file a joint status notice within seven days of such decision advising the Court whether a case management conference should be scheduled and/or other actions should be taken.
3. The pending Motion for Leave to File an Amended Answer (Dkt. 129) is deemed withdrawn without prejudice.

IT IS SO STIPULATED.

Dated: March 22, 2023

 /s/ Melissa B. Collins
Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-3892@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

Respectfully submitted,

 /s/ Joshua Glucoft
Ellisen Shelton Turner (SBN #224842)
Joshua Glucoft (SBN #301249)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

David I. Berl (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Elise M. Baumgarten (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (*pro hac vice*)
Andrew G. Borrasso (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

*Counsel for Plaintiffs*
*Gentex Corporation and*
*Indigo Technologies, LLC*

Akshay S. Deoras (SBN #301962)
Yan-Xin Li (SBN#332329)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
akshay.deoras@kirkland.com
yanxin.li@kirkland.com

Jeanne M. Heffernan (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

Yimeng Dou (SBN #285248)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
yimeng.dou@kirkland.com

*Counsel for Defendants Meta Platforms, Inc.*
*and Meta Platforms Technologies, LLC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: March 22, 2023             /s/ Joshua Glucoft
                                  Joshua Glucoft

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge