Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-3892@cases.warrenlex.com
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

David I. Berl (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Elise M. Baumgarten (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (pro hac vice)
Andrew G. Borrasso (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
+1 (202) 434-5000
+1 (202) 434-5029 facsimile

*Attorneys for Plaintiffs Gentex Corporation
and Indigo Technologies, LLC*

Ellisen Shelton Turner (SBN #224842)
Joshua Glucoft (SBN #301249)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

Akshay S. Deoras (SBN #301962)
Yan-Xin Li (SBN #332329)
KIRKLAND & ELLIS LLP
555 California Street
Tel: (415) 439-1400
Fax: (415) 439-1500
akshay.deoras@kirkland.com
yanxin.li@kirkland.com

Jeanne M. Heffernan (admitted pro hac vice)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

*Counsel for Defendants Meta Platforms, Inc.
and Meta Platforms Technologies, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, <br><br> Plaintiffs, <br><br> THALES VISIONIX, INC., <br><br> Involuntary Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. and META PLATFORM TECHNOLOGIES, LLC, <br><br> Defendants. | Case No. 4:22-cv-3892-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE REGARDING DOCKET NO. 129** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

1

2

WHEREAS, on March 2, 2023, Defendants Meta Platforms, Inc. and Meta Platforms
Technologies, LLC (collectively, "Meta") moved for leave to file an amended answer.  Dkt. 129.
Plaintiffs' Opposition to Meta's Motion for Leave to File an Amended Answer was originally due
March 16, 2023;

3

4

5

6

WHEREAS, on March 16, 2023, the parties stipulated to a two-week extension of the deadlines
for Plaintiffs' response to Meta's motion for leave to file an amended answer, and a corresponding two-
week extension of the deadline for Meta's reply in support of that motion, Dkt. 131;

7

8

9

WHEREAS, on March 22, 2023, the parties stipulated to stay this litigation in view of the
institution of *inter partes* review proceedings until the Patent Trial and Appeal Board issues its last Final
Written Decision in the *inter partes* review proceedings, and to file a Joint Status Notice within seven
days of such decision advising the Court whether a case management conference should be scheduled
and/or other actions should be taken, Dkt. 132;

10

11

12

13

WHEREAS, on March 22, 2023, the parties further stipulated that Meta's Motion for Leave to
File an Amended Answer would be deemed withdrawn without prejudice upon the Court's approval of
the parties' stipulation, Dkt. 132;

14

15

16

WHEREAS, good cause exists for this continuance because the parties have stipulated to stay
this litigation pending the *inter partes* review proceedings and to deem Meta's Motion for Leave to File
an Amended Answer as withdrawn without prejudice upon the Court's approval of the parties'
stipulation;

17

18

19

20

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

21

1.      The deadlines for Gentex's Opposition to Meta's Motion for Leave to File an Amended
Answer and for Meta's Reply thereto are vacated until the Court issues an order on the parties'
stipulation to stay this litigation.

22

23

24

2.      In the event that the Court does not stay this litigation despite the parties' stipulation at
Dkt. 132, the parties agree to meet and confer in good faith to set a new briefing schedule for Gentex's
Opposition and Meta's Reply and to set a new hearing date associated with Meta's Motion for Leave to
File an Amended Answer at Dkt. 129.

25

26

27

28

Date:   March 30, 2023                          Respectfully submitted,


*/s/ Melissa B. Collins*                         */s/ Joshua Glucoft*
Matthew S. Warren (State Bar No. 230565)        Ellisen Shelton Turner (SBN #224842)
Erika H. Warren (State Bar No. 295570)          Joshua Glucoft (SBN #301249)
Sachli Balazadeh-Nayeri (State Bar No. 341885)  KIRKLAND & ELLIS LLP
22-3892@cases.warrenlex.com                     2049 Century Park East, Suite 3700
WARREN LEX LLP                                   Los Angeles, CA 90067
2261 Market Street, No. 606                     Tel: (310) 552-4200
San Francisco, California, 94114                Fax: (310) 552-5900
+1 (415) 895-2940                               ellisen.turner@kirkland.com
+1 (415) 895-2964 facsimile                     josh.glucoft@kirkland.com

David I. Berl (*pro hac vice*)                   Akshay S. Deoras (SBN #301962)
Adam D. Harber (*pro hac vice*)                  Yan-Xin Li (SBN #332329)
Elise M. Baumgarten (*pro hac vice*)             KIRKLAND & ELLIS LLP
Melissa B. Collins (*pro hac vice*)              555 California Street
Arthur John Argall III (pro hac vice)           Tel: (415) 439-1400
Andrew G. Borrasso (*pro hac vice*)              Fax: (415) 439-1500
WILLIAMS & CONNOLLY LLP                          akshay.deoras@kirkland.com
680 Maine Avenue S.W.                           yanxin.li@kirkland.com
Washington, D.C., 20024
+1 (202) 434-5000                               Jeanne M. Heffernan (admitted pro hac vice)
+1 (202) 434-5029 facsimile                     KIRKLAND & ELLIS LLP
                                                401 Congress Avenue
*Attorneys for Plaintiffs Gentex Corporation*    Austin, TX 78701
and Indigo Technologies, LLC                    Tel: (512) 678-9100
                                                Fax: (512) 678-9101
                                                jheffernan@kirkland.com

                                                *Counsel for Defendants Meta Platforms, Inc.*
                                                *and Meta Platforms Technologies, LLC*


## SIGNATURE ATTESTATION

Under Civil L.R. 5-1(h)(3), I attest that all electronic signatories to the foregoing document have

concurred in this filing.


                                                */s/ Sachli Balazadeh-Nayeri*
                                                Sachli Balazadeh-Nayeri

### [PROPOSED] ORDER

Having reviewed the above Stipulation Extending Briefing Deadlines, IT IS HEREBY

ORDERED that the Court finds that good cause exists for the entry of this Order:

1.     The deadlines for Gentex's Opposition to Meta's Motion for Leave to File an Amended

Answer and for Meta's Reply thereto are vacated until the Court issues an order on the parties'

stipulation to stay this litigation.

2.     In the event that the Court does not stay this litigation despite the parties' stipulation at

Dkt. 132, the parties shall meet and confer in good faith to set a new briefing schedule for Gentex's

Opposition and Meta's Reply and set a new hearing date associated with Meta's Motion for Leave to

File an Amended Answer at Dkt. 129.


**IT IS SO ORDERED.**

DATED:_____          _____
                                       HONORABLE YVONNE GONZALEZ ROGERS
                                       UNITED STATES DISTRICT JUDGE