1   Matthew S. Warren (State Bar No. 230565)         Ellisen Shelton Turner (SBN #224842)
    Erika H. Warren (State Bar No. 295570)           Joshua Glucoft (SBN #301249)
2   Sachli Balazadeh-Nayeri (State Bar No.           KIRKLAND & ELLIS LLP
    341885)                                          2049 Century Park East, Suite 3700
3   22-3892@cases.warrenlex.com                      Los Angeles, CA 90067
    WARREN LEX LLP                                   Tel: (310) 552-4200
4   2261 Market Street, No. 606                      Fax: (310) 552-5900
    San Francisco, California, 94114                 ellisen.turner@kirkland.com
5   Tel: (415) 895-2940                              josh.glucoft@kirkland.com
    Fax: (415) 895-2964
6                                                    Akshay S. Deoras (SBN #301962)
    David I. Berl (*pro hac vice*)                   Yan-Xin Li (SBN #332329)
7   Adam D. Harber (*pro hac vice*)                  KIRKLAND & ELLIS LLP
    Elise M. Baumgarten (*pro hac vice*)             555 California Street
8   Melissa B. Collins (*pro hac vice*)              San Francisco, CA 94104
    D. Shayon Ghosh (State Bar No. 313628)           Tel: (415) 439-1400
9   Arthur John Argall III (*pro hac vice*)          Fax: (415) 439-1500
    Andrew G. Borrasso (*pro hac vice*)              akshay.deoras@kirkland.com
10  WILLIAMS & CONNOLLY LLP                          yanxin.li@kirkland.com
    680 Maine Avenue S.W.
11  Washington, D.C., 20024                          Jeanne M. Heffernan (admitted *pro hac vice*)
    Tel: (202) 434-5000                              KIRKLAND & ELLIS LLP
12  Fax: (202) 434-5029                              401 Congress Avenue
                                                     Austin, TX 78701
13  *Attorneys for Voluntary Plaintiffs*             Tel: (512) 678-9100
    *Gentex Corporation and*                         Fax: (512) 678-9101
14  *Indigo Technologies, LLC*                       jheffernan@kirkland.com

15                                                   *Counsel for Defendants Meta Platforms, Inc.*
                                                     *and Meta Platforms Technologies, LLC*
16
                                                     *[Additional counsel listed on signature page]*
17

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, | |
| Plaintiffs, | |
| THALES VISIONIX, INC., | Case No. 4:22-cv-03892-YGR |
| Involuntary Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER TO STAY PENDING RESOLUTION OF INTER PARTES REVIEW AS MODIFIED BY THE COURT** |
| v. | |
| META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC, | |
| Defendants. | |

Pursuant to Civil L.R. 7-12, plaintiffs Gentex Corporation and Indigo Technologies, LLC (collectively, "Plaintiffs" or "Gentex"), and defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Defendants" or "Meta") hereby stipulate and agree as follows:

WHEREAS on May 25, 2021, Gentex filed its Complaint against Meta alleging infringement of U.S. Patent Nos. 6,757,068 (the "'068 patent"), 6,922,632 (the "'632 patent"), 7,301,648 (the "'648 patent"), 7,725,253 (the "'253 patent"), and 8,224,024 (the "'024 patent") (collectively, the "Asserted Patents").  Dkt No. 1.

WHEREAS, Meta challenged the validity of the Asserted Patents in *inter partes* review proceedings before the Patent Trial and Appeal Board (PTAB) in case nos. IPR2022-01294, IPR2022-01298, IPR2022-01301, IPR2022-01302, IPR2022-01303, IPR2022-01304, IPR2022-01305, and IPR2022-01308 (collectively, the "IPR Proceedings").

WHEREAS, on March 14, 2023, the PTAB instituted *inter partes* review in six of the IPR Proceedings, and on or before March 27, 2023, the PTAB is expected to announce whether it will institute *inter partes* review in the remaining two IPR Proceedings shortly.

WHEREAS, pursuant to statute, the PTAB's Final Written Decisions regarding validity are expected to issue no later than one year after the date of institution.

WHEREAS, for purposes of judicial economy and to avoid the unnecessary expenditure of resources, the parties[1] desire to stay the present litigation pending Final Written Decisions in all instituted IPR Proceedings.

WHEREAS, it is within the Court's inherent authority and discretion to stay the present litigation, and the parties agree that it would be appropriate to do so in the present situation.

WHEREAS, the parties agree that, within seven days after the PTAB issues its last Final Written Decision in the IPR Proceedings, the parties shall file a joint status update advising the Court regarding the PTAB's decisions.

WHEREAS, the parties reserve the right to later seek appropriate relief regarding whether this stay should be maintained, including through any requests for rehearing or any appeals.

---

[1] Involuntary plaintiff Thales Visionix, Inc. has indicated that it does not oppose the stay stipulated to herein by the voluntary parties.

1   WHEREAS, Meta timely filed a Motion for Leave to File an Amended Answer (Dkt. 129)

2   before the original Court-ordered deadline to amend pleadings (Dkt. 116), and such motion is currently

3   pending.

4   WHEREAS, Gentex agrees that, in the event that Meta's pending motion is deemed withdrawn

5   in light of the stay and Meta re-files the same motion for leave to file the same amended answer

6   previously filed at Dkt. 129 pursuant to an agreed-upon or Court-ordered schedule after the stay in

7   these proceeding is lifted, Gentex will not challenge such motion as untimely or as subject to any

8   heightened burden on the grounds that such motion would be filed after the original Court-ordered

9   deadline at Dkt. 116.

10   NOW THEREFORE IT IS HEREBY STIPULATED by the parties through their respective

11   counsel, subject to the approval of the Court, that:

12   1.  The above-captioned action is hereby stayed until the PTAB issues its last Final Written

13       Decision in the IPR Proceedings.

14   2.  The parties shall file a joint status notice within seven days of such decision advising the

15       Court whether a case management conference should be scheduled and/or other actions should

16       be taken.

17   3.  The pending Motion for Leave to File an Amended Answer (Dkt. 129) is deemed

18       withdrawn without prejudice, and the pending stipulation regarding the same (Dkt. 131) is

19       DENIED as moot.

20   IT IS SO STIPULATED.

21   Dated: March 22, 2023                          Respectfully submitted,

22   /s/ Melissa B. Collins                         /s/ Joshua Glucoft
     Matthew S. Warren (State Bar No. 230565)       Ellisen Shelton Turner (SBN #224842)
23   Erika H. Warren (State Bar No. 295570)         Joshua Glucoft (SBN #301249)
     Sachli Balazadeh-Nayeri (State Bar No.         KIRKLAND & ELLIS LLP
24   341885)                                        2049 Century Park East, Suite 3700
     22-3892@cases.warrenlex.com                    Los Angeles, CA 90067
25   WARREN LEX LLP                                 Tel: (310) 552-4200
     2261 Market Street, No. 606                    Fax: (310) 552-5900
26   San Francisco, California, 94114               ellisen.turner@kirkland.com
     Tel: (415) 895-2940                            josh.glucoft@kirkland.com
27   Fax: (415) 895-2964

28

David I. Berl (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Elise M. Baumgarten (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (*pro hac vice*)
Andrew G. Borrasso (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

*Counsel for Plaintiffs*
*Gentex Corporation and*
*Indigo Technologies, LLC*

Akshay S. Deoras (SBN #301962)
Yan-Xin Li (SBN#332329)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
akshay.deoras@kirkland.com
yanxin.li@kirkland.com

Jeanne M. Heffernan (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

Yimeng Dou (SBN #285248)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
yimeng.dou@kirkland.com

*Counsel for Defendants Meta Platforms, Inc.*
*and Meta Platforms Technologies, LLC*

1

2                                    **SIGNATURE ATTESTATION**

3            Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document

4   has been obtained from the other signatory.

5

6   Dated: March 22, 2023                          */s/ Joshua Glucoft*
                                                    _____
7                                                   Joshua Glucoft

8

    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10

11  Dated:  March 31, 2023
                                                    _____
12                                                  Honorable Yvonne Gonzalez Rogers
                                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28