| | |
|---|---|
| Matthew S. Warren (State Bar No. 230565) | David I. Berl (*pro hac vice*) |
| Erika H. Warren (State Bar No. 295570) | Adam D. Harber (*pro hac vice*) |
| Sachli Balazadeh-Nayeri (State Bar No. 341885) | Elise M. Baumgarten (*pro hac vice*) |
| 22-3892@cases.warrenlex.com | Melissa B. Collins (*pro hac vice*) |
| WARREN LEX LLP | D. Shayon Ghosh (State Bar No. 313628) |
| 2261 Market Street, No. 606 | Arthur John Argall III (*pro hac vice*) |
| San Francisco, California, 94114 | Andrew G. Borrasso (*pro hac vice*) |
| +1 (415) 895-2940 | WILLIAMS & CONNOLLY LLP |
| +1 (415) 895-2964 facsimile | 680 Maine Avenue S.W. |
| | Washington, D.C., 20024 |
| | +1 (202) 434-5000 |
| | +1 (202) 434-5029 facsimile |

*Attorneys for Plaintiffs Gentex Corporation and Indigo Technologies, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>    Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>    Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORM TECHNOLOGIES, LLC,<br><br>    Defendants. | Case No. 4:22-cv-3892-YGR<br><br>**NOTICE OF WITHDRAWAL OF SACHLI BALAZADEH-NAYERI** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that under Civil L.R. 5-1(c)(2)(C), Sachli Balazadeh-Nayeri hereby withdraws as attorney for plaintiffs Gentex Corporation and Indigo Technologies, LLC, as she will no

//

//

//

longer be an associate at Warren Lex LLP.  Williams & Connolly LLP and Warren Lex LLP will continue to represent plaintiffs Gentex Corporation and Indigo Technologies, LLC in this matter.

Date:   September 1, 2023

Respectfully submitted,

*[signature: Sachli]*
_____

| | |
|---|---|
| David I. Berl (*pro hac vice*) | Matthew S. Warren (State Bar No. 230565) |
| Adam D. Harber (*pro hac vice*) | Erika H. Warren (State Bar No. 295570) |
| Elise M. Baumgarten (*pro hac vice*) | Sachli Balazadeh-Nayeri (State Bar No. 341885) |
| Melissa B. Collins (*pro hac vice*) | WARREN LEX LLP |
| D. Shayon Ghosh (State Bar No. 313628) | 2261 Market Street, No. 606 |
| Arthur John Argall III (*pro hac vice*) | San Francisco, California, 94114 |
| Andrew G. Borrasso (*pro hac vice*) | +1 (415) 895-2940 |
| WILLIAMS & CONNOLLY LLP | +1 (415) 895-2964 facsimile |
| 680 Maine Avenue S.W. | 22-3892@cases.warrenlex.com |
| Washington, D.C., 20024 | |
| +1 (202) 434-5000 | *Attorneys for Plaintiffs Gentex Corporation and* |
| +1 (202) 434-5029 facsimile | *Indigo Technologies, LLC* |
| dberl@wc.com | |
| aharber@wc.com | |
| ebaumgarten@wc.com | |
| mcollins@wc.com | |
| sghosh@wc.com | |
| aargall@wc.com | |
| aborrasso@wc.com | |