UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENTEX CORPORATION**, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**META PLATFORMS, INC.**, *et al.,*<br><br>    Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

On March 31, 2023, the Court ordered the above captioned case stayed pending the issuance of the Patent Trial and Appeal Board ("PTAB")'s Final Written Decision in the relevant *inter partes* review proceedings. (Dkt. No. 134.) For statistical purposes only, the Court now **ORDERS** that the case shall be administratively closed. As set forth in the Court's March 31, 2023 order, parties shall nonetheless file a joint notice within **seven (7) days** of the PTAB's decision advising the Court whether a case management conference should be scheduled and/or other actions taken.

**IT IS SO ORDERED.**

Dated: November 15, 2023

*[signature]*
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE