Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
22-3892@cases.warrenkashwarren.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

David I. Berl (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Elise M. Baumgarten (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (*pro hac vice*)
Andrew G. Borrasso (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

*Counsel for Plaintiffs Gentex Corporation
and Indigo Technologies, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, <br><br> Plaintiffs, <br><br> THALES VISIONIX, INC., <br><br> Involuntary Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC, <br><br> Defendants. | Case No. 4:22-cv-03892-YGR <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AND EXHIBITS TO JOINT MOTION TO DISMISS** <br><br> Judge:      Hon. Yvonne Gonzalez Rogers |

Upon consideration of the administrative motion to seal filed by Plaintiffs Gentex Corporation and Indigo Technologies, LLC, the Declaration of Adam D. Harber in support thereof, and the applicable law, the Court **GRANTS** Plaintiffs' Administrative Motion to Seal Portions of and Exhibits to the Joint Motion to Dismiss. The Clerk of Court shall file under seal the redacted portions of the Joint Motion to Dismiss and the entirety of Exhibits A and B to the Joint Motion.

**IT IS SO ORDERED.**

Dated:

Honorable Yvonne Gonzalez Rogers
United States District Judge