1  Matthew S. Warren (State Bar No. 230565)
   Erika H. Warren (State Bar No. 295570)
2  22-3892@cases.warrenkashwarren.com
   WARREN KASH WARREN LLP
3  2261 Market Street, No. 606
   San Francisco, California, 94114
4  Tel: (415) 895-2940
   Fax: (415) 895-2964
5
   David I. Berl (*pro hac vice*)
6  Adam D. Harber (*pro hac vice*)
   Elise M. Baumgarten (*pro hac vice*)
7  Melissa B. Collins (*pro hac vice*)
   D. Shayon Ghosh (State Bar No. 313628)
8  Arthur John Argall III (*pro hac vice*)
   Andrew G. Borrasso (*pro hac vice*)
9  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue S.W.
10 Washington, D.C., 20024
   Tel: (202) 434-5000
11 Fax: (202) 434-5029

12 *Counsel for Plaintiffs Gentex Corporation
   and Indigo Technologies, LLC*
13

14                          **IN THE UNITED STATES DISTRICT COURT**
                          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15                                      **OAKLAND DIVISION**

16 | GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, | |
17 | | |
   | Plaintiffs, | Case No. 4:22-cv-03892-YGR |
18 | | |
   | THALES VISIONIX, INC., | **[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
19 | | |
   | Involuntary Plaintiff, | |
20 | | |
   | v. | |
21 | | |
   | META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC, | Judge:   Hon. Yvonne Gonzalez Rogers |
22 | | |
23 | Defendants. | |

24
25
26
27
28

[PROPOSED] ORDER ON PLAINTIFFS' MOTION
TO CONSIDER WHETHER ANOTHER PARTY'S                    CASE NO. 4:22-CV-03892-YGR
MATERIAL SHOULD BE SEALED

Upon consideration of the administrative motion to consider whether another party's material should be sealed filed by Plaintiffs Gentex Corporation and Indigo Technologies, LLC, any declarations filed in support thereof, and the applicable law, the Court **GRANTS** Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.  The Clerk of Court shall file under seal the portions of the Joint Motion to Dismiss highlighted in green (page 2, lines 10-15) and the entirety of Exhibit C to the Joint Motion.

**IT IS SO ORDERED.**

Dated:

Honorable Yvonne Gonzalez Rogers
United States District Judge