Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
22-3892@cases.warrenkashwarren.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

David I. Berl (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Elise M. Baumgarten (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (*pro hac vice*)
Andrew G. Borrasso (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

*Counsel for Plaintiffs Gentex Corporation
and Indigo Technologies, LLC*

Ellisen Shelton Turner (SBN #224842)
Joshua Glucoft (SBN #301249)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

Akshay S. Deoras (SBN #301962)
Yan-Xin Li (SBN #332329)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
akshay.deoras@kirkland.com
yanxin.li@kirkland.com

Jeanne M. Heffernan (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

*Counsel for Defendants Meta Platforms, Inc.
and Meta Platforms Technologies, LLC*

[Additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**JOINT MOTION TO DISMISS**<br><br>**REDACTED**<br><br>**Date**:        February 20, 2024<br>**Time**:        2:00 p.m.<br>**Location**:   Courtroom 1, 4th Floor<br>**Judge**:       Hon. Yvonne Gonzalez Rogers |

1    TO ALL PARTIES AND COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE THAT on February 20, 2024, at 2:00 p.m., or as soon thereafter as

3    it may be heard, in the courtroom of Honorable Yvonne Gonzalez Rogers, located at Oakland

4    Courthouse, Courtroom 1, 4th Floor, 1301 Clay Street, Oakland, California 94612, voluntary plaintiffs

5    Gentex Corporation ("**Gentex**") and Indigo Technologies, LLC ("**Indigo**") (collectively, "**Plaintiffs**")

6    and defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively,

7    "**Defendants**" or "**Meta**"), will and do now jointly move pursuant to Federal Rule of Civil Procedure

8    41(a)(2) to dismiss with prejudice this action for patent infringement.

9    Plaintiffs and Defendants have entered into a settlement agreement (the "**Agreement**") that

10   includes, among other things, a full release and covenant not to sue from Plaintiffs regarding the

11   patents-in-suit.  Ex. A at II.1 & II.2.  A copy of the Agreement is attached hereto as **Exhibit A**.  In the

12   Agreement, Plaintiffs and Defendants further agree that this action should be dismissed with prejudice

13   in its entirety.  Ex. A at II.4 (*See* "Dismissals" clause).  The Agreement ███████████████████

14   ████████████████ December 21, 2023 Term Sheet attached hereto as **Exhibit B** (the "**Term**

15   **Sheet**").

16   Involuntary Plaintiff Thales Visionix, Inc. ("**Thales**") is also a party to the Term Sheet and

17   agreed to all of its terms.  Thales' Chief Operating Officer signed the Term Sheet, which includes █

18   █████████████████████████████████████████████████████████████████████████

19   ████████████████████.  Ex. B at 4, 6.  All parties to the Term Sheet, including Thales, agreed

20   to dismiss this action with prejudice.[1]  Despite executing the Term Sheet, Thales now refuses to add

21   its signature to a Rule 41(a)(1)(ii) stipulation dismissing this action.  Instead, after the Term Sheet was

22   duly executed by all parties, Thales sent an email purporting to unilaterally void its signature and

23   rescind the entire Term Sheet.  Thales also now opposes this motion to dismiss, although it has offered

24   no legal basis for maintaining the action or any claims therein.  Thus, Plaintiffs and Defendants have

25   been forced to file this opposed joint motion rather than a stipulation.

26

27   [1]   The Agreement is between Gentex, Indigo, and Meta; ███████████████████████
                                                                    Ex. A at IV.5.
28

1    Thales has no legitimate basis to oppose dismissal.  Even to the extent Thales takes issue with

2    the validity of the Term Sheet or any impact it may have on Thales, those issues are irrelevant to the

3    claims and defenses in this action, and neither permit maintaining nor provide reason to maintain this

4    action.  Gentex is the exclusive field-of-use licensee of all of the patents-in-suit (and Indigo is the

5    former exclusive field-of-use licensee).  Gentex, not Thales, asserted all of the claims in this action.

6    Thales was joined involuntarily as a plaintiff as the assignee of the patents, pursuant only to its

7    contractual obligation to participate in an action for patent infringement brought by Gentex.  Thales

8    did not sign the Complaint, ECF No. 1, at 39, did not serve any Rule 26(a)(1) initial disclosures, and

9    did not serve infringement or damages contentions.  Thales provided verified interrogatory responses

10   in which, ██████████████████████████████████████████████████████████████

11   ████████████████.  Ex. C at 20, 27 ("██████████████████████████████████

12   ███████████████████████████████████████████████"); *see also id.* at 25 ("██████

13   ████████████████████████████████████████████████████████████████████████

14   ███████████████████████████████████████.").  Thales also confirmed that ██████

15   ████████████████████████████████████ *Id.* at 24.

16   Whatever dispute Thales may now wish to raise about the specifics of the parties' settlement

17   Term Sheet, or any of Thales' obligations under it, has no bearing on the rights Plaintiffs granted to

18   Meta in the Agreement or the claims Plaintiffs asserted in this litigation.  Thales has not disputed, and

19   cannot dispute, that Plaintiffs can grant, and have granted, to Meta, among other things (1) a full

20   release of Plaintiffs' claims in this action, and (2) a covenant not to sue, ████████████████

21   ██████████████████████████████████████.  Ex. A at II.1 & II.2; Ex. B at 2, 3.  Those

22   granted rights are alone sufficient to dismiss this action with prejudice and to deprive the Court of

23   subject-matter jurisdiction over all pending claims.[2]  There are no counterclaims.  Thus, Plaintiffs and

24   Meta have settled all of their disputes in this action through the Agreement, which is mutually binding

25   on them, and the Agreement requires dismissal of this action with prejudice.  Therefore, there is no

26   
27   [2]  *See, e.g., Dow Jones & Co., Inc. v. Ablaise Ltd.*, 606 F.3d 1338, 1348 (Fed. Cir. 2010) (concluding
     covenant not to sue extinguished any current or future case or controversy between the parties and
28   divested the district court of subject matter jurisdiction).

1   basis to delay timely dismissal with prejudice, whether due to the Agreement (as required) or because

2   the only parties with any pending claims in this action have mutually agreed to its dismissal with

3   prejudice.

4        Accordingly, Plaintiffs and Defendants respectfully request that this action be dismissed with

5   prejudice and the case be closed.

1

Dated: January 12, 2024

2

 /s/ *Adam D. Harber*

3

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)

4

22-3892@cases.warrenkashwarren.com
WARREN KASH WARREN LLP

5

2261 Market Street, No. 606
San Francisco, California, 94114

6

Tel: (415) 895-2940
Fax: (415) 895-2964

7

David I. Berl (*pro hac vice*)

8

Adam D. Harber (*pro hac vice*)
Elise M. Baumgarten (*pro hac vice*)

9

Melissa B. Collins (*pro hac vice*)
D. Shayon Ghosh (State Bar No. 313628)

10

Arthur John Argall III (*pro hac vice*)
Andrew G. Borrasso (*pro hac vice*)

11

WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.

12

Washington, D.C., 20024
Tel: (202) 434-5000

13

Fax: (202) 434-5029

14

*Counsel for Plaintiffs Gentex Corporation*
*and Indigo Technologies, LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Respectfully submitted,

 /s/ *Ellisen Shelton Turner*
Ellisen Shelton Turner (SBN #224842)
Joshua Glucoft (SBN #301249)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

Akshay S. Deoras (SBN #301962)
Yan-Xin Li (SBN #332329)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
akshay.deoras@kirkland.com
yanxin.li@kirkland.com

Jeanne M. Heffernan (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

Yimeng Dou (SBN #285248)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
yimeng.dou@kirkland.com

*Counsel for Defendants Meta Platforms, Inc.*
*and Meta Platforms Technologies, LLC*

---

JOINT MOTION TO DISMISS [REDACTED]          4          CASE NO. 4:22-CV-03892-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 12, 2024                              */s/ Adam D. Harber*
                                                              Adam D. Harber

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>    Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>    Involuntary Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>    Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**PROPOSED ORDER**<br><br>**Date**:    February 13, 2024<br>**Time**:    2:00 p.m.<br>**Location**:  Courtroom 1, 4th Floor<br>**Judge**:    Hon. Yvonne Gonzalez Rogers |

Upon consideration of the joint motion to dismiss filed by Gentex Corporation; Indigo Technologies, LLC; Meta Platforms, Inc.; and Meta Platforms Technologies, LLC, it is hereby

**ORDERED** that all of the claims are **DISMISSED** with prejudice, and

**FURTHER ORDERED** that this case is **CLOSED**.

Dated:

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge