| | |
|---|---|
| Paul N. Tauger (SBN 160552)<br>ADDYHART P.C.<br>5151 California Street, Suite 100<br>Irvine, CA 92617<br>949.438.3218<br>949.438.3332 (fax)<br>ptauger@addyhart.com | Meredith Martin Addy (pro hac vice)<br>ADDYHART P.C.<br>10 Glenlake Parkway, Suite 130<br>Atlanta, GA 30328<br>312.320.4200<br>meredith@addyhart.com |

Robert P. Hart (pro hac vice forthcoming)
Brandon C. Helms (pro hac vice forthcoming)
ADDYHART P.C.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
robert@addyhart.com
312.731.6568
bhelms@addyhart.com

*Attorneys for Involuntary Plaintiff Thales Visionix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>  Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>  Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., and META PLAINTFORM TECHNOLOGIES, LLC,<br>  Defendants. | Case No.: 4:22-cv-03892-YGR<br><br>NOTICE OF APPEARANCE OF ROBERT P. HART |

      Involuntary Plaintiff Thales Visionix, Inc. hereby notifies the Court and the parties to this action that Robert P. Hart of ADDYHART P.C., an attorney admitted to practice in this Court,

appears as additional counsel for Involuntary Plaintiff Thales Visionix, Inc. in this matter. Please serve all pleadings, correspondence, and other material on Mr. Hart at the following address:

Robert P. Hart
ADDYHART P.C.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
312.834.7701
robert@addyhart.com

Dated this 22nd day of January, 2024.    Respectfully submitted,

Meredith Martin Addy *(pro hac vice)*      /s/ *Robert P. Hart*
ADDYHART P.C                                Robert P. Hart (pro hac vice forthcoming)
10 Glenlake Parkway                         ADDYHART P.C.
Suite 130                                   401 N. Michigan Ave., Suite 1200-1
Atlanta, GA  30328                          Chicago, Illinois 60611
312.320.4200                                949.337.0568
meredith@addyhart.com                       robert@addyhart.com

Paul N. Tauger  (SBN 160552)
ADDYHART P.C
5151California Street                       Brandon C. Helms (pro hac vice forthcoming)
Suite 100                                   ADDYHART P.C.
Irvine,. CA  92617                          401 N. Michigan Ave., Suite 1200-1
949.438.3218                                Chicago, Illinois 60611
949.438.3332 (fax)                          312.731.6568
ptauger@addyhart.com                        bhelms@addyhart.com
litigation-dkt@addyhart.com