UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENTEX CORPORATION,

Plaintiff(s),

v.

META PLATFORMS ET AL,

Defendant(s).

Case No. 4:22-cv-03892-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Robert P. Hart, an active member in good standing of the bar of Oklahoma and USDC, N.D. Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Thales Visionix, Inc. in the above-entitled action. My local co-counsel in this case is Paul N. Tauger, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 160552.

| | |
|---|---|
| 401 N. Michigan Ave., 1200-1, Chicago, Il | 5151 California St, #100, Irvine, CA  92617 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 949.337.0568 | 949.438-3218 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| robert@addyhart.com | ptauger@addyhart.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6256063.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2 2 , 2024

Robert P. Hart
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert P. Hart is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA  )
                   )
COUNTY OF OKLAHOMA )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court. That, as General Counsel of the Oklahoma Bar Association, pursuant to the Rules Governing Disciplinary Proceedings, 5 O.S. Ch. 1, App. 1-A, as adopted and promulgated by the Supreme Court of the State of Oklahoma, she is entrusted with the permanent records of all disciplinary matters affecting attorneys licensed to practice law in the State of Oklahoma.

That ROBERT PATRICK HART, OBA #13817, was admitted to the practice of law by the Supreme Court of Oklahoma on April 22, 1991 and is an active member in good standing of the Oklahoma Bar Association. No grievances have been filed against this Oklahoma licensed attorney nor has this attorney ever been subjected to disciplinary action.

Gina L. Hendryx
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 16th day of January, 2024 by Gina L. Hendryx.

NOTARY PUBLIC

My Commission Expires:
10/21/27

Commission Number:
19010584

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org

