| | | |
|---|---|---|
|1| Paul N. Tauger  (SBN 160552) | Meredith Martin Addy (pro hac vice) |
|2| ADDYHART P.C.<br>5151 California Street, Suite 100 | ADDYHART P.C.<br>10 Glenlake Parkway, Suite 130 |
|3| Irvine, CA  92617<br>949.438.3218 | Atlanta, GA  30328<br>312.320.4200 |
|4| 949.438.3332 (fax)<br>ptauger@addyhart.com | meredith@addyhart.com |

Robert P. Hart (pro hac vice)
Brandon C. Helms (pro hac vice forthcoming)
ADDYHART P.C.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
robert@addyhart.com
312.731.6568
bhelms@addyhart.com

*Attorneys for Involuntary Plaintiff Thales Visionix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, | Case No.: 4:22-cv-03892-YGR |
| Plaintiffs, | NOTICE OF APPEARANCE OF BRANDON C. HELMS |
| THALES VISIONIX, INC., | |
| Involuntary Plaintiff, | |
| v. | |
| META PLATFORMS, INC., and META PLAINTFORM TECHNOLOGIES, LLC, | |
| Defendants. | |

    Involuntary Plaintiff Thales Visionix, Inc. hereby notifies the Court and the parties to this action that Brandon C. Helms of ADDYHART P.C., an attorney admitted to practice in this

NOTICE OF APPEARANCE OF BRANDON C. HELMS - 1-
Case No. 4:22-cv-03892-YGR

Court, appears as additional counsel for Involuntary Plaintiff Thales Visionix, Inc. in this matter. Please serve all pleadings, correspondence, and other material on Mr. Helms at the following address:

Brandon C. Helms
ADDYHART P.C.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
312.731.6568
bhelms@addyhart.com

Dated this 23rd day of January 2024.

Respectfully submitted,

Meredith Martin Addy *(pro hac vice)*
ADDYHART P.C
10 Glenlake Parkway
Suite 130
Atlanta, GA  30328
312.320.4200
meredith@addyhart.com

Paul N. Tauger  (SBN 160552)
ADDYHART P.C
5151California Street
Suite 100
Irvine,. CA  92617
949.438.3218
949.438.3332 (fax)
ptauger@addyhart.com
litigation-dkt@addyhart.com

/s/ *Brandon C. Helms*
Brandon C. Helms (pro hac vice forthcoming)
ADDYHART P.C.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
312.731.6568
bhelms@addyhart.com

Robert P. Hart (pro hac vice)
ADDYHART P.C.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
robert@addyhart.com