UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENTEX CORPORATION E,

Plaintiff(s),

v.

META PLATFORMS ET AL,

Defendant(s).

Case No. 4:22-cv-03892-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brandon C. Helms, an active member in good standing of the bar of Michigan and Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Thales Visionix, Inc. in the above-entitled action. My local co-counsel in this case is Paul N. Tauger, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 160552.

| 401 N. Michigan Ave., 1200-1, Chicago, Il | 5151 California St, #100, Irvine, CA  92617 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 312.731.6568 | 949.438.3218 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| bhelms@addyhart.com | ptauger@addyhart.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6294316.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2024                                             Brandon C. Helms
                                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Brandon C. Helms  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                                                    _____
                                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that Brandon Cary Helms, P85568 of Grosse Pointe, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 22, 2021 in Wayne County and became a member of the State Bar of Michigan on December 07, 2021.



Peter W. Cunningham, Executive Director
January 23, 2024