Meredith Martin Addy (pro hac vice)
ADDYHART P.C.
10 Glenlake Parkway, Suite 130
Atlanta, GA  30328
312.320.4200
meredith@addyhart.com

Paul N. Tauger  (SBN 160552)
ADDYHART P.C.
5151 California Street, Suite 100
Irvine, CA  92617
949.438.3218
949.438.3332 (fax)
ptauger@addyhart.com

Robert P. Hart (pro hac vice pending)
Brandon C. Helms (pro hac vice pending)
ADDYHART P.C.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
robert@addyhart.com
312.731.6568
bhelms@addyhart.com

*Attorneys for Involuntary Plaintiff Thales Visionix, Inc*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>    Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>    Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., and META PLAINTFORM TECHNOLOGIES, LLC,<br>    Defendants. | Case No.: 4:22-cv-03892-YGR<br><br>INVOLUNTARY PLAINTIFF THALES VISIONIX, INC.'S MOTION TO SEAL PORTIONS OF RESPONSE TO JOINT MOTION TO DISMISS |

Pursuant to Civil Local Rules 7-11 and 79-5(d) and (e), Involuntary plaintiff Thales Visionix, Inc. ("Thales") hereby moves for an order sealing certain portions of Involuntary Plaintiff's Response to the Joint Motion to Dismiss.

Exhibit A to the Joint Motion to Dismiss is a copy of a settlement agreement ("Settlement Agreement") signed between Gentex Corporation and Indigo Technologies, LLC (collectively, "Gentex") and Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Meta"). (ECF No. 140, ¶ 4). Exhibit B to the Joint Motion to Dismiss is a Term Sheet ("Term Sheet") signed by Thales, Gentex, and Meta. (Id.).

The Settlement Agreement and Term Sheet reflect confidential business information of the Parties, including financial terms and details of confidential licensing negotiations. Such details constitute sensitive business information, not publicly available or publicly disclosed, which the Parties maintain in the strictest confidence. To make publicly available these details about the Parties' licensing activities would cause substantial economic and competitive harm to the Parties, including Thales. (Tauger Decl. 6).

Certain portions of the Response to the Joint Motion to Dismiss discuss the terms of the Agreement and Term Sheet. These portions also reflect sensitive business information about the Parties' licensing practices, disclosure of which would cause substantial economic and competitive harm to the Parties, including Thales. The narrowly tailored portions of the Response to the Joint Motion that reflect or contain these confidential details are highlighted in yellow. (Tauger Decl. 7).

When considering a motion to seal, the Court must "conscientiously balance the competing interests of the public and the party who seeks to keep certain judicial records secret." *Ctr. For Auto Safety v. Chrysler Grp.,* LLC, 809 F.3d 1092, 1097 (9th Cir. 2016) (cleaned up).

Where, as here, the motion is only tangentially related to the merits of the case, a "particularized showing" under the good cause standard of Rule 26(c) suffices to grant a motion to seal. *See id*. at 1099; *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006); *Exeltis USA Inc. v. First Databank, Inc.*, 2020 WL 2838812, at *1 (N.D. Cal. June 1, 2020). Courts routinely conclude that "'confidential business information' in the form of 'license agreements, financial terms, details of confidential licensing negotiations, and business strategies'" satisfy the good cause or compelling reasons standard for sealing. *Exeltis*, 2020 WL 2838812, at *1; *In re Qualcomm Litig*., 2017 WL 5176922, at *2 (S.D. Cal. Nov. 8, 2017).

Accordingly, Thales respectfully requests that the Court seal portions of its Response to the Joint Motion to Dismiss.

This 26th day of January 2024.

Respectfully submitted,

Meredith Martin Addy *(pro hac vice)*
ADDYHART P.C
10 Glenlake Parkway, Suite 130
Atlanta, GA  30328
312.320.4200
meredith@addyhart.com

Robert P. Hart (pro hac vice pending)
Brandon C. Helms
(pro hac vice  pending)
ADDYHART P.C.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
robert@addyhart.com
312.731.6568
bhelms@addyhart.com

/s/ *Paul N. Tauger*
Paul N. Tauger  (SBN 160552)
ADDYHART P.C
5151California Street, Suite 100
Irvine,. CA  92617
949.438.3218
949.438.3332 (fax)
ptauger@addyhart.com