1  Meredith Martin Addy (pro hac vice)
   **ADDYHART P.C.**
2  10 Glenlake Parkway, Suite 130
   Atlanta, Georgia 30328
3  312.320.4200
4  meredith@addyhart.com

5  Paul Tauger
   **ADDYHART P.C.**
6  5151 California Street, Suite 100
   Irvine, California 92617
7  949.438.3218
8  paul@addyhart.com

9  Robert Hart (pro hac vice pending)
   Brandon C. Helms (pro hac vice pending)
10 **ADDYHART P.C.**
   401 N. Michigan Ave., Suite 1200-1
11 Chicago, Illinois 60611
12 949.337.0568
   312.731.6568
13 robert@addyhart.com
   bhelms@addyhart.com
14

15 *Attorneys for Involuntary Plaintiff Thales Visionix, Inc.*

16                    **IN THE UNITED STATES DISTRICT COURT**
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18  GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, | |
| 19 | Case No. 4:22-cv-03892-YGR |
| 20       Plaintiffs, | **DECLARATION OF PAUL N. TAUGER IN SUPPORT OF INVOLUNTARY PLAINTIFF THALES VISIONIX, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF RESPONSE TO JOINT MOTION TO DISMISS** |
| 21  THALES VISIONIX, INC., | |
| 22       Involuntary Plaintiff, | |
| 23       v. | |
| 24  META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC, | **Date:** February 20, 2024<br>**Time:** 2:00 p.m.<br>**Location:** Courtroom 1, 4th Floor<br>**Judge:** Hon. Yvonne Gonzalez Rogers |
| 25 | |
| 26       Defendants. | |
| 27 | |

28

TAUGER DECL. IN SUPPORT OF MOT. TO SEAL                    2          Case No. 4:22-cv-3892-YGR

I, Paul N. Tauger, do hereby declare as follows:

1. I am an attorney licensed to practice law in the States of California. I am an associate with AddyHart P.C., located at 5151 California Street, Suite 100, Irvine, CA 92617. I am counsel for Involuntary Plaintiff Thales Visionix, Inc. ("Thales") in the above-captioned action. I have personal knowledge of the matters set forth below and if called and sworn as a witness, I could and would testify competently to the facts set forth herein.

2. I make this declaration in support of Thales's Administrative Motion to Seal Portions of the Response to the Joint Motion to Dismiss. I am familiar with Thales's treatment of highly proprietary and confidential information based on my personal experience representing Thales.

3. I make this declaration in accordance with Local Rules 7-11(a) and 79-5 in support of Thales's Administrative Motion to File Under Seal Portions of and Exhibits to the Response to the Joint Motion to Dismiss.

4. Exhibit A to the Joint Motion to Dismiss is a copy of a settlement agreement ("Settlement Agreement") signed between Gentex Corporation and Indigo Technologies, LLC (collectively, "Gentex") and Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Meta"). (ECF No. 140, ¶ 4). Exhibit B to the Joint Motion to Dismiss is a Term Sheet ("Term Sheet") signed by Thales, Gentex, and Meta. (Id.).

5. Exhibit 1 to the Response to the Joint Motion to Dismiss is a true and correct copy of an email ("Email") sent from Meredith Martin Addy on December 22, 2023 to Ellisen Turner, counsel for Meta, and to Adam Harber, counsel for Gentex, in which Thales withdrew from the Term Sheet.

6. The Settlement Agreement and Term Sheet reflect confidential business information of the Parties, including financial terms and details of confidential licensing negotiations. Such details constitute sensitive business information, not publicly available or publicly disclosed, which the Parties maintain in the strictest confidence. To make publicly available these details about the Parties' licensing activities would cause substantial economic and competitive harm to the Parties, including Thales.

7. Certain portions of the Response to the Joint Motion to Dismiss discuss the terms of the Agreement and Term Sheet. These portions also reflect sensitive business information about the

Parties' licensing practices, disclosure of which would cause substantial economic and competitive harm to the Parties, including Thales. The narrowly tailored portions of the Response to the Joint Motion that reflect or contain these confidential details are highlighted in yellow.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of January, 2024, in Irvine, California.

/s/ *Paul N. Tauger*
Paul N. Tauger

*Counsel for Involuntary Plaintiff*
*Thales Visionix, Inc.*