Meredith Martin Addy (pro hac vice)
ADDYHART P.C.
10 Glenlake Parkway, Suite 130
Atlanta, GA  30328
312.320.4200
meredith@addyhart.com

Paul N. Tauger  (SBN 160552)
ADDYHART P.C.
5151 California Street, Suite 100
Irvine, CA  92617
949.438.3218
949.438.3332 (fax)
ptauger@addyhart.com

Robert P. Hart (pro hac vice pending)
Brandon C. Helms (pro hac vice pending)
ADDYHART P.C.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
robert@addyhart.com
312.731.6568
bhelms@addyhart.com

*Attorneys for Involuntary Plaintiff Thales Visionix, Inc*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>　　Plaintiffs,<br>THALES VISIONIX, INC.,<br>　　Involuntary Plaintiff,<br>v.<br><br>META PLATFORMS, INC., and META PLAINTFORM TECHNOLOGIES, LLC,<br>　　Defendants. | Case No.: 4:22-cv-03892-YGR<br><br>[PROPOSED] ORDER ON INVOLUNTARY PLAINTIFF THALES VISIONIX, INC.'S MOTION TO SEAL PORTIONS OF RESPONSE TO JOINT MOTION TO DISMISS |

Upon consideration of the administrative motion to seal filed by Involuntary Plaintiff Thales Visionix, Inc., the Declaration of Paul N. Tauger in support thereof, and the applicable law, the Court GRANTS Plaintiff's Administrative Motion to Seal Portions of the Response to Joint Motion to Dismiss. The Clerk of Court shall file under seal the redacted portions of the Response to Joint Motion to Dismiss.

**IT IS SO ORDERED**.

Dated: _____

                                        Honorable Yvonne Gonzalez Rogers
                                        United States District Judge