Meredith Martin Addy (pro hac vice)
**ADDYHART P.C.**
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
312.320.4200
meredith@addyhart.com

Paul Tauger
**ADDYHART P.C.**
5151 California Street, Suite 100
Irvine, California 92617
949.438.3218
paul@addyhart.com

Robert Hart (pro hac vice pending)
Brandon C. Helms (pro hac vice pending)
**ADDYHART P.C**.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
312.731.6568
robert@addyhart.com
bhelms@addyhart.com

*Attorneys for Involuntary Plaintiff Thales Visionix, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**[PROPOSED] ORDER**<br><br>**Date:** February 20, 2024<br>**Time:** 2:00 p.m.<br>**Location:** Courtroom 1, 4th Floor<br>**Judge:** Hon. Yvonne Gonzalez Rogers |

1

2      Upon consideration of the joint motion to dismiss filed by Gentex Corporation, Indigo

3  Technologies, LLC, Meta Platforms, Inc., and Meta Platforms Technologies, LLC, and in

4  consideration of Involuntary Plaintiff Thales Visionix, Inc.'s Response to the Gentex and Meta's joint

5  motion to dismiss, it is hereby:

6
        **ORDERED** that the rescinded Term Sheet is not binding on Thales and is void.
7
        **ORDERED** that all claims are DISMISSED WITH PREJUDICE; and
8
        **FURTHER ORDERED** that this case is closed.
9

10

11

12      [Or in the alternative, should the Court decide to dismiss without prejudice as to Involuntary

13  Plaintiff Thales Visionix, Inc.]

14

15

16      [**ORDERED** that all claims are DISMISSED WITHOUT PREJUDICE as to Plaintiff Thales

17  Visionix, Inc. so that Involuntary Plaintiff Thales Visionix, Inc. can later seek a judicial finding that it

18  has not granted rights to Meta under the rescinded Term Sheet, nor under the Settlement Agreement

19  to which Thales is not a party.]

20      [**FURTHER ORDERED** that this case is closed.]

21

22

23  Dated:                          _____

24                                  Honorable Yvonne Gonzalex Rogers
                                    United States District Judge
25

26

27

28