Meredith Martin Addy (pro hac vice)
ADDYHART P.C.
10 Glenlake Parkway, Suite 130
Atlanta, GA  30328
312.320.4200
meredith@addyhart.com

Paul N. Tauger  (SBN 160552)
ADDYHART P.C.
5151 California Street, Suite 100
Irvine, CA  92617
949.438.3218
949.438.3332 (fax)
ptauger@addyhart.com

Robert P. Hart (pro hac vice pending)
Brandon C. Helms (pro hac vice pending)
ADDYHART P.C.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
robert@addyhart.com
312.731.6568
bhelms@addyhart.com

*Attorneys for Involuntary Plaintiff Thales Visionix, Inc*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., and META PLAINTFORM TECHNOLOGIES, LLC,<br>Defendants. | Case No.: 4:22-cv-03892-YGR<br><br>EXHIBIT 1 TO INVOLUNTARY PLAINTIFF THALES VISIONIX, INC.'S RESPONSE TO JOINT MOTION TO DISMISS (Dkt 146) |

Involuntary Plaintiff, Thales Visionix, Inc., attaches Exhibit 1 which was inadvertently not included during the electronic filing of its Response to the Joint Motion to Dismiss (Dkt. 146)

This 26th day of January 2024.                              Respectfully submitted,

/s/ *Paul N. Tauger*

Meredith Martin Addy *(pro hac vice)*  
ADDYHART P.C  
10 Glenlake Parkway, Suite 130  
Atlanta, GA  30328  
312.320.4200  
meredith@addyhart.com

Paul N. Tauger  (SBN 160552)  
ADDYHART P.C  
5151California Street, Suite 100  
Irvine,. CA  92617  
949.438.3218  
949.438.3332 (fax)  
ptauger@addyhart.com

Robert P. Hart (pro hac vice pending)  
Brandon C. Helms  
(pro hac vice  pending)  
ADDYHART P.C.  
401 N. Michigan Ave., Suite 1200-1  
Chicago, Illinois 60611  
949.337.0568  
robert@addyhart.com  
312.731.6568  
bhelms@addyhart.com

EXHIBIT 1 TO INVOLUNTARY PLAINTIFF THALES VISIONIX, INC.'S RESPONSE TO JOINT MOTION TO DISMISS - 2-  
Case No. 4:22-cv-03892-YGR

# Exhibit 1

Saturday, January 13, 2024 at 12:12:49 Eastern Standard Time

| | |
|---|---|
| **Subject:** | Gentex v. Meta \| Pursuant to Fed. R. Evid. 408 |
| **Date:** | Friday, December 22, 2023 at 6:08:42 PM Eastern Standard Time |
| **From:** | Meredith Addy |
| **To:** | Turner, Ellisen Shelton, AHarber@wc.com |
| **BCC:** | Meredith Addy |
| **Attachments:** | image001.png, image002.jpg |

Dear Turner and Adam:

Thank you for taking my call today. As we discussed, Thales withdraws its signature and agreement to the Term Sheet dated December 21, 2023.

We are available to negotiate further and look forward to doing so.

Best regards,
Meredith




Exhibit 1    1 of 1