| | |
|---|---|
| Matthew S. Warren (State Bar No. 230565) | Ellisen Shelton Turner (SBN #224842) |
| Erika H. Warren (State Bar No. 295570) | Joshua Glucoft (SBN #301249) |
| 22-3892@cases.warrenkashwarren.com | KIRKLAND & ELLIS LLP |
| WARREN KASH WARREN LLP | 2049 Century Park East, Suite 3700 |
| 2261 Market Street, No. 606 | Los Angeles, CA 90067 |
| San Francisco, California, 94114 | Tel: (310) 552-4200 |
| Tel: (415) 895-2940 | Fax: (310) 552-5900 |
| Fax: (415) 895-2964 | ellisen.turner@kirkland.com |
| | josh.glucoft@kirkland.com |
| David I. Berl (*pro hac vice*) | |
| Adam D. Harber (*pro hac vice*) | Akshay S. Deoras (SBN #301962) |
| Elise M. Baumgarten (*pro hac vice*) | Yan-Xin Li (SBN #332329) |
| Melissa B. Collins (*pro hac vice*) | KIRKLAND & ELLIS LLP |
| D. Shayon Ghosh (State Bar No. 313628) | 555 California Street |
| Arthur John Argall III (*pro hac vice*) | San Francisco, CA 94104 |
| Andrew G. Borrasso (*pro hac vice*) | Tel: (415) 439-1400 |
| WILLIAMS & CONNOLLY LLP | Fax: (415) 439-1500 |
| 680 Maine Avenue S.W. | akshay.deoras@kirkland.com |
| Washington, D.C., 20024 | yanxin.li@kirkland.com |
| Tel: (202) 434-5000 | |
| Fax: (202) 434-5029 | Jeanne M. Heffernan (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| *Counsel for Voluntary Plaintiffs Gentex Corporation and Indigo Technologies, LLC* | 401 Congress Avenue |
| | Austin, TX 78701 |
| | Tel: (512) 678-9100 |
| Meredith Martin Addy (*pro hac vice*) | Fax: (512) 678-9101 |
| ADDYHART P.C. | jheffernan@kirkland.com |
| 10 Glenlake Parkway, Suite 130 | |
| Atlanta, Georgia 30328 | *Counsel for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC* |
| 312.320.4200 | |
| meredith@addyhart.com | |
| | *[Additional counsel listed on signature page]* |
| *Counsel for Involuntary Plaintiff Thales Visionix, Inc.* | |
| *[Additional counsel listed on signature page]* | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF RE JOINT MOTION TO DISMISS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1     WHEREAS, on January 12, 2024, plaintiffs Gentex Corporation and Indigo Technologies, LLC (collectively, "Gentex") and defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Meta") jointly moved to dismiss (*see* Docket No. 139); and

    WHEREAS, involuntary plaintiff Thales Visionix, Inc. ("Thales") filed a response to Meta's and Gentex's joint motion to dismiss on January 26, 2024 (*see* Docket No. 146); and

    WHEREAS, Gentex's and Meta's reply brief is currently due on February 2, 2024; and

    WHEREAS, the hearing on the joint motion to dismiss is currently scheduled for February 20, 2024; and

    WHEREAS, the parties have conferred and agreed that a short extension of the deadline for Meta's and Gentex's reply is appropriate, up to and including February 7, 2024; and

    WHEREAS, good cause exists for this extension.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1.     Gentex's and Meta's reply in support of their joint motion to dismiss is due on February 7, 2024.

Dated: January 30, 2024

/s/ signature

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
22-3892@cases.warrenkashwarren.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

David I. Berl (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Elise M. Baumgarten (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (*pro hac vice*)
Andrew G. Borrasso (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Respectfully submitted,

/s/ Joshua Glucoft

Ellisen Shelton Turner (SBN #224842)
Joshua Glucoft (SBN #301249)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

Akshay S. Deoras (SBN #301962)
Yan-Xin Li (SBN#332329)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500

*Counsel for Plaintiffs Gentex Corporation and Indigo Technologies, LLC*

/s/ Meredith Martin Addy
Meredith Martin Addy (*pro hac vice*)
ADDYHART P.C.
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
312.320.4200
meredith@addyhart.com

Paul Tauger
ADDYHART P.C.
5151 California Street, Suite 100
Irvine, California 92617
949.438.3218
paul@addyhart.com

Robert Hart (*pro hac vice* pending)
Brandon C. Helms (*pro hac vice* pending)
ADDYHART P.C. 401 N. Michigan Ave.,
Suite 1200-1 Chicago, Illinois 60611
949.337.0568 312.731.6568
robert@addyhart.com
bhelms@addyhart.com

*Counsel for Involuntary Plaintiff Thales Visionix, Inc.*

akshay.deoras@kirkland.com
yanxin.li@kirkland.com

Jeanne M. Heffernan (*pro hac vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

Yimeng Dou (SBN #285248)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
yimeng.dou@kirkland.com

*Counsel for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC*

## SIGNATURE ATTESTATION

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Dated: January 30, 2024

Matthew S. Warren

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINE — 2 — CASE NO. 4:22-cv-03892-YGR

**[PROPOSED] ORDER**

Having reviewed the above stipulation, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order:

1. Gentex's and Meta's reply in support of their joint motion to dismiss (Docket No. 139) is due on February 7, 2024.

**IT IS SO ORDERED.**

DATED:_____

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE