...

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
22-3892@cases.warrenkashwarren.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

David I. Berl (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Elise M. Baumgarten (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (*pro hac vice*)
Andrew G. Borrasso (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

*Counsel for Voluntary Plaintiffs Gentex Corporation and Indigo Technologies, LLC*

Meredith Martin Addy (*pro hac vice*)
ADDYHART P.C.
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
312.320.4200
meredith@addyhart.com

*Counsel for Involuntary Plaintiff Thales Visionix, Inc.*

*[Additional counsel listed on signature page]*

Ellisen Shelton Turner (SBN #224842)
Joshua Glucoft (SBN #301249)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

Akshay S. Deoras (SBN #301962)
Yan-Xin Li (SBN #332329)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
akshay.deoras@kirkland.com
yanxin.li@kirkland.com

Jeanne M. Heffernan (*pro hac vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

*Counsel for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC*

*[Additional counsel listed on signature page]*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF RE JOINT MOTION TO DISMISS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

WHEREAS, on January 12, 2024, plaintiffs Gentex Corporation and Indigo Technologies, LLC (collectively, "Gentex") and defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Meta") jointly moved to dismiss (*see* Docket No. 139); and

WHEREAS, involuntary plaintiff Thales Visionix, Inc. ("Thales") filed a response to Meta's and Gentex's joint motion to dismiss on January 26, 2024 (*see* Docket No. 146); and

WHEREAS, Gentex's and Meta's reply brief is currently due on February 2, 2024; and

WHEREAS, the hearing on the joint motion to dismiss is currently scheduled for February 20, 2024; and

WHEREAS, the parties have conferred and agreed that a short extension of the deadline for Meta's and Gentex's reply is appropriate, up to and including February 7, 2024; and

WHEREAS, good cause exists for this extension.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. Gentex's and Meta's reply in support of their joint motion to dismiss is due on February 7, 2024.

Dated: January 30, 2024

_____
Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
22-3892@cases.warrenkashwarren.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

David I. Berl (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Elise M. Baumgarten (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (*pro hac vice*)
Andrew G. Borrasso (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Respectfully submitted,

 /s/ Joshua Glucoft
Ellisen Shelton Turner (SBN #224842)
Joshua Glucoft (SBN #301249)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

Akshay S. Deoras (SBN #301962)
Yan-Xin Li (SBN#332329)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500

*Counsel for Plaintiffs Gentex Corporation and Indigo Technologies, LLC*

 /s/ Meredith Martin Addy
Meredith Martin Addy (*pro hac vice*)
ADDYHART P.C.
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
312.320.4200
meredith@addyhart.com

Paul Tauger
ADDYHART P.C.
5151 California Street, Suite 100
Irvine, California 92617
949.438.3218
paul@addyhart.com

Robert Hart (*pro hac vice* pending)
Brandon C. Helms (*pro hac vice* pending)
ADDYHART P.C. 401 N. Michigan Ave.,
Suite 1200-1 Chicago, Illinois 60611
949.337.0568 312.731.6568
robert@addyhart.com
bhelms@addyhart.com

*Counsel for Involuntary Plaintiff Thales Visionix, Inc.*

akshay.deoras@kirkland.com
yanxin.li@kirkland.com

Jeanne M. Heffernan (*pro hac vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Tel: (512) 678-9100
Fax: (512) 678-9101
jheffernan@kirkland.com

Yimeng Dou (SBN #285248)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
yimeng.dou@kirkland.com

*Counsel for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC*

## SIGNATURE ATTESTATION

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Dated: January 30, 2024

Matthew S. Warren

# [~~PROPOSED~~] ORDER

Having reviewed the above stipulation, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order:

1. Gentex's and Meta's reply in support of their joint motion to dismiss (Docket No. 139) is due on February 7, 2024.

2. The hearing scheduled on defendants' joint motion to dismiss is continued to Feb. 27, 2024 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: January 31, 2024

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE