Joshua Glucoft (SBN #301249)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900
josh.glucoft@kirkland.com

*Counsel for Defendants,*

*Meta Platforms, Inc. and Meta Platforms Technologies, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**DECLARATION OF JOSHUA GLUCOFT IN SUPPORT OF INVOLUNTARY PLAINTIFF THALES VISIONIX, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS RESPONSE TO MOTION TO DISMISS [DKT. 145]** |

I, Joshua Glucoft, do hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Kirkland & Ellis LLP, located at 2049 Century Park East, Suite 3700, Los Angeles, CA 90067. I am counsel for Defendants Meta Platforms, Inc. and Meta Platform Technologies, LLC (collectively, "Meta" or "Defendants") in the above-captioned action. I have personal knowledge of the matters set forth below and if called and sworn as a witness, I could and would testify competently to the facts set forth herein.

2. I make this declaration in support of Involuntary Plaintiff Thales Visionix, Inc.'s ("Thales") Administrative Motion to Seal Portions of Its Response to the Joint Motion to Dismiss. I am familiar with Meta's treatment of highly proprietary and confidential information based on my personal experience representing Meta.

3. I make this declaration in accordance with Local Rule 7-11(a) and Local Rule 79-5 in support of Thales Administrative Motion to Seal Portions of Its Response to the Joint Motion to Dismiss.

4. Exhibit A to the Joint Motion to Dismiss is a true and correct copy of the settlement agreement (the "Agreement") signed between Plaintiffs and Defendants. Exhibit B to the Joint Motion to Dismiss is a true and correct copy of the term sheet (the "Term Sheet") signed between Plaintiffs, Defendants, and Involuntary Plaintiff Thales Visionix, Inc. ("Thales").

5. The Agreement and Term Sheet reflect confidential business information of Defendants, including financial terms and details of confidential licensing negotiations. Such details constitute sensitive business information, not publicly available or publicly disclosed, which Defendants maintain in the strictest confidence. To make publicly available these details about Defendants' licensing activities would cause substantial economic and competitive harm to Defendants.

6. Certain portions of Thales Response to the Joint Motion to Dismiss discuss the terms of the Agreement and the Term Sheet. These portions also reflect sensitive business information about Defendants' licensing practices, disclosure of which would cause substantial economic and

competitive harm to Defendants. The narrowly tailored portions of the Response that reflect or contain these confidential details are highlighted in yellow.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of February 2024 in Los Angeles, California.

                             /s/ Joshua Glucoft
                             Joshua Glucoft

*Counsel for Defendants,*

*Meta Platforms, Inc. and Meta Platforms Technologies, LLC*