1  Matthew S. Warren (State Bar No. 230565)
   Erika H. Warren (State Bar No. 295570)
2  22-3892@cases.warrenkashwarren.com
   WARREN KASH WARREN LLP
3  2261 Market Street, No. 606
   San Francisco, California, 94114
4  Tel: (415) 895-2940
   Fax: (415) 895-2964
5
   David I. Berl (*pro hac vice*)
6  Adam D. Harber (*pro hac vice*)
   Elise M. Baumgarten (*pro hac vice*)
7  Melissa B. Collins (*pro hac vice*)
   D. Shayon Ghosh (State Bar No. 313628)
8  Arthur John Argall III (*pro hac vice*)
   Andrew G. Borrasso (*pro hac vice*)
9  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue S.W.
10 Washington, D.C., 20024
   Tel: (202) 434-5000
11 Fax: (202) 434-5029

12 *Counsel for Plaintiffs Gentex Corporation
   and Indigo Technologies, LLC*
13

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**DECLARATION OF ADAM D. HARBER IN SUPPORT OF THALES' MOTION TO FILE UNDER SEAL PORTIONS OF RESPONSE TO JOINT MOTION TO DISMISS**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers |

I, Adam Harber, do hereby declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and admitted pro hac vice in this matter. I am counsel to voluntary plaintiffs Gentex Corporation ("Gentex") and Indigo Technologies, LLC ("Indigo") (collectively, "Plaintiffs"). I have personal knowledge of the matters set forth below and if called and worn as a witness, I could and would testify competently to the facts set forth herein.

2. I make this declaration in accordance with Local Rule 7-11(a) and Local Rule 79-5(e) in support of Involuntary Plaintiff Thales Visionix, Inc.'s ("Thales") Administrative Motion to File Under Seal portions of its Response to the Joint Motion to Dismiss (the "Response"). *See* Docket No. 145.

3. The Response refers to Exhibits A and B to the Joint Motion to Dismiss ("Motion") filed by Plaintiffs and Defendants Meta Platforms, Inc. and Meta Platform Technologies, LLC (collectively "Meta"). Docket No. 139. Plaintiffs moved to maintain those Exhibits under seal because they reflect Plaintiffs' confidential business information. *See* Docket No. 137; Docket No. 137-1 at ¶¶ 3–4. Certain redacted portions of the Response[1] discuss and/or quote from these Exhibits and also therefore reflect Plaintiffs' sensitive business information. For the same reasons previously explained, making this information publicly available would cause substantial economic and competitive harm to Plaintiffs. *See* Docket No. 137-1 at ¶¶ 3–4.

4. Other redacted portions of the Response[2] also discuss confidential business information of Plaintiffs, including the details of confidential licensing negotiations between Plaintiffs, Thales, and Meta. Such details constitute sensitive business information, not publicly available or publicly disclosed, which Plaintiffs maintain in the strictest confidence. To make publicly available these

---

[1] These portions include: page 1, lines 11-13; page 2, lines 3-16; page 4, lines 7-14; page 5, lines 17-25; page 6, lines 1-5, 10-11; page 7, lines 10-14, 19-25; page 8, lines 1-5, 10-13, 19-23; page 10, lines 3-7; and page 11, lines 15-17.

[2] These portions include: page 2, lines 20-22; page 3, lines 1-22; page 4, lines 3-6, 18-23; page 5, lines 11-13; and page 9, lines 17-22, 26-27.

details about Plaintiffs' licensing activities would cause substantial economic and competitive harm to Plaintiffs.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of February, 2024 in Washington, D.C.

                                   */s/ Adam D. Harber*

                                   Adam D. Harber

## **SIGNATURE ATTESTATION**

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatory.

Dated: February 2, 2024

                                   Matthew S. Warren