Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
22-3892@cases.warrenkashwarren.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

David I. Berl (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Elise M. Baumgarten (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
D. Shayon Ghosh (State Bar No. 313628)
Arthur John Argall III (*pro hac vice*)
Andrew G. Borrasso (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C., 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

*Counsel for Plaintiffs Gentex Corporation
and Indigo Technologies, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC, <br><br> Plaintiffs, <br><br> THALES VISIONIX, INC., <br><br> Involuntary Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC, <br><br> Defendants. | Case No. 4:22-cv-03892-YGR <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AND EXHIBIT TO REPLY IN SUPPORT OF MOTION TO DISMISS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

1  Upon consideration of the administrative motion to seal filed by Plaintiffs Gentex
2  Corporation and Indigo Technologies, LLC, the Declaration of Adam D. Harber in support thereof,
3  and the applicable law, the Court **GRANTS** Plaintiffs' Administrative Motion to Seal Portions of
4  and Exhibit to the Reply in Support of the Joint Motion to Dismiss.  The Clerk of Court shall file
5  under seal the portions of the Reply in Support of the Joint Motion to Dismiss highlighted in yellow
6  and the entirety of Exhibit D to the Reply.

**IT IS SO ORDERED.**

Dated: _____

                    Honorable Yvonne Gonzalez Rogers
                    United States District Judge