Meredith Martin Addy (pro hac vice)
**ADDYHART P.C.**
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
312.320.4200
meredith@addyhart.com

Paul Tauger (SBN 160552)
**ADDYHART P.C.**
5151 California Street, Suite 100
Irvine, California 92617
949.438.3218
paul@addyhart.com

Robert Hart (pro hac vice pending)
Brandon C. Helms (pro hac vice pending)
**ADDYHART P.C.**
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
312.731.6568
robert@addyhart.com
bhelms@addyhart.com

*Attorneys for Involuntary Plaintiff Thales Visionix, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**DECLARATION OF PAUL TAUGER IN SUPPORT OF INVOLUNTARY PLAINTIFF THALES VISIONIX, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SUR-REPLY TO JOINT MOTION TO DISMISS**<br><br>**Date:**     February 27, 2024<br>**Time:**     2:00 p.m.<br>**Location:** Courtroom 1, 4th Floor<br>**Judge:**    Hon. Yvonne Gonzalez Rogers |

1

Tauger Decl. In Support of Mot. To Seal                                    Case No. 4:22-cv-03892-YGR

I, Paul Tauger, do hereby declare as follows:

1. I am an attorney licensed to practice law in the States of California and am counsel with AddyHart P.C., located at. 5151 California Street, Suite 100 Irvine, California 92617. I am counsel for Involuntary Plaintiff Thales Visionix, Inc. ("Thales") in the above-captioned action. I have personal knowledge of the matters set forth below and if called and sworn as a witness, I could and would testify competently to the facts set forth herein.

2. I make this declaration in support of Thales's Administrative Motion to Seal Portions of and Exhibits to the Sur-Reply to the Joint Motion to Dismiss. I am familiar with Thales's treatment of highly proprietary and confidential information based on my personal experience representing Thales.

3. I make this declaration in accordance with Local Rules 7-11(a) and 79-5 in support of Thales's Administrative Motion to File Under Seal Portions of the Sur-reply to the Joint Motion to Dismiss.

4. Portions of the Sur-Reply refer to Exhibits A and B to Meta's and Gentex's Joint Motion to Dismiss (Dkt. No. 137-3), as well as to communications between Thales and Gentex that are subject to Federal Rule of Evidence 408 and which may be subject to a common interest privilege. Exhibit A to the Joint Motion is a copy of a Settlement Agreement between Gentex and Meta dated January 9, 2024. Dkt. No. 137-4. Exhibit B to the Joint Motion is a Term Sheet that was signed by Gentex, Meta, and Thales and then rescinded by Thales. Dkt. No. 137-5. For the same reasons previously explained, Exhibits A and B, as well as settlement negotiations between the parties, would cause substantial economic and competitive harm to Thales, Gentex, and Meta if this information were made publicly available. *See, e.g.*, Dkt. Nos. 137, 140, 145-1, 152.

5. The narrowly tailored portions of the Sur-Reply that reflect or contain these confidential details are highlighted in yellow.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

2

Tauger Decl. In Support of Mot. To Seal               Case No. 4:22-cv-03892-YGR

1  Executed this 14th day of February 2024, in Irvine, California.

*/s/ Paul Tauger*
Paul Tauger

*Counsel for Involuntary Plaintiff
Thales Visionix, Inc.*

3

Tauger Decl. In Support of Mot. To Seal        Case No. 4:22-cv-03892-YGR