UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>    Plaintiffs,<br>THALES VISIONIX, INC.,<br>    Involuntary Plaintiff,<br>v.<br><br>META PLATFORMS, INC., and META PLAINTFORM TECHNOLOGIES, LLC,<br>    Defendants. | Case No.: 4:22-cv-03892-YGR<br><br>[PROPOSED] ORDER ON INVOLUNTARY PLAINTIFF THALES VISIONIX, INC.'S MOTION TO SEAL PORTIONS OF SUR-REPLY TO JOINT MOTION TO DISMISS |

Upon consideration of the administrative motion to seal filed by Involuntary Plaintiff Thales Visionix, Inc., the Declaration of Paul Tauger in support thereof, and the applicable law, the Court GRANTS Plaintiff's Administrative Motion to Seal Portions of the Sur_Reply to Joint Motion to Dismiss. The Clerk of Court shall file under seal the redacted portions of the Sur_Reply to Joint Motion to Dismiss.

**IT IS SO ORDERED**.

Dated: _____

                                                Honorable Yvonne Gonzalez Rogers
                                                United States District Judge