Meredith Martin Addy (pro hac vice)
**ADDYHART P.C.**
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
312.320.4200
meredith@addyhart.com

Paul Tauger
**ADDYHART P.C.**
5151 California Street, Suite 100
Irvine, California 92617
949.438.3218
paul@addyhart.com

Robert Hart (pro hac vice)
Brandon C. Helms (pro hac vice)
**ADDYHART P.C.**
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
312.731.6568
robert@addyhart.com
bhelms@addyhart.com

*Attorneys for Involuntary Plaintiff Thales Visionix, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**INVOLUNTARY PLAINTIFF THALES VISIONIX, INC.'S OPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO JOINT MOTION TO DISMISS**<br><br>**Date:** February 27, 2024<br>**Time:** 2:00 p.m.<br>**Location:** Courtroom 1, 4th Floor<br>**Judge:** Hon. Yvonne Gonzalez Rogers |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Involuntary Plaintiff Thales-Visionix, Inc. ("**Thales**") respectfully moves the Court for leave to file a Sur-Reply not to exceed five (5) pages in connection with the Reply filed by voluntary plaintiffs Gentex Corporation and Indigo Technologies, LLC (collectively, "**Gentex**") and by defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "**Meta**") in support of their Joint Motion to Dismiss. *See* Dkt. No. 154. Counsel for the parties have met and conferred on this matter, and Gentex and Meta have indicated that they oppose this motion.

The original Joint Motion to Dismiss filed by Gentex and Meta contained little to no arguments or authority. It was only after Thales filed a response that Gentex and Meta made substantive arguments in support of their Joint Motion. As a result, while Gentex and Meta have had an opportunity to respond to Thales's arguments, Thales has not been provided the same opportunity to address their arguments. Thus, Thales proposes to submit a short Sur-reply, not to exceed five pages, to respond to certain arguments raised by Gentex and Meta in their Reply.

A short Sur-Reply should not affect any scheduling in this case, as the hearing on the Joint Motion is scheduled for February 27, 2024, which is thirteen days after the filing of this motion. A copy of the proposed Sur-Reply, filed under seal, is attached to this motion as Exhibit A. For these reasons, counsel for Thales respectfully requests leave to file a Sur-reply not to exceed five (5) pages.

Dated:  February 14, 2024

Respectfully submitted,

*/s/ Paul Tauger*
Paul Tauger
**ADDYHART P.C.**
5151 California Street, Suite 100
Irvine, California 92617
949.438.3218
paul@addyhart.com

Meredith Martin Addy (pro hac vice)
**ADDYHART P.C.**
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
312.320.4200

meredith@addyhart.com

Robert Hart (pro hac vice)
Brandon C. Helms (pro hac vice)
**ADDYHART P.C.**
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
312.731.6568
robert@addyhart.com
bhelms@addyhart.com

*Counsel for Involuntary Plaintiff*
*Thales Visionix, Inc*.

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 14, 2024                                  /s/ *Paul Tauger*
                                                          Paul Tauger