Meredith Martin Addy (pro hac vice)
ADDYHART P.C.
10 Glenlake Parkway, Suite 130
Atlanta, GA  30328
312.320.4200
meredith@addyhart.com

Paul N. Tauger (SBN 160552)
ADDYHART P.C.
5151 California Street, Suite 100
Irvine, CA  92617
949.438.3218
949.438.3332 (fax)
ptauger@addyhart.com

Robert P. Hart (pro hac vice)
Brandon C. Helms (pro hac vice)
ADDYHART P.C.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
robert@addyhart.com
312.731.6568
bhelms@addyhart.com

*Attorneys for Involuntary Plaintiff Thales Visionix, Inc*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>    Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>    Involuntary Plaintiff,<br>v.<br><br>META PLATFORMS, INC., and META PLATFORM TECHNOLOGIES, LLC,<br><br>    Defendants. | Case No.: 4:22-cv-03892-YGR<br><br>DECLARATION OF ROBERT HART IN SUPPORT OF MOTION FOR LEAVE TO FILE SUR-REPLY TO JOINT MOTION TO DISMISS<br><br>Date:   February 27, 2024<br>Time:   2:00 p.m.<br>Location: Courtroom 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Robert Hart, declare as follows:

1. I am counsel with the law firm ADDYHART P.C., counsel of record for Involuntary Plaintiff Thales Visionix, Inc. (Thales). I make this declaration in support of Thales's Motion for Leave to File Sur-Reply to the Joint Motion to Dismiss.

2. On February 13, 2024, I sent an email to counsel for Plaintiffs Gentex Corporation and Indigo Technologies, and Defendants META Platforms, Inc. and META Platform Technologies, LLC. asking whether Plaintiffs and Defendants would oppose or not oppose Thales filing a Sur-Reply. Also on February 13, 2024, I received an email from Adam Harber at Williams & Connolly LLP stating that both Gentex/Indigo and Meta object.

3. Attached as **Exhibit A** is a true and correct copy of Thales's proposed Sur-Reply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 14th day of February 2024.                    Respectfully submitted,

/s/ *Robert P. Hart*
Robert P. Hart (pro hac vice)
Brandon C. Helms (pro hac vice)
ADDYHART P.C.
401 N. Michigan Ave., Suite 1200-1
Chicago, Illinois 60611
949.337.0568
robert@addyhart.com
312.731.6568
bhelms@addyhart.com

Paul N. Tauger (SBN 160552)
ADDYHART P.C
5151California Street, Suite 100
Irvine, CA  92617
949.438.3218
949.438.3332 (fax)
ptauger@addyhart.com

Meredith Martin Addy *(pro hac vice)*
ADDYHART P.C
10 Glenlake Parkway, Suite 130
Atlanta, GA  30328
312.320.4200
meredith@addyhart.com

**Counsel for Involuntary Plaintiff**
**Thales Visionix, Inc**.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 14, 2024          /s/ *Robert P. Hart*
                                  Robert P. Hart