# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. and META PLATFORMS TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 4:22-cv-03892-YGR<br><br>**[PROPOSED] ORDER ON INVOLUNTARY PLAINTIFF THALES VISIONIX, INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY RE: JOINT MOTION TO DISMISS**<br><br>**Date:** February 27, 2024<br>**Time:** 2:00 p.m.<br>**Location:** Courtroom 1, 4th Floor<br>**Judge:** Hon. Yvonne Gonzalez Rogers |

Good Cause Appearing Therefore, the Court Grants leave to Involuntary Plaintiff Thales Visionix, Inc. to file a Sur-Reply in connection with the Joint Motion to Dismiss filed by Meta and Gentex. The Sur-Reply is not to exceed five pages.

**IT IS SO ORDERED**.

Dated: February ___, 2024

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge